1
2
3
4
5
6
7

EDWARD C. TIDWELL
81 Carol Lane, Apt. #208
Oakley, California 94561
Telephone: (510) 470-8422
Email: edwardctidwell@yahoo.com

Plaintiff in Pro Se

**FILED**

DEC 16 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11
12
13

EDWARD C. TIDWELL,

                    Plaintiff,

14
15

        v.

16
17
18
19
20
21
22
23
24
25

CENTERS FOR MEDICARE & MEDICAID
SERVICES; U.S. CENTERS FOR MEDICARE &
MEDICAID SERVICES; U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES; LIVANTA
LLC; MATTHEW STOFFERAHN, MD; ELLEN R.
EVANS, MD; and DOES 1 thru 10, Inclusive,


                    Defendants.

Case No. **C24 - 09067** RFL

**COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF; AND
DECLARATORY JUDGMENT FOR
DEFENDANTS' VIOLATION OF THE
FREEDOM OF INFORMATION ACT,
AND THE FALSE CLAIMS ACT,
5 U.S.C. § 552 et seq., 31 U.S.C. § 3729 and
31 U.S.C. § 3732**


**JURY TRIAL DEMANDED
FRCP, Rule 38**

26
27
28

///
///
///

1

Under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552 et seq. and (the "FCA") False Claims Act, 31 U.S.C § 3729 and § 3732, EDWARD C. TIDWELL, the undersigned Plaintiff in Pro Se, bring this action for Defendants CENTERS FOR MEDICARE & MEDICAID SERVICES; U.S. CENTERS FOR MEDICARE & MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LIVANTA LLC; MATTHEW STOFFERAHN, MD; and ELLEN R. EVANS, MD non-compliance of the "written demand" dated October 10, 2024, which a copy of Plaintiff's "written demand" is attached to the FOIA Submission Confirmation ID: 1660831 dated October 30, 2024 sent to Defendant CMS.

Attached as Exhibit 1 is a copy of Plaintiff's email dated October 30, 2024 that relates to the FOIA Submission Confirmation ID: 1660831 dated October 30, 2024, in addition, attached as Exhibit 1 is a copy of Plaintiff's "written demand" dated October 10, 2024 and a copy of Plaintiff's email dated October 11, 2024 sent via Facsimile to Defendants CMS and Livanta.

Because of their falsities and fraudulent misrepresentations made to Plaintiff as described herein, Plaintiff alleges all Defendants violated the FOIA and the FCA, in addition, because of their deceptive, unlawful and unfair business practices all Defendants violated the Maryland Consumer Protection Act and the Virginia Consumer Protection Act, as follows:

## THE DECLARATORY JUDGMENT ACT

1. Plaintiff alleges the Declaratory Judgment Act (the "DJA") is a federal statute that authorizes declaratory relief. The DJA provides a court, upon the filing of an appropriate pleading, "may" issue a declaratory judgment in "a case of actual controversy within its jurisdiction" (28 U.S.C. § 2201(a)). A federal court has discretion whether to exercise jurisdiction over a declaratory judgment action. In analyzing whether to exercise jurisdiction the court must determine at the outset whether the court has jurisdiction by evaluating whether the complaint alleges an actual controversy.

2. Plaintiff is seeking declaratory relief because an actual controversy exist in that all Defendants knowingly breached their duty of care obligations owed to Plaintiff during the faulty quality of care review process, which it is evident Plaintiff has successfully carried his burden of proof that Defendants CMS and Livanta as "agents" for the United States Government knew

Defendants Stofferahn and Evans weren't licensed physicians during the faulty quality of care review process from September 1, 2024 to October 31, 2024 to the date hereof according to the State of Maryland, Maryland Board of Physicians and the State of Virginia, Virginia Department of Health Professions.

3.     Attached as Exhibit 2 is a copy of an email dated November 7, 2024 from Rhonda Anderson of the Maryland Board of Physicians that states "I did not find a licensee named Matthew Stofferahn in our system."

4.     Attached as Exhibit 3 is a copy of an email dated November 8, 2024 from Kelli G. Moss of the Virginia Department of Health Professions that states "A search of the Department of Health Professions' licensee database did not reveal any licensed healthcare provider named Matthew Stofferahn.  As you indicated the individual whose records you are seeking is a physician."

5.     Attached as Exhibit 4 is a copy of an email dated November 8, 2024 from Jennifer L. Deschenes of the Virginia Department of Health Professions that states "As stated in my prior email, Matthew Stofferahn is not licensed by the Virginia Board of Medicine.  Further, the Board/DHP does not license entities such as Livanta, and has no jurisdiction over Livanta or Medicare/Medicaid."

6.     Attached as Exhibit 5 is a copy of an email dated December 9, 2024 from Coralyn A. Powell of the Virginia Department of Health Professions that state "The Virginia Board of Medicine has no record of a licensee by the name of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans", in addition, also attached as Exhibit 5 is a copy of an email dated December 9, 2024 from the Intake Unit of the Maryland Board of Physicians that states "According to the Maryland Board of Physician profile search results, we noted a Dr. Ellen Richardine Evans with License Number D0054350.  However, Dr. Evans's Maryland License expired on September 30, 2000.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. §§ 701-706, 28 U.S.C. § 1331, 31 U.S.C. § 3729 and 31 U.S.C. § 3732.

8.   Venue is proper in this Court in the Oakland or San Francisco Division of the Northern District of California under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(b) et seq.

9.   Declaratory Relief is appropriate under 28 U.S.C. § 2201.

10.  Injunctive Relief is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 2202.

11.  Non-Economic Relief is appropriate under California Code of Civil Procedure § 3333.2.

12.  Compensatory Relief is appropriate under California Code of Civil Procedure §§ 3281-3361.

**PARTIES**

13.  Plaintiff is an individual residing at 81 Carol Lane, Apt. #208, Oakley, California 94561, Plaintiff's cellular telephone number is (510) 470-8422 and his email address is edwardctidwell@yahoo.com.

14.  Plaintiff alleges Defendant CMS is a component of Defendant U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (the "HHS"), itself a component of the Executive Branch of the United States Government.

15.  Plaintiff alleges Defendant CMS has three offices **(a)** Centers for Medicare & Medicaid Services located at 7500 Security Boulevard, Baltimore, Maryland 21244, **(b)** Centers for Medicare & Medicaid Services, Joseph Tripline, as Freedom of Information Officer located at Central Building Room C5-11-06, 7500 Security Boulevard, Baltimore, Maryland 21244 and **(c)** Centers for Medicare & Medicaid Services located at 90 7th Street, Suite 5-300, San Francisco, California 94103.

16.  Plaintiff alleges Defendant HHS has three offices **(a)** U.S. Department of Health and Human Services located at 200 Independence Avenue, S.W., Washington, DC 20201, **(b)** U.S. Department of Health and Human Services, Michael Marquis, as Freedom of Information Officer located at Hubert H. Humphrey Building, Room 729H, 200 Independence Avenue, S.W., Washington, DC 20201 and **(c)** U.S. Department of Health and Human Services located at 90 7th Street, Suite 5-300, San Francisco, California 94103.

17.  Plaintiff alleges Defendant Livanta a domestic Limited Liability Company's Principal

4

Office is located at 10820 Guilford Road, Suite 202, Annapolis Junction, Maryland 20701, and according to the Resolution filed on April 4, 2024 with (the "MDSOS") State of Maryland, Secretary of State under Department ID No.: W10235356 the Resident Agent for service of process for Defendant Livanta is David Roberts located at 5000 Thayer Center, Oakland, Maryland 21550.

18.    Plaintiff alleges Defendant Livanta operates as a foreign Limited Liability Company located at 10 Franklin Road SE, Suite 900, Roanoke, Virginia 24011.  Plaintiff alleges Defendant Livanta's mailing address is P.O. Box 2687, Virginia Beach, Virginia 23450.

19.    Plaintiff alleges Defendant Livanta's Statement of Change of Registered Office and/or Registered Agent filed on November 22, 2022 with (the "Clerk") State of Virginia, Clerk of Commonwealth of Virginia under Entity ID: 11070939 and File No.: 2211225183137 shows Defendant Livanta's Registered Agent for service of process is Virginia Professional Services LLC located at 4445 Corporation Lane, Suite 264, Virginia Beach, Virginia 23462.

20.    Plaintiff alleges Defendant Livanta conduct business as a foreign Limited Liability Company located at 32932 Pacific Coast Highway, Suite 14-41, Dana Point, California 92629, which on its formation date March 12, 2021 as a foreign for profit entity Defendant Livanta was prohibited by (the "CASOS") State of California, Secretary of State for listing a P.O. Box as its "Principal Office" located at The UPS Store located at 32932 Pacific Coast Highway, Suite 14, Dana Point, California 92629.

21.    Please find attached as Exhibit 6 a copy of a photograph of The UPS Store located at 32932 Pacific Coast Highway, Suite 14, Dana Point, California 92629.  Attach also as Exhibit 6 is a copy of Defendant Livanta's online Registration-Articles of Organization filed on March 12, 2021 under Business Entity (File) No.: 202107510790 with the CASOS, which the Agent for Service of Process for Defendant Livanta is Eric Bennett located at 32932 Pacific Coast Highway, Suite 14-414, Dana Point California 92629.

22.    Plaintiff alleges Defendant Livanta's violations are supported by Exhibit 6 attached as a blank copy of the CASOS' Articles of Organization Limited Liability Company (LLC)-Form LLC-1, which Line 2a states "Initial Street Address of Principal Office-**Do not enter a P.O. Box**", and Line 3b states "Street Address (if agent is not a corporation)-Do not enter a P.O. Box."

23.    Under provisions of the Public Records Act, pursuant to State of California, California Government Code § 7920 et seq., Plaintiff contacted (the "CAFTB") State of California, California Franchise Tax Board on December 8, 2024 (See Exhibit 6) to inquire whether Defendant Livanta is operating in violation for failing to meet its state tax obligations.

24.    Plaintiff alleges Defendant Livanta failed to meet its state tax obligations in that Defendant Livanta operated from March 12, 2021 to January 1, 2023 in violation using The UPS Store street address as Defendant Livanta's "Principal Office" and the office location for its Agent for Service of Process.

25.    Before the changes effective January 1, 2023 the CASOS' Articles of Organization Form LLC-1 required Defendant Livanta from March 12, 2021 to January 1, 2023 to list a street address for its "Principal Office" operating as a foreign Limited Liability Company.

26.    California Corporation Code §§ 17701.02(e)(1) and 17701.13(a)(1) requires a Limited Liability Company to "Designate" and continuously maintain *in California* an office, which need not be a place of business activity.  The amendments, which took effect on January 1, 2023, substituted the word "Principal" for "Designated" in the statute.

27.    Defendant Livanta is not completely rescued from all issues involving their violations of the California Corporation Codes and their CAFTB filing obligations.  Defendant Livanta's deceptive, unlawful and unfair business practices and the CASOS delinquencies that Plaintiff will discuss in more detail later in his amendment or once the discovery is underway.

28.    Plaintiff respectfully request an order that Defendants CMS and Livanta located in Annapolis Junction, Maryland and Dana Point, California email or facsimile to the court a copy of their UPS Mailbox Application and their Mailbox Service Agreement of Defendant Livanta's operation in Dana Point, California together with a written statement from Eric Bennett that he was a citizen of the State of California upon formation of Defendant Livanta on March 12, 2021 with the CASOS.

29.    For whatever reasons Defendants CMS and Livanta don't use email to communicate with or contact Plaintiff about updates or the status of the quality of care review.  The faulty quality of care review process from September 1, 2024 to October 31, 2024 to the date hereof as

to Defendant CMS' Medicare Case No.: 4MD6MT6NH47 and Defendant Livanta's Case No.: C-839007/QOC-816453 shows Plaintiff is restricted to communicating via Facsimile number (888) 685-7025 and (844) 420-6671 or by telephone (833) 730-2694 or (866) 316-6977 with David, Kathy, Robin or others of Defendant Livanta.

30.    Attached as Exhibit 7 is a copy of Defendant MATTHEW STOFFERAHN, MD ("Stofferahn") letter dated September 18, 2024 and October 7, 2024 that indicates he is a physician and Medical Director employed by Defendant Livanta located at 10820 Guilford Road, Suite 202, Annapolis Junction, Maryland 20701 and 10 Franklin Road SE, Suite 900, Roanoke, Virginia 24011 using mailing address P.O. Box 2687, Virginia Beach, Virginia 23450. (See attached Exhibit 2, Exhibit 3 and Exhibit 4 copies of emails dated November 7, 2024 and November 8, 2024 received from the Maryland Board of Physicians and the Virginia Department of Health Professions).

31.    Plaintiff alleges Defendant ELLEN R. EVANS, MD ("Evans") is a physician and Chief Medical Officer employed by Defendant Livanta at 10820 Guilford Road, Suite 202, Annapolis Junction, Maryland 20701 and 10 Franklin Road SE, Suite 900, Roanoke, Virginia 24011 using mailing address P.O. Box 2687, Virginia Beach, Virginia 23450. See Exhibit 5 a copy of a letter from the Maryland Board of Physicians and the Virginia Department of Health Professions that their office found no record to support Defendant Evans' assertions.

### FRAUD, DECEIT AND MALFEASANCE

32.    Plaintiff alleges Defendant CMS and all Defendants as one "agency" knowingly and willfully engaged in false and deceptive advertisement, which occurred prior to and during the faulty quality of care review process from September 1, 2024 to October 31, 2024 to the date hereof in that Defendants CMS and Livanta knew Defendants Evans and Stofferahn weren't licensed physicians. Defendant CMS, Livanta, Evans and Stofferahn were conscious when each made fraudulent misrepresentations to Plaintiff about the faulty quality of care review services.

33.    Plaintiff alleges applicable laws and regulations govern fraudulent misrepresentations and false advertising apply to statements made in print, as well as on websites, signs, billboards, brochures, pictures, logos or product labels.

34. Plaintiff alleges Defendants CMS and Livanta's false and deceptive advertising harms consumers who rely on their representations, which Plaintiff obviously relied on Defendants CMS, Livanta, Evans and Stofferahn's falsities and fraudulent misrepresentations made to make Plaintiff look like a useful idiot while suffering the loss of his dear daughter.

35. Plaintiff alleges at ¶69 Defendant CMS awarded Defendant Livanta a contracts under the restructured CMS Quality Improvement Organization ("QIO") Program, under the restructured Beneficiary and Family-Centered Care ("BFCC") QIO Program, Defendant Livanta will support case review and monitoring activities separate from traditional quality improvement activities by "licensing MCG care guidelines that cover ambulatory, acute, recovery facility, home, and behavioral health settings."

36. Plaintiff alleges a domestic Limited Liability Company in Annapolis Junction, Maryland may provide professional services, including healthcare, under certain conditions namely (the "CPOM") Maryland Corporate Practice of Medicine laws

*37. These laws prohibit corporations from practicing medicine or employing practicing physicians, unless the corporation is 100% owned by a physician (or physicians) licensed to practice medicine in the State of Maryland and is formed in the State of Maryland as a special type of physician-owned legal entity: a Professional Corporation ("PC") or a Professional Limited Liability Company ("PLLC") is also permitted.*

38. Plaintiff alleges the Maryland Board of Physicians and the Attorney General of the State of Maryland indicates a Limited Liability Company owned by non-licensed professionals may not practice medicine in the State of Maryland.

## THE FEDERAL FALSE CLAIMS ACTS

39. The False Claims Act was originally enacted in 1863, and was substantially amended in 1986. Congress enacted the 1986 amendments to enhance and modernized the government's tools for recovering losses sustained by frauds against it after finding that federal program fraud was pervasive. The amendments were intended to create incentives for individuals with knowledge of government fraud to disclose the information without fear of reprisals or government inaction, and to encourage the private bar to commit resources to prosecuting fraud on the government's behalf.

40.   The False Claims Act provides that any person who present, or causes to be presented, false or fraudulent claims for payment or approval to the United State Government, or knowingly makes, uses, or causes to be made or used false records and statements to induce the government to pay or approve false and fraudulent claims, is liable for a civil penalty ranging from $5,000 up to $11,000 for each such claim, plus three times the amount of the damages sustained.

41.   *The False Claims Act also allows any person having information about false or fraudulent claims to bring an action for himself or herself and the government, and to share in any recovery.*  Based on these provisions, Plaintiff seeks through this action to recover all available damages, civil penalties, and other relief for state and federal violations alleged. Although the precise amount of the loss from Defendants Livanta, Evans and Stofferahn's misconduct alleged in this action cannot presently be determined, it is estimated that the damages and civil penalties amount to millions of dollars.

## INTRODUCTION

## STATEMENT OF FACTS

42.   Attached as Exhibit 1 is a copy of the FOIA "written demand" dated October 10, 2024, which as reflected in Defendant CMS Medicare Case No.: 4MD6MT6NH47 and Defendant Livanta LLC-Case No.: C-839007/QOC-816453, it is evident Defendants CMS and Livanta never complied with the FOIA "written demand" dated October 10, 2024.

43.   Attached to the FOIA "written demand" is a copy of David's Voicemail Message dated September 30, 2024 (See Exhibit 1) that states "I apologize in the acknowledgment letter, I did put the wrong year there, but uh rest assured that uh we are uh requesting the medical records for the appropriate year of uh of when your uh daughter passed away."

44.   Attached as Exhibit 7 is a copy of the acknowledgment letter dated September 18, 2024 allegedly sent by David of Defendant Livanta instead of Defendant Stofferahn, which the letter clearly shows a rubber stamped was used to fix the robo-signature of Defendant Stofferahn then mailed from Defendant Livanta's office located in Annapolis Junction, Maryland.

45.   Attached as Exhibit 1 is a copy of Kathy's Voicemail Message dated October 7, 2024 of Defendant Livanta, which she states "I'm calling to provide you with an update on the status

of your case id C dash 839007 during the review process based on the medical record, the peer reviewer found that the standard of care was met um and a letter with the detailed explanation of the findings has been placed in the mail."

46.   Plaintiff alleges an actual controversy exist in that attached as Exhibit 8 is a copy of a letter dated October 4, 2024 from Defendant Livanta by Robin E. that contradicts Kathy's Voicemail Message (See Exhibit 1), which the letter from Robin E. with Reference ID: I-2121869 states "We received a message regarding the quality of the health care services the patient received and would like to speak with you." An actual controversy is evident in that the Robin E. letter indicates the quality of care review is ongoing, which Plaintiff is misled to believe and have false hope that he would finally be awarded for his efforts seeking remedies, justice and compensation for the wrongful death on June 8, 2022 of his dear daughter.

47.   Plaintiff suffered further emotional and spiritual damages; in addition, he sustained personal injuries after receiving Defendant Stofferahn's letter dated October 7, 2024, which attached hereto as Exhibit 7 is a copy of Defendant Stofferahn's letter received from Defendant Livanta's office located in Virginia Beach, Virginia instead of Annapolis Junction, Maryland.

48.   Plaintiff alleges fraud and deceit or at least malfeasance in that the envelope to the September 18, 2024, the October 4, 2024 and the October 7, 2024 letter of Defendant Livanta bears "US Postage Meter Stamp ID #043M31245873 with Zip Code 20701" (Exhibit 7 and Exhibit 8), which is Defendant Livanta's office located in Annapolis Junction, Maryland, however, the return address for the envelope dated October 4, 2024 and October 7, 2024 shows Defendant Livanta's office located in Virginia Beach, Virginia.

49.   Under violation of the FCA and in direct violation of the Maryland Consumer Protection Act and the Virginia Consumer Protection Act, it is evident all Defendants must be held accountable because of Defendants Livanta, Evans and Stofferahn's deceptive, unlawful and unfair business practices were designed for all Defendants to accumulate massive ill-gotten gain and unjust enrichment stealing Decedent and Plaintiff's personal information and identification.

50.   Plaintiff alleges all Defendants are an "agency" or part of the "agency" within the meaning of 5 U.S.C. § 552(f). Defendant CMS is a component of Defendant HHS, itself a

component of the Executive Branch of the United States Government, therefore, pursuant to 42 U.S.C. § 1983, under provisions of § 1983 claims are allowed alleging the "deprivation of any rights, privileges, or immunities secured by the Constitutions and [federal laws]."

51.    Defendant CMS Medicare Case No.: 4MD6MT6NH47 and Defendant Livanta LLC-Case No.: C-839007/QOC-816453 evidence the false claims act of Defendants CMS, Livanta, Stofferahn and Evans occurred as one "agency" within the meaning of 5 U.S.C. § 552(f).  In concert as one "agency" Defendants made false and fraudulent misrepresentations to Plaintiff with the intentions to benefit from their theft of Plaintiff and his dear daughter's personal information and identification.

52.    The FOIA "written demand" (See Exhibit 1) was sent via Facsimile (701) 277-6590 (only) to Defendant CMS and via Facsimile (888) 685-7025 (only) to Defendant Livanta.

53.    Attached as Exhibit 9 is a copy of Defendant CMS FOIA Request: Control No.:103020247096 dated October 29, 2024 and attached as Exhibit 10 is a copy of Defendant CMS FOIA Request: Control No.:111420247047 dated November 13, 2024, which for Defendants CMS and Livanta's non-compliance and violations of the FOIA there are no applicable exemptions under the FOIA.

54.    Plaintiff alleges (the "MOA") Memorandum of Agreement executed between Defendants Livanta and CMS was used to formed their contractual relationship, which attached as Exhibit 11 is a blank copy of Defendant Livanta's MOA.

55.    Defendants CMS and Livanta's production of an executed copy of the MOA is extremely pertinent in that an executed MOA provides sufficient facts to prove Defendants CMS and Livanta's contractual relationship as an "agency" of the United States Government.

56.    The MOA together with a copy of the employment agreement between Defendants Livanta, CMS, Evans and Stofferahn support the facts as to Plaintiff's assertions that he successfully carry his burden of proof that from September 1, 2024 to October 31, 2024 to the date hereof Defendants CMS, Livanta, Evans and Stofferahn acted in concert with the intentions to cause Plaintiff injuries, harm and irreparable damages as a direct result of Defendants Evans and Stofferahn's feigning to be licensed physicians with the Maryland Board of Physicians and the Virginia Department of Health Professions.

57.   Plaintiff alleges Defendant CMS Medicare Case No.: 4MD6MT6NH47 and Defendant Livanta LLC Case No.: C-839007/QOC-816453 evidence Defendants CMS, Livanta, Evans and Stofferahn has possession and control of records and documents Plaintiff identified in the CMS FOIA Requests-Control No.: 103020247096 and Control No.: 111420247047 dated October 29, 2024 and November 13, 2024.  (See Exhibit 1 the FOIA Submission Confirmation ID No.: 1660931 and Exhibit 9 and Exhibit 10 the CMS FOIA Requests-Control No.: 103020247096 and Control No.: 111420247047)

58.   Plaintiff's action isn't just to meet the statute of limitations deadlines related to the FOIA, the FCA, the Medicare Redetermination Request Form-1st Level of Appeal ("1st Level of Appeal") and his Dispute Resolution Request (the "Resolution").  Please find attached as Exhibit 12 is a copy of the Resolution and the 1st Level of Appeal that is currently on for review by Defendant CMS under Medicare Case No.: 4MD6MT6NH47.

59.   As indicated herein the Court may issue a declaratory judgment when there is an actual controversy, which is overwhelmingly evident here in that Defendants CMS, Livanta, Evans and Stofferahn knew Defendants Evans and Stofferahn weren't licensed physicians with the Maryland Board of Physicians or the Virginia Department of Health Professions.

60.   An actual controversy as described herein means the Court has jurisdictional authority to preside over this matter and to hear the case.  Plaintiff has put to sleep all doubt about controversial issues and Defendants' only hope for success is bringing their pleadings for dismissal with hope for special favors.  However, Plaintiff alleges Defendants' pleading are defeated since Plaintiff has successfully carried his burden of proof showing the attorneys of record for Defendants Evans and Stofferahn feigning from September 1, 2024 to October 31, 2024 to the date here standing squarely in the Court's face to be licensed physicians by the Maryland Board of Physicians and the Virginia Department of Health Professions.

61.   Any controversies between the parties must be substantial, immediate, and real and that the parties have adverse legal interests.  Accordingly, Plaintiff respectfully requests that the Court take under consideration this entire action including Plaintiff's Prayer for Relief.

62.   As of December 12, 2024, the website of Defendant Livanta reflects "This material

was prepared by Livanta LLC, the Medicare Beneficiary and Family Centered Care-Quality Improvement Organization (BFCC-QIO) that provides case review services for Medicare Regions 2, 3, 5, 7, and 9, under contract with the Centers for Medicare & Medicaid Services (CMS), an agency of the U.S. Department of Health and Human Services."

63.   Plaintiff alleges Defendant Livanta was established as a Limited Liability Company upon filing its domestic Articles of Organization on September 29, 2004 with (the "MDSOS") State of Maryland, Secretary of State, Department of Assessments and Taxation-Department ID No.: W10235356.

64.   As alleged herein, Plaintiff provides additional information about Defendant Livanta's contractual relationship with Defendant CMS as an agent, employee, representative or otherwise of the United States Government.

65.   Plaintiff alleges about May 9, 2014, Defendant CMS announced it would allow two Beneficiary and Family-Centered Care ("BFCC"), Quality Improvement Organizations ("QIO") contractors to perform the program's case review and monitoring activities separate from the quality improvement activities performed by QIN-QIOs.  Defendant CMS awarded Defendant Livanta one of the two BFCC-QIO contracts that include Defendant Livanta acceptance of the responsibilities to ensure consistency in the quality of care review process with consideration of local factors important to beneficiaries.

66.   The General Docket [DOC 1] of the above-entitled Court relates to the civil action filed on September 26, 2019 in Case No.: 19-cv-06130-RS by the Attorneys of Record for HENRY J. KAISER FAMILY FOUNDATON dba KAISER HEALTH NEWS (the "KHN") alleging "These audits are improperly being withheld by CMS, even though CMS estimates that these audits have identified some $650 million in improper charges.  In spite of KHN's efforts to obtain access to this vital information, it has been withheld by CMS, necessitating the filing of this FOIA lawsuit."

67.   Similar as described by the KHN, Plaintiff too is a victim of Defendant CMS' delay tactics from January 5, 2024 to date although Defendant CMS confirmed receipt via email dated January 24, 2024 of Plaintiff's 1st Level of Appeal and the Resolution attached as Exhibit 12, it is

13

evident in Defendant CMS Medicare Case No.: 4MD6MT6NH47 that Plaintiff hasn't received a recent update or the current status of the 1st Level of Appeal or the Resolution.

68.   Defendant CMS' deceptive website advertisement indicates the 1st Level of Appeal is the beginning of the review process that is to be conducted by a licensed and qualified "Medicare Administrative Contractor (MAC) personnel not involved in the initial claim determination," which Defendants Livanta, Stofferahn and Evans do not meet the mandatory requirements because of their unlicensed healthcare provider or medical facility and physicians status with the Maryland Board of Physicians and the Virginia Department of Health Professions. (See Exhibit 2, Exhibit 3, Exhibit 4 and Exhibit 5)

69.   Defendant CMS other four 4-phrases of the appeals process are **(a)** Second Level of Appeal-Reconsideration by a Qualified Independent Contractor by submitting Medicare Redetermination Request Form-2nd Level of Appeal (CMS Form 20033) that state "Any party to the redetermination that is dissatisfied with the decision may request a reconsideration. A reconsideration is an independent review of the administrative record, including the initial determination and redetermination, by a Qualified Independent Contractor (QIC)", **(b)** Appellant or "Any party that is dissatisfied with the Qualified Independent Contractor's (QIC's) reconsideration decision may request a hearing before an Administrative Law Judge (ALJ) with the Office of Medicare Hearings and Appeals (OMHA).  If the adjudication period for the QIC to complete its reconsideration has elapsed and the QIC is unable to complete the reconsideration by the deadline (with allowance for extensions), the appellant party has the opportunity to escalate the appeal to an ALJ or attorney adjudicator," **(c)** Appellant or "Any party that is dissatisfied with OMHA's decision or dismissal may request a review by the Medicare Appeals Council (the Council).  If OMHA's adjudication period has elapsed without an Administrative Law Judge (ALJ) or attorney adjudicator issuing a decision or dismissal on the request for hearing, the appellant party has the opportunity to escalate the appeal to the Council", and **(d)** Appellant or "Any party that is dissatisfied with the Medicare Appeals Council's (the Council) decision may request review in Federal court.  If the adjudication period for the Council to complete its review has elapsed and the Council is unable to issue a decision, dismissal, or

remand the case to OMHA, the appellant party has the opportunity to escalate the appeal to Federal court."

70.   Plaintiff 1st Level of Appeal, the Resolution and his quality of care complaint are pending and in good standing because of Defendants Livanta, Stofferahn and Evans' falsities and fraudulent misrepresentations made to Plaintiff that Defendants Stofferahn and Evans were licensed physicians by the Maryland Board of Physicians and the Virginia Department of Health Professionals.

71.   Plaintiff as indicated above in ¶¶59-62 may exercise his legal rights and privileges if he is dissatisfied with the 1st Level of Appeal determination.  Plaintiff may seek further relief to exhaust other remedies that include filing a lawsuit in the Federal Court if he is dissatisfied with the Medicare Appeals Council's decision issued on the 1st Level of Appeal determination.

72.   As indicated above ¶59 [DOC 1] of the KHN states "a recent report by the Inspector General of the HHS that health insurers have overcharged Medicare by nearly $30 billion over the past three years, on September 17, 2019, U.S. Senators Sherrod Brown, Bernard Sanders, Amy Klouchar, Christoper S. Murphy, Richard Blementhal and Debbie Stabenow wrote to CMS Administrator Seema Verman demanding that CMS explain how the agency plans to recoup taxpayer dollars that CMS used to overcompensate private insurers involved in Medicare Advantage plans.  See https://www.brown.senate.gov/newsroom/press/release/brown-colleagues-urge-cms-toinvestigate- medicare-advantage-overbilling-protect-taxpayer-dollars-and-improve-care-for-olderohioans."

73.   Similar to the KHN litigation, Plaintiff's action is for all Defendants' violations of the FOIA and this action is to enjoin Defendants CMS and Livanta from continuing to improperly withhold records and documents that are responsive to the FOIA requests dated October 30, 2024 and November 12, 2024.  (See Exhibit 1, Exhibit 9 and Exhibit 10)

74.   Plaintiff's FOIA action is necessary because Defendants CMS and Livanta have not produced the documents requested.  The constructive denial of Plaintiff's requests is improper and in violation of the FOIA.  However, Plaintiff certainly understands Defendants CMS and Livanta's legal maneuvers and manipulative delay tactics used here in noncompliance to the

FOIA since their delays provides the air support needed to shield their violations of the FCA, the Maryland Consumer Protection Act and the Virginia Consumer Protection Act.

75.  Plaintiff alleges the FOIA litigation here is similar, in part, to the FOIA in the KHN that "focuses on the citizens' right to be informed about what their government is up to," by requiring the release of "[o]fficial information that sheds light on an agency's performance of its statutory duties." *DOJ v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 750, 773 (1989) (citation omitted). "[D]isclosure, not secrecy, is the dominant objective" of FOIA. *Dept. of Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1, 8, (2001) (internal quotation marks and citations omitted). Here Plaintiff plays a critical role in providing information to citizens about "what their government is up to." Indeed, in the KHN litigation the First Amendment's guarantee of freedom of the press is meant to enable journalists to play an "essential role in our democracy," to "bare the secrets of government and inform the people." *New York Times. Co. v. United States*, 403 U.S. 713, 717 (1971) (Black, J. concurring)."

76.  Plaintiff alleges in the KHN [DOC 1] "Defendant CMS' statistics show that more than 22.6 million Americans receive their health care through Medicare Advantage insurers–more than one in three people on Medicare. By the KHN FOIA action, the KHN sought to shine a public light on Defendant CMS' non-compliance and their activities on behalf of millions of Americans and their families."

77.  As reflected at herein because of Defendants CMS and Livanta's contractual relationship established around May 9, 2014, Plaintiff requested from Defendant CMS' Medicare Case No.: 4MD6MT6NH47 and Defendant Livanta LLC-Case No.: C-839007/QOC-816453 a fully executed copy of the MOA between Defendants Livanta and the CMS.

78.  Attached as Exhibit 11 is a blank copy of the MOA that Plaintiff alleges Defendants Livanta and CMS used to form their contractual relationship. Plaintiff requested that Defendants CMS and Livanta produce a copy of the MOA and all the documents as to their contractual relationship that pertains to Defendant Livanta LLC-Case No.: C-839007-QOC-816453.

79.  Attached as Exhibit 1 is a copy of Plaintiff's initial "written demand" for production of documents dated October 10, 2024, which was sent to Defendant Livanta via Facsimile (888)

685-7025 and Defendant CMS via Facsimile (701) 277-6590. It is overwhelmingly evident that Plaintiff's "written demand" dated October 10, 2024 is well over twenty 20-working days past.

80. Plaintiff timely opposed Defendant Livanta's prejudicial dismissal dated October 7, 2024 of Plaintiff's quality of care complaint (See Exhibit 7), in addition, Plaintiff requested copies of all documents generated from September 1, 2024 to October 31, 2024 between Defendant Livanta and Kaiser Permanente in Defendant Livanta's efforts to obtain Decedent's medical records and the documents needed to enable Defendant Livanta conduct a thorough investigation of Kaiser Permanente's faulty quality of care and treatments from June 1, 2020 to June 30, 2022. (See Exhibit 13 and Exhibit 14 a copy of Plaintiff's correspondence dated September 25, 2024 and October 3, 2024, in addition, see Exhibit 1)

81. Plaintiff's CMS FOIA Requests (See Exhibit 1, Exhibit 9 and Exhibit 10) primarily seeks access to copies of the records and documents regarding Defendants CMS and Livanta LLC's executed MOA, the employment background check and vetting of Defendant Stofferahn as an employee of Defendant Livanta.

82. It is evident Plaintiff has successfully carried his burden of proof that at all time mentioned during the faulty quality of care review from September 1, 2024 to October 31, 2024 to the date hereof, it is evident Defendants Evans and Stofferahn each in their professional capacity as licensed physicians on behalf of Defendants Livanta and CMS that Defendants Evans and Stofferahn feigned to be licensed physicians by the Maryland Board of Physicians and the Virginia Department of Health Professions.

83. Plaintiff alleges Defendant Livanta was formed as a limited liability company solely with the intentions to deceive the United State Government, Defendant CMS, Plaintiff, their clients, the general public and other consumers. In pertinent part, established laws states businesses violate the Maryland Consumer Protection Act when an entity or individual willfully engage in unfair or deceptive practices.

84. Fraud and deceit is evident in that Defendants Livanta, Evans and Stofferahn used the same US Postage Meter Stamp Machine No.: 043M331245873 to mail letter dated September 18, 2024, October 4, 2024 and October 7, 2024 from Zip Code 20701. (See Exhibit 7 and Exhibit 8)

17

85. Plaintiff alleges all Defendants committed fraud and deceit or at least malfeasance that allowed Defendants to profit abundantly from their deceptive, unlawful and unfair business practices utilized to steal Plaintiff and Decedent's personal information and identification.

86. Defendants CMS, Livanta, Evans and Stofferahn haven't produced the records and documents Plaintiff need to support his efforts to seek remedies, justice and compensation for the theft of his personal information and his identification and that of his dear Daughter. Defendants CMS, Livanta, Evans and Stofferahn's falsities and fraudulent misrepresentations made in their business and professional capacity allowed each to accumulate massive ill-gotten gain and unjust enrichment under the faulty quality of care review, the 1st Level of Appeal and the Resolution.

## FIRST CAUSE OF ACTION

(Violation of the Freedom of Information Act)

5 U.S.C. § 552 et seq.

All Defendants

87. Plaintiff re-alleges and incorporates all paragraphs alleged herein.

88. Defendants CMS and Livanta have a legal duty to comply with the "written demand" dated October 10, 2024, which was sent under the FOIA Submission Confirmation ID No.: 1660831 dated October 30, 2024 (See Exhibit 1), which Defendants CMS and Livanta failed to comply with the FOIA within twenty 20-working days after receipt on October 10, 2024.

89. Defendants CMS and Livanta have a duty to immediately notify the requester of the agency's determination denying or delaying the FOIA "written demand" dated October 10, 2024 and the reason therefore.

90. Plaintiff has a legal right under the FOIA to obtain copies of the records and documents requested in the FOIA. There exist no legal basis for Defendants CMS and Livanta's non-compliance and failure to timely respond to the FOIA to make the records and the documents available for production.

91. Defendants CMS and Livanta's non-compliance and failure to make promptly available the records and documents sought in the FOIA is a direct violation of the FOIA, 5 U.S.C. § 552(a)(3)(A) and § 552(a)(6)(A)(ii), and applicable regulations promulgated thereunder.

18

## SECOND CAUSE OF ACTION-COUNT I

### (Violation of the False Claims Act–Presentation of False Claims)

### 31 U.S.C. § 3729(a)(1)(A)

### All Defendants

92. Plaintiff re-alleges and incorporates all paragraphs alleged herein.

93. By virtue of the acts described herein, Plaintiff alleges Defendants knowingly and willfully presented or caused to be presented, to the United States Government false claims for payments or approval of payments of the 1st Level of Appeal and the Resolution received on January 5, 2024 by Defendant CMS. Defendants CMS and Livanta's claims for payments for their faulty quality of care services is a direct violation of 31 U.S.C. § 3729(a)(1)(A).

94. By reason of these payments, using Plaintiff as a useful idiot Plaintiff has been damaged, and continues to be damages, by Defendants' recklessness and disregard for Plaintiff during his sufferings due to the loss of his dear daughter's wrongful death on June 8, 2022 and her gruesome and barbaric burning up in July 2022 without Plaintiff's prior knowledge, consent or signature approval.

## SECOND CAUSE OF ACTION-COUNT II

### (Violation of the False Claims Act–False Records or Statements)

### 31 U.S.C. § 3729(a)(1)(B)

### All Defendants

95. Plaintiff re-alleges and incorporates all paragraphs alleged herein.

96. By virtue of the acts described above, including all Defendants' falsities and fraudulent misrepresentations made to Plaintiff, it is evident Defendants CMS, Livanta, Evans and Stofferahn knowingly and willfully made, used, or caused to be made or used, false records or statements material to false or fraudulent claims paid out or approved by the United States Government in violation of 31 U.S.C. § 3729(a)(1)(B).

97. By reason of these payments, all Defendants accumulated massive ill-gain and unjust enrichment unmercifully using Plaintiff to run the meter game, which Plaintiff and the United States Government has been damaged and continues to be damages, by a substantial amount.

///

# PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Edward C. Tidwell respectfully request the Court award Plaintiff's reliefs and that an order be entered against all Defendants, as follows:

98.   Plaintiff respectfully request that the Court issue an order of referral appointing pro bono counsel to represent Plaintiff and that this case is referred to the "Federal Pro Bono Project" as described in General Order No.: 25 of the Northern District Court of California;

99.   Order that the Court shall thoroughly examined this matter to determine Plaintiff's ability to establish reimbursement arrangements for Pro Bono Counsel;

100. An order for award granting Compensatory Damages and Punitive Damages in the total sum of forty million dollars [$40,000,000.00] for Decedent's wrongful death on June 8, 2022, but not less than an amount to be proven at trial by jury to compensate Plaintiff for being a victim of Defendants' deceptive, unlawful and unfair business practices used to steal Decedent and Plaintiff's personal information and identification;

101. An order for three hundred fifty thousand dollars [$350,000] for Non-Economic Damages for Defendants CMS, Livanta, Stofferahn and Evans each in their capacity purporting that each were licensed and qualified to render medical quality of care review services;

102.  An order granting Non-Economic Damages for Plaintiff and Decedent's family's sufferings as a result of Decedent's wrongful death not to exceed five hundred thousand dollars [$500,000] each Defendant;

103. An order awarding Declaratory Relief and Injunctive Relief prohibiting Defendants CMS, Livanta, Stofferahn and Evans from continuing to withhold the requested records, documents and information requested under the FOIA;

104. An order that Defendants CMS, Livanta, Evans and Stofferahn violated the False Claims Act;

105. An order that Defendants CMS, Livanta, Evans and Stofferahn violated the Freedom of Information Act;

106. An order for violation of the FOIA that Defendants CMS, Livanta and Stofferahn immediately disclose the requested records, documents and information to Plaintiff;

1    107. An Order that Plaintiff's 1st Level of Appeal, the Resolution and the quality of care

2    review proceedings are still pending and in good standing in spite of Defendants CMS, Livanta,

3    Stofferahn and Evans' falsities and fraudulent misrepresentations made feigning to be licensees;

4    108. Award Plaintiff reasonable attorney's fees once pro bono counsel is appointed,

5    retained and substituted in as attorney(s) of record;

6    109. Alternatively, if the Court determines it lacks jurisdiction to grant Plaintiff's Prayer

7    for Relief, in whole or in part, because of insufficiencies or the pleading is defective, Plaintiff

8    respectfully seek an order that within sixty 60-days from issuance of the order that Plaintiff or

9    his court appointed counsel shall amend this pleading then file it with the Clerk; and

10    110. Grant such further relief as the Court may deem just and proper.

11                              **JURY TRIAL DEMANDED**

12    Pursuant to Federal Rules of Civil Procedure, Rule 38, Plaintiff respectfully request that

13    this matter be heard by a jury.

14    Date:        December 16, 2024                    Respectfully submitted,

15

16                                          By: _Edward C. Tidwell_

17                                               Edward C. Tidwell
                                                  Plaintiff in Pro Se

18

19

20

21

22

23

24

25

26

27

28

21

1
2
3
4
5
6
7
8

# EXHIBIT 1

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Edward C. Tidwell's email dated October 30, 2024 Re the FOIA Submission Confirmation ID: 1660831 dated October 30, 2024; Plaintiff's "written demand" dated October 10, 2024 and Plaintiff's email dated October 11, 2024 sent via Facsimile to Defendants CMS and Livanta LLC. (See Exhibit 9 and Exhibit 10 attached hereto)

## EXHIBIT 1

Plaintiff Edward C. Tidwell's Complaint for Declaratory and Injunctive Relief; Declaratory Judgment for Defendants' Violation of the Freedom of Information Act, and the False Claims Act, 5 U.S.C. § 552 et seq. and 31 U.S.C. §§ 3729 and 3732

## FOIA Request Confirmation ID No.: 1660831

From:  Edward C. Tidwell (edwardctidwell@yahoo.com)

To:      joseph.tripline@cms.hhs.gov

Cc:     stephanie.perez-cortez@hhs.gov; reg10.ocrmail@hhs.gov; civilrights@dhcs.ca.gov

Date:  Wednesday, October 30, 2024 at 11:38 AM PDT

Joseph Tripline, FOIA Officer
FOIA Requester Service Center

Re: Medicare No.: 4MD6MT6NH47
     Complainant Edward C. Tidwell for Tanesha Tidwell aka Tanesha C. Tidwell,
     Tanesha Captolar-Mae Tidwell or Tanesha C-M Tidwell (Decedent)

Patient Name: Tanesha Tidwell
Livanta Case No.: C-839007/QOC-816453
Health Insurance Claim No./MBI: 4MD6MT6NH47
Practitioner/Provider Name: Kaiser Foundation Hospital-Antioch
Practitioner/Provider Number: 050760
Dates of Admission/Service: June 6, 2022–June 8, 2022

Dear Joseph Tripline, Gentle-persons:

Please find attached a copy of Confirmation ID No.: 1660831 that relates to the FOIA Request dated October 30, 2024 of Complainant Edward C. Tidwell, which the online request only allowed one attachment of Complainant's correspondence dated October 10, 2024 to Noridian c/o CMS and Livanta c/o CMS. Attached hereto is a copy of Complainant's email dated October 11, 2024 that is part of the FOIA.

Thank you for your help.

Respectfully,

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
T: (510) 470-8422
E: edwardctidwell@yahoo.com

Cc:

Via Facsimile (701) 277-6590 (only)
(Facsimile sent w/o attachment)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachment)
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 2687
Virginia Beach, Virginia 23450

Email: stephanie.perez-cortez@hhs.gov (only)
Stephanie Perez-Cortez, Esq.
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Email: civilrights@dhcs.ca.gov (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Attachments:

 Complainant Edward C. Tidwell FOIA Request dated October 30, 2024 to CMS.pdf
162.6kB

 Complainant Edward C. Tidwell's Correspondence dated October 10, 2024 to Noridan and Livanta for CMS-Livanta
Case No. C-839007 (Scan CCF10112024).pdf
3.2MB

 Email dated October 11, 2024 from Complainant Edward C. Tidwell to Livanta LLC Re CMS Case No. C-839007-QOC-
816453 Tidwell vs. Kaiser Permanente.pdf
130.6kB

 An official website of the United State government
Here's how you know

 UNITED STATES DEPARTMENT of JUSTICE

MENU

 **FOIA.gov**

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1660831

# Success!

## Your FOIA request has been created and is being sent to the Center for Medicare and Medicaid Services.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Joseph Tripline, FOIA Officer

410-786-5353

joseph.tripline@cms.hhs.gov

FOIA Requester Service Center

410-786-5353

Desiree Gaynor, FOIA Public Liaison, FOIA Public Liaison

410-786-5353

desiree.gaynor@cms.hhs.gov

Joseph Tripline, FOIA Officer, Central Building Room C5-11-06
7500 Security Boulevard
Baltimore, MD 21244

FOIA_Request@cms.hhs.gov

---

# Request summary

Request submitted on **October 30, 2024**.

The confirmation ID for your request is **1660831**.

 The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Edward C. Tidwell

**Mailing address**
81 Carol Lane, Apt. #208
Oakley, CA 94561
United States

**Phone number**
5104708422

**Email**
edwardctidwell@yahoo.com

---

## Your request

Department of Health and Human Services, Center for Medicare and Medicaid Services and Livanta LLC c/o Department of Health and Human Services, Center for Medicare and Medicaid Services Re: Medicare No.: 4MD6MT6NH47 Complainant Edward C. Tidwell for Tanesha Tidwell aka Tanesha C. Tidwell, Tanesha Captolar-Mae Tidwell or Tanesha C-M Tidwell (Decedent) Patient Name: Tanesha Tidwell Livanta Case No.: C-839007/QOC-816453 Health Insurance Claim No.:/MBI: 4MD6MT6NH47 Practitioner/Provider Name: Kaiser Foundation Hospital-Antioch Practitioner/Provider Number: 050760 Dates of Admission/Service: June 6, 2022–June 8, 2022 Dear Gentle-persons: Pursuant to (the "FOIA") Freedom of Information Act, 5 U.S. Code § 552-Public information; agency rules, opinions, orders, records, and proceedings, as reflected in the attached letter dated October 10, 2024 and Complainant's email dated October 11, 2024 sent to your office via facsimile, please accept this written demand as Complainant's follow-up request for copies of all documents compiled and generated from September 1, 2024 to October 30, 2024 by Livanta c/o CMS, which as evidenced in the above-mentioned negligent quality of care action Livanta c/o CMS allegedly contacted Kaiser Foundation Hospital-Antioch and (the "Kaiser Permanente") Kaiser Foundation Health Plan, Inc. d/b/a Kaiser Permanente in Livanta's efforts to conduct a thorough investigation of the negligent quality of care that contributed to the personal injuries, negligent/medical malpractice and other causes that resulted in Decedent wrongful death on June 8, 2022. Please provide Complainant with a copy of the Livanta c/o CMS laws and regulations that restricted your review and investigation of the subject matter from June 6, 2022 to June 8, 2022. Established law described under 5 U.S.C § 552 provides the FOIA shall remain in full force and effect until the request for copies is completely satisfied.

---

## Additional information

Complainant Edward C. Tidwell's Correspondence dated October 10, 2024 to Noridan and Livanta for CMS-Livanta Case No. C-839007 (Scan CCF10112024).pdf

---

## Fees

### What type of requester are you?
other

### Fee waiver
yes

**Fee waiver justification**
Complainant has and will continue suffer extreme hardship as a direct result of the negligent quality of care and treatments that contributed to the personal injuries, negligent/medical malpractice and other causes that resulted in the wrongful death on June 8, 2022 of Complainant's dear daughter who was gruesomely and barbarically burned up without Complainant's prior knowledge, consent or approval.

**The amount of money you're willing to pay in fees, if any**
$0.00

---

# Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
Complainant is appealing the subject matter, additionally, as prescribed by law Complainant shall request further reconsideration pending your review and investigation.


# FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬀ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ☑

## Livanta Case Number: C-839007/QOC-816453

From: Edward C. Tidwell (edwardctidwell@yahoo.com)

To: stephanie.perez-cortez@hhs.gov; reg10.ocrmail@hhs.gov; civilrights@dhcs.ca.gov; helpline@dmhc.ca.gov; caseinfo@dmhc.ca.gov

Date: Friday, October 11, 2024 at 11:27 AM PDT

Via Facsimile (701) 277-6590 (only)
(Facsimile sent w/o attachment)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachment)
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701-1105

Email: stephanie.perez-cortez@hhs.gov (only)
Stephanie Perez-Cortez
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Email: civilrights@dhcs.ca.gov (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Email: helpline@dmhc.ca.gov and caseinfo@dmhc.ca.gov (only)
State of California, California Department of Managed Health Care
DMHC Case No.: 1270271, 1290751 and 1304042 Tidwell vs. Kaiser Permanente

Re:

| | |
|---|---|
| Patient Name: | Tanesha Tidwell (Decedent) |
| Livanta Case Number: | C-839007/QOC-816453 |
| Health Insurance Claim Number/MBI: | 4MD6MT6NH47 |
| Practitioner/Provider Name: | Kaiser Permanente |
| Practitioner/Provider Number: | 050760 |
| Date of Service: | From April 2013 to June 2022 |
| Date of Admission: | June 6, 2022 |
| Date of Death: | June 8, 2022 |

Dear Noridian c/o CMS, Livanta c/o CMS, Stephanie Perez-Cortez, Brian Buckley, Gentle-persons:

Please find attached a copy of Complainant Edward C. Tidwell's correspondence dated October 10, 2024, which was sent via facsimile (only) to Noridian c/o CMS and Livanta c/o CMS in objection to Livanta's erroneous dismissal of Complainant's Complaint filed in the above-entitled case.

As to Complainant's correspondence sent yesterday, it is evident Complainant successfully carried his burden of proof that the documents in Livanta's Case File No.: C-839007/QOC-816453 specifically Complainant's correspondence dated September 25, 2024, September 30, 2024 and October 3, 2024, in addition, Livanta's own visual Voicemail Messages dated September 30, 2024 and October 7, 2024 of David and Kathy provide sufficient facts Livanta never requested from the Kaiser Permanente all of Decedent's medical record from June 1, 2020 to June 30, 2022 for investigation of Kaiser Permanente's faulty quality of care and treatments that contributed to the personal injuries, negligence/medical malpractice and other reckless causes that resulted in Decedent's wrongful death on June 8, 2022.

Complainant's assertions are supported by David's voicemail message dated October 30, 2024 that specifically states "but uh rest assured that uh we are uh requesting the medical records for the appropriate year of uh when your uh daughter passed away. Um So, um the medical record um haven't been received yet." Therefore, please accept this as Complainant's urgent written request for copies of Decedent's medical records that Livanta received from the Kaiser Permanente, in addition, please provide me with a copy of all documents generated and sent by Livanta to the Kaiser Permanente in your efforts to obtain the medical records needed to conduct a thorough investigation of the Kaiser Permanente's faulty quality of care and treatments for the duration from June 1, 2020 to June 30, 2022.

Please be reminded that since this matter is on for Livanta's further investigation and reconsideration, Livanta need to address the discrepancies mentioned herein. I respectfully request that all reconsideration deadlines be vacated effective immediately. It is extremely urgent that Livanta provide Complainant with copies of the Kaiser Permanente medical record and a copy of all documents generated, received and exchanged between Livanta and the Kaiser Permanente in connection with the above-mentioned matter so Complainant may proceed accordingly.

Respectfully,

Edward C. Tidwell

Attachment:

📄 Complainant Edward C. Tidwell's Correspondence dated October 10, 2024 to Noridan and Livanta for CMS-Livanta Case No. C-839007 (Scan CCF10112024).pdf
3.2MB

*Edward C. Tidwell*
*81 Carol Lane, Apt. #208*
*Oakley, California 94561*

October 10, 2024

*T: (510) 470-8422*
*E: edwardctidwell@yahoo.com*

*Facsimile (701) 277-6590 (only)*
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

*Via Facsimile (888) 685-7025 (only)*
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701-1105

Re:

| | |
|---|---|
| Patient Name: | Tanesha Tidwell (Decedent) |
| Livanta Case Number: | C-839007/QOC-816453 |
| Health Insurance Claim Number/MBI: | 4MD6MT6NH47 |
| Practitioner/Provider Name: | Kaiser Permanente |
| Practitioner/Provider Number: | 050760 |
| Date of Service: | From April 2013 to June 2022 |
| Date of Admission: | June 6, 2022 |
| Date of Death: | June 8, 2022 |

Dear Noridian c/o CMS, Livanta c/o CMS, Gentle-persons:

Please accept this correspondence as follow-up to Complainant's telephone conversation with David yesterday, which Complainant after going back and forward with David during the discussion, David eventually took heed that Complainant was telephonically lodging his Request for Reconsideration in objection to Livanta's decision made telephonically by Kathy on October 7, 2024 to dismiss the above-mentioned case file.

The Livanta dismissal is baseless as supported by the enclosed copy of David's Voicemail Message dated September 30, 2024, which amongst other things the wrong "Admission/Service dates of June 6, 2024 to June 9, 2024" are reflected in Matthew Stofferahn, MD letter dated September 18, 2024, in addition, David's voicemail message states "the medical records um haven't been received yet."

As reflected in the Livanta case file, it is undisputed that Complainant's correspondence dated September 25, 2024 was received via Facsimile (844) 420-6671/(888) 685-7025 (w/o enclosures of photos), in addition, Complainant's correspondence dated September 25, 2024 with the enclosures were received on September 27, 2024 by Livanta via U.S. Postal Service Priority Mail-Confirmation Receipt #9505 5108 7422 4269 7659 59 (copy enclosed).

Noridian c/o CMS
Livanta c/o CMS,
October 10, 2024
Page 2

Complainant's correspondence dated September 25, 2024 show the wrong admission and service dates in Dr. Stofferahn's letter dated September 18, 2024. Complainant's correspondence dated September 25, 2024 provide sufficient facts to support his assertions why Livanta should expand its investigation into the circumstances involving Decedent's wrongful death at Kaiser Permanente during the admission and service dates from June 2020 to June 2022 instead of from June 6, 2022 to June 9, 2022 as suggested in Dr. Stofferahn's letter.

In addition to his correspondence dated September 25, 2024, Complainant's correspondence dated October 3, 2024 informed Livanta of their discrepancies, therefore, Complainant insisted that a thorough investigation involving the wrongful death of Decedent be extended from June 2020 to June 2022 instead of from June 6, 2022 to June 9, 2022.

Complainant never received a written response from Livanta to his correspondence dated September 25, 2024 and October 3, 2024 as to the extension of time to investigate (the "Kaiser Permanente") Kaiser Foundation Health Plan, Inc. d/b/a Kaiser Permanente's faulty quality of care and treatments that contributed to the personal injuries, negligence/medical malpractice and other reckless causes that resulted in Decedent's wrongful death on June 8, 2022.

In support of Complainant's requests that Livanta's investigation began prior to June 6, 2022, Complainant provide sufficient evidence received September 27, 2024 by Livanta via U.S. Postal Service Priority Mail-Confirmation #9505 5108 7422 4269 7659 59, which Complainant provided undisputed facts of the Kaiser Permanente's prejudicial and discriminatory acts of November 2021 and December 2021 in that Kaiser Permanente intentionally violated (the "ADA") Americans with Disabilities Act, the Disability Rights and other state and federal laws that protected Decedent from being forced discharged from Kaiser Permanente to her boarded up apartment in November 2021.

The records of November 2021 show Kaiser Permanente's reckless forced discharge of Decedent back to her boarded up apartment without regards for her safety and well being. As I specifically indicated to Livanta on September 30, 2024, Kaiser Permanente was left with no choice but to readmit my dear Tanesha after a heated dispute between the Ambulance Attendants, the Emergency Room staff and a Kaiser Permanente Medical Director who was summoned to sort out the negligent quality of care and treatments that caused Decedent to be forced discharged in November 2021.

The extension requests to the investigate the Kaiser Permanente records are justified, the Kaiser Permanente records from June 2020 to June 2022 provide undisputed facts to support the investigation into Kaiser Permanente's faulty quality of care and treatments that contributed to Decedent's wrongful death on June 8, 2022. The dates from June 6, 2022 to June 9, 2022 are inaccurate to conduct a thorough investigation of the Kaiser Permanente's reckless acts as described in Complainant's correspondence dated September 25, 2024 and October 3, 2024.

Complainant's request to expand the investigation is supported by the ADA, the Disability Rights and other state and federal laws violated by the Kaiser Permanente. Your office received a copy of the Reasonable Accommodation/Modification or Assistance Animal request form, which the Kaiser Permanente by James F. Chan MD executed on December 5, 2021, which the point here is the Kaiser Permanente by Dr. Chan knew Decedent apartment wasn't ready for her to be discharged back home.

Noridian c/o CMS
Livanta c/o CMS,
October 10, 2024
Page 3

The Kaiser Permanente's forced discharged Decedent in November 2021 and December 2021, the Kaiser Permanente by Dr. Chan already knew the ADA, the Disability Rights and other state and federal laws protected Decedent from said violations. Additionally, the Kaiser Permanente knew Jomok Care Home Corporation wasn't an assisted living facility to help Decedent get well. The Kaiser Permanente knew Jomok Care Home Corporation was a Hospice Facility where my Tanesha was forced discharged until she was to expire.

Enclosed is a copy of Kathy's Voicemail Message dated October 7, 2024, which she informed the case has been dismissed. As reflected in the Livanta case file, it is overwhelmingly evident Livanta never received Decedent's entire Kaiser Permanente medical records from June 2020 to June 2022 to enable Livanta to conduct a thorough investigation of the circumstances involving Decedent's wrongful death and the Kaiser Permanente's negligent quality of care and treatments.

Obviously, based on all the foregoing facts, at this juncture Complainant is not able to successfully defend the reconsideration without Livanta's honesty and cooperation. Complainant respectfully submit this written demand for a complete copy of Decedent's medical records feign to receive from the Kaiser Permanente from September 18, 2024 to October 4, 2024, which Livanta has already admitted it received said medical records to enable Livanta to conduct a thorough investigation then make its decision to dismiss Complainant's Complaint in its entirety.

Respectfully,

*Edward C. Tidwell*

Edward C. Tidwell

Cc:    *Email: stephanie.perez-cortez@hhs.gov (only)*
       Stephanie Perez-Cortez
       Investigator
       Office for Civil Rights, Pacific Region
       U.S. Department of Health and Human Services
       HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

       *Email: civilrights@dhcs.ca.gov (only)*
       Brian Buckley
       Civil Rights Investigator
       Office of Civil Rights
       State of California, California Department of Health Care Services
       DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

       *Email: helpline@dmhc.ca.gov and caseinfo@dmhc.ca.gov (only)*
       State of California, California Department of Managed Health Care
       DMHC Case No.: 1270271, 1290751 and 1304042
       Tidwell vs. Kaiser Permanente

Enclosures:

## Voicemail Message dated September 30, 2024 from David of Livanta LLC

From:  Edward C. Tidwell (edwardctidwell@yahoo.com)

To:    edwardctidwell@yahoo.com

Date:  Thursday, October 3, 2024 at 09:53 AM PDT

(09/30/24, 11:23 PM)      Hello, good afternoon. Um Mr Tidwell, this is David calling from the VTA Medicare's Quality Improvement Organization. I was just calling to give you a status update on your case. C 839007. We did receive your uh letter and uh uh yes, sir. I, I apologize in the acknowledgment letter. I did put the wrong year there, but uh rest assured that uh we are uh requesting the medical records for the appropriate year of uh of when your uh daughter passed away. Um Again, I'm sorry for uh for that um uh mistake. Uh But uh the, the correct uh year for the medical records of when she was uh admitted to the uh Kaiser Foundation Hospital uh uh is uh the appropriate year of when your daughter passed away. Um So, um the medical records um haven't been received yet, just wanted to let you know that uh the request is still pending. So, um otherwise, um it hasn't uh been received yet, but uh again, um the data service that uh were requested and um let me just uh look at this real quick. Um Yes sir, for June 6 2022 to June 8, 2022. So those are the years that the medical records, um uh those are the dates that uh is being requested. Um Do you have any questions? Um Again, uh this is David in the quality department and, and your case complaint number is C 39839007. And our call back number is 8663166977. again, I was just returning your call uh, to let you know that, uh, we did request the days of service for the year of 2022. All right. Thank you and have a good day to ensure your satisfaction with Levante's level of service during your call. Please listen carefully and follow the prompts to answer the following five questions. For each question. Please press the corresponding button on the keypad of your phone to give the Levanter Representative a rating of 1 to 5 with five at what is being the best rating. Please note we strive to provide excellent service and receive all five. Question one with five being the best was the staff member. You spoke with clear concise and easily understood. Question one with five being the best was the staff member. You spoke with clear concise and easily understood. Question one with five being the best was the staff member. You spoke with clear concise and easily understood.

<u>Yahoo Mail: Search, Organize, Conquer</u>

ılı  18337302694_1458685678092907408932.amr
281.2kB

## Voicemail Message dated October 7, 2024 from Livanta LLC c/o CMS

From:  Edward C. Tidwell (edwardctidwell@yahoo.com)

To:     edwardctidwell@yahoo.com

Date:  Tuesday, October 8, 2024 at 09:40 AM PDT

(10/07/24, 8:21 PM)      Hi, this is Kathy calling from Luana Medicare's Quality Improvement Organization. I'm calling to provide you with an update on the status of your case that you submitted on behalf of Tisha Tidwell with the case id of C dash 839007. I wanna thank you again for bringing your concerns to Levant's attention. I wanna make sure you feel supported during the review process based on the medical record, the peer reviewer found that the standard of care was met um and a letter with the detailed explanation of the findings has been placed in the mail. If you would like additional information or have questions, please contact me at 8663166977. If you disagree with this determination, you do have the right to request a reconsideration review. Your verbal request is due on October 10th and you may submit additional documentation If you wish, which is due on October 17th. Um uh That's it. Thank you and have a wonderful day to ensure your satisfaction with Levante's level of service during your call. Please listen carefully and follow the prompts to answer the following five questions. For each question, please press the corresponding button on the keypad of your phone to give the Levanter Representative a rating of 1 to 5 with five. At always being the best rating, please note we strive to provide excellent service and receive all five. Question one with five being the best was the staff member. You spoke with clear concise and easily understood. Question one with five being the best was the staff member. You spoke with clear concise and easily understood. Question one with five being the best was the staff member. You spoke with clear concise and easily understood. Question one with five being the best was the staff member. You spoke with clear concise and easily understood.

Yahoo Mail: Search, Organize, Conquer

‖ı‖ı   18337302694_1595742493288789892889.amr
        260.9kB

10/10/24, 10:53 AM                                    USPS.com® - USPS Tracking® Results

**ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 9505510874224269765959

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:28 pm on September 27, 2024 in ANNAPOLIS JUNCTION, MD 20701.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
ANNAPOLIS JUNCTION, MD 20701
September 27, 2024, 12:28 pm

● **Out for Delivery**
ANNAPOLIS JUNCTION, MD 20701
September 27, 2024, 8:51 am

● **Arrived at Post Office**
ANNAPOLIS JUNCTION, MD 20701
September 27, 2024, 8:40 am

● **Arrived at USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
September 27, 2024, 5:56 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

Feedback

September 27, 2024, 5:17 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 27, 2024, 1:32 am

**In Transit to Next Facility**
September 26, 2024

**Arrived at USPS Regional Origin Facility**
OAKLAND CA DISTRIBUTION CENTER
September 25, 2024, 7:57 pm

**USPS in possession of item**
OAKLEY, CA 94561
September 25, 2024, 3:09 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Email dated November 7, 2024 from Rhonda Anderson of the Maryland Board of Physicians that states "I did not find a licensee named Matthew Stofferahn in our system."

## EXHIBIT 2

## Re: Maryland Board of Physicians PIA Request

From: mbp customerservice -MDH- (mbp.customerservice@maryland.gov)

To:    edwardctidwell@yahoo.com

Date:  Thursday, November 7, 2024 at 09:02 AM PST

Good afternoon Mr. Tidwell,

I am responding to your Public Information Act request to the MD Board of Physicians (the Board), received on November 6, 2024, for copies of documents to determine the status of the physician's license from September 1, 2024, to October 30, 2024.

Without a license number, the individual's full name is needed to conduct a search for a license. With that information, you can search the Board's practitioner profile system for current information on the license status. Please note that I did not find a licensee named Matthew Stofferahn in our system.

Please contact me if you have any questions.

Sincerely,

Rhonda Anderson
Maryland Board of Physicians
Customer Service
410-764-4705

*The Board is not authorized to nor does it give legal advice. Please note that this response is provided as information only and is not intended to constitute legal advice. The Board of Physicians is committed to customer service. Please click here to take our Customer Satisfaction Survey.*

On Wed, Nov 6, 2024 at 2:13 PM <edwardctidwell@yahoo.com> wrote:
Date: 11/6/2024
Submit PIA Request

Name: Edward C Tidwell
Email: edwardctidwell@yahoo.com

PIA Request:
Rhonda Anderson Maryland Board of Physicians Re Edward C. Tidwell for Tanesha Tidwell (Decedent) Livanta Case No.: C-839007/QOC-816453 BFCC-QIO Program, Region 9 Livanta LLC c/o Department of Health and Human Services, Centers for Medicare & Medicaid Services 10820 Guilford Road, Suite 202 Annapolis Junction, Maryland 20701-1105 Dear Rhonda Anderson, Gentle-persons: Please accept this extremely urgent (PIA) Public Information Act correspondence as request for copies of documents to determine the status of the physicians' license from September 1, 2024 to October 30, 2024, if any, that relates to license issued to David _____, Kathy _____ and Matthew Stofferahn of Livanta c/o CMS. I do not have David and Kathy's last name, however, I will provide it when I receive their last name from Livanta c/o CMS. Please feel free to contact me via email edwardctidwell@yahoo.com if there are any concerns. Thank you for your help. Sincerely, Edward C. Tidwell

NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

1
2
3
4
5
6
7
8

# EXHIBIT 3

9
10
11
12

Email dated November 8, 2024 from Kelli G. Moss of the Virginia Department of Health Professions that states "A search of the Department of Health Professions' licensee database did not reveal any licensed healthcare provider named Matthew Stofferahn."

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT 3

## Re: Matthew Stofferahn

From:  Board of Health Professions (bhp@dhp.virginia.gov)

To:    edwardctidwell@yahoo.com; foia@dhp.virginia.gov

Cc:    medbd@DHP.VIRGINIA.GOV

Date:  Friday, November 8, 2024 at 08:48 AM PST

Dear Mr. Tidwell,

Please accept my sincerest condolences on the loss of your daughter.

A search of the Department of Health Professions' licensee database did not reveal any licensed healthcare provider named Matthew Stofferahn. As you indicated the individual whose records you are seeking is a physician, I am copying the Board of Medicine, which is the custodian of records for medical licenses.

Your records requests for "David" and "Kathy" do not include sufficient identifying information to determine whether licensing records exist for either of these individuals. If you obtain their complete names you may wish to use DHP's interactive License Lookup feature to determine whether they are licensed in Virginia and contact the appropriate licensing board to request records. A list of regulated professions and their licensing boards is on DHP's website.

Again, I am deeply sorry for your loss.

Sincerely,

**Kelli G. Moss**
**Executive Director**
**Board of Health Professions**
9960 Mayland Dr.
Henrico, VA 23233

Phone: (804) 597-4130
Fax:  (804) 767-1011
kelli.moss@dhp.virginia.gov



Virginia Department of
## Health Professions

Any and all statements provided herein shall not be construed as an official policy, position, opinion or statement of the Virginia Boards of Audiology and Speech-Language Pathology, Optometry and Veterinary Medicine (Boards). Board staff cannot and do not provide legal advice. Board staff provide assistance to the public by providing reference to Boards' statutes and regulations; however, any such assistance provided by Board staff shall not be construed as legal advice for any particular situation, nor shall any such assistance be construed to communicate all applicable laws and regulations governing any particular situation or occupation. Please consult an attorney regarding any legal questions related to state or federal laws and regulations, including the interpretation and application of the laws and regulations governing the Boards.

Under no circumstances shall the Boards, their members, officers, agents, or employees be liable for any actions taken or omissions made in reliance on any information contained in this e mail.

11/30/24, 4:51 PM                                    Yahoo Mail - Re: Matthew Stofferahn.

**From:** Edward C. Tidwell <edwardctidwell@yahoo.com>
**Sent:** Thursday, November 7, 2024 6:09 PM
**To:** FOIA (DHP) <foia@dhp.virginia.gov>; Board of Health Professions <bhp@dhp.virginia.gov>
**Subject:** Matthew Stofferahn

Via Email: foia@dhp.virginia.gov and bhp@dhp.virginia.gov
Freedom of Information Act
State of Virginia,
Virginia Department of Health Professions

Via Facsimile (804) 212-2174
Enforcement Division
State of Virginia,
Virginia Department of Health Professions

Re: Matthew Stofferahn

Dear Gentle-persons:

Please accept this urgent (the "FOIA") Freedom of Information Act request of Edward C. Tidwell that relates to the wrongful death and the gruesome and barbaric burning up of my dear daughter Tanesha Tidwell (Decedent).  It appears I've fallen victim of a scheme for massive ill-gotten gain and unjust enrichment by Matthew Stofferahn and others of BFCC-QIO Program, Region 9, Livanta LLC c/o Department of Health and Human Services, Centers for Medicare & Medicaid Services who is feigning an address listed as P.O. Box 2687, Virginia Beach, Virginia 23450. The FOIA is sufficient request for information and copies of documents to determine the status of the physicians' license from September 1, 2024 to October 30, 2024, if any, that relates to the license issued to Matthew Stofferahn along with David _____ and Kathy _____ of Livanta c/o CMS.

Unfortunately, I do not have David and Kathy's last name, however, I will provide it when I receive their last name from Livanta c/o CMS.  Please feel free to contact me via email edwardctidwell@yahoo.com if there are any concerns.

Thank you for your help.

Sincerely,

Edward C. Tidwell

1
2
3
4
5
6
7
8

# EXHIBIT 4

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email dated November 8, 2024 from Jennifer L. Deschenes of the Virginia Department of Health Professions that states "As stated in my prior email, Matthew Stofferahn is not licensed by the Virginia Board of Medicine.  Further, the Board/DHP does not license entities such as Livanta, and has no jurisdiction over Livanta or Medicare/Medicaid."

## EXHIBIT 4

## Re: Matthew Stofferahn

From:   Deschenes, Jennifer (DHP) (jennifer.deschenes@dhp.virginia.gov)

To:     edwardctidwell@yahoo.com

Date:   Friday, November 8, 2024 at 01:03 PM PST

Dear Mr. Tidwell,

If you wish to file a complaint against a licensee of DHP or the Board of Medicine, you will find information on how to do so here:
https://www.dhp.virginia.gov/PractitionerResources/Enforcement/

As stated in my prior email, Matthew Stofferahn is not licensed by the Virginia Board of Medicine. Therefore, neither DHP nor the Board of Medicine has jurisdiction over Matthew Stofferahn. Further, the Board/DHP does not license entities such as Livanta, and has no jurisdiction over Livanta or Medicare/Medicaid.

You may wish to contact someone at the Department of Health and Human Services, or consult with an attorney.

Kind regards,

**Jennifer L. Deschenes, JD, MS**
**Deputy Executive Director, Discipline**
Virginia Board of Medicine

**office:** (804) 367-4462
**fax:** (804) 527-4429
**email:** jennifer.deschenes@dhp.virginia.gov
9960 Mayland Drive, Suite 300, Henrico, VA 23233-1463

Any and all statements provided herein shall not be construed as an official policy, position, opinion, or statement of the Virginia Board of Medicine (VBOM). VBOM staff cannot and do not provide legal advice. VBOM staff provides assistance to the public by providing reference to VBOM statutes and regulations; however, any such assistance provided by VBOM staff shall not be construed as legal advice for any particular situation, nor shall any such assistance be construed to communicate all applicable laws and regulations governing any particular situation or occupation. Please consult an attorney regarding any legal questions related to state and federal laws and regulations, including the interpretation and application of the laws and regulations of VBOM.
UNDER NO CIRCUMSTANCES SHALL VBOM, ITS MEMBERS, OFFICERS, AGENTS, OR EMPLOYEES BE LIABLE FOR ANY ACTIONS TAKEN OR OMISSIONS MADE IN RELIANCE ON ANY INFORMATION CONTAINED IN THIS EMAIL.

## Re: Matthew Stofferahn

From: Edward C. Tidwell (edwardctidwell@yahoo.com)

To:    jennifer.deschenes@dhp.virginia.gov; bhp@dhp.virginia.gov; kelli.moss@dhp.virginia.gov; medbd@dhp.virginia.gov

Date:  Friday, November 8, 2024 at 12:35 PM PST

Kelli G. Moss
Executive Director
Board of Health Professions
State of Virginia,
Virginia Department of Health Professions

Jennifer L. Deschenes, JD, MS
Deputy Executive Director, Discipline
Virginia Board of Medicine
State of Virginia,
Virginia Department of Health Professions

Via Facsimile (804) 212-2174 (w/o Attachments)
Enforcement Division
State of Virginia,
Virginia Department of Health Professions

Re: Matthew Stofferahn

Dear Kelli G. Moss, Jennifer L. Deschenes, Gentle-persons:

I appreciate and thank you for your email of this morning wherein you offered sincere condolences on the wrongful death loss on June 8, 2022 of my dear daughter Tanesha Tidwell.

Understandably your office jurisdictional authority may be limited as to how you may assist me in my efforts to pursue remedies, justice and compensation for the falsities and fraudulent misrepresentations made to me by David ____ and Kathy ____ in their Voicemail Message dated September 30, 2024 and October 7, 2024 (copy attached).

Further to your investigation of the instant (the "FOIA") Freedom of Information Act request, please find attached a copy of the supporting documents that are letters dated September 18, 2024 and October 7, 2024, which I received from Matthew Stofferahn of BFCC-QIO Program, Region 9, Livanta LLC c/o Department of Health and Human Services, Centers for Medicare & Medicaid Services located in Annapolis Junction, Maryland and Virginia Beach, Virginia.

Please find attached a letter dated October 10, 2024 and an email dated October 11, 2024 that relates to the deceptive Voicemail Message of Livanta c/o CMS by David ____ and Kathy ____. As to the falsities and fraudulent misrepresentations made from September 1, 2024 to October 30, 2024 to the date hereof by Livanta c/o CMS, Matthew Stofferahn and others, please find attached correspondence dated September 25, 2024 and October 3, 2024, which is sufficient to show I timely responded in objection to Livanta c/o CMS and Matthew Stofferahn's falsities and fraudulent misrepresentations made under Livanta Case No.: C-839007/QOC-816453.

Finally, please accept this written communication as Complainant Edward C. Tidwell's Complaint, which I respectfully request that your office further examine and thoroughly investigate the unlawful and unfair business practices, the false claims act and the fraudulent misrepresentations of Livanta c/o CMS by Matthew Stofferahn, David ____, Kathy ____ and others whose acts and business practices where designed to steal Decedent and my personal information and identification while Livanta c/o CMS, Matthew Stofferahn, David ____, Kathy ____ and others accumulated massive ill-gotten gain and unjust enrichment over my daughter's body.

Again, I truly am grateful for your sincere condolences offered on behalf of the wrongful death loss of my Tanesha.

Sincerely,

Edward C. Tidwell

Cc: Via Email and/or Facsimile

Email: stephanie.perez-cortez@hhs.gov and
reg10.ocrmail@hhs.gov (only)
Stephanie Perez-Cortez, Esq.
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Email: civilrights@dhcs.ca.gov (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Email: Cheri.Rice@cms.hhs.gov
Cheri Rice
Deputy Director, and
Meena Seshamani, M.D., PhD
Deputy Administrator and Director
Department of Health and Human Services,
Centers for Medicare & Medicaid Services

Via Facsimile (701) 277-6590 (w/o Attachments)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710
Medicare No./Name: 4MD8MT6NH47-Tanesha Tidwell

Attachments:

On Friday, November 8, 2024 at 09:17:10 AM PST, Deschenes, Jennifer (DHP)
<jennifer.deschenes@dhp.virginia.gov> wrote:

Dear Mr. Tidwell,

The Virginia Board of Medicine has no record of a licensee by the name of Matthew Stofferahn. The Board has no
documents responsive to your FOIA request.

Kind regards,

Jennifer L. Deschenes, JD, MS
Deputy Executive Director, Discipline
Virginia Board of Medicine

office: (804) 367-4462
fax: (804) 527-4429
email: jennifer.deschenes@dhp.virginia.gov
9960 Mayland Drive, Suite 300, Henrico, VA 23233-1463

Any and all statements provided herein shall not be construed as an official policy, position, opinion, or statement of
the Virginia Board of Medicine (VBOM). VBOM staff cannot and do not provide legal advice. VBOM staff provides
assistance to the public by providing reference to VBOM statutes and regulations; however, any such assistance

provided by VBQM staff shall not be construed as legal advice for any particular situation, nor shall any such assistance be construed to communicate all applicable laws and regulations governing any particular situation or occupation. Please consult an attorney regarding any legal questions related to state and federal laws and regulations, including the interpretation and application of the laws and regulations of VBOM.

UNDER NO CIRCUMSTANCES SHALL VBOM, ITS MEMBERS, OFFICERS, AGENTS, OR EMPLOYEES BE LIABLE FOR ANY ACTIONS TAKEN OR OMISSIONS MADE IN RELIANCE ON ANY INFORMATION CONTAINED IN THIS EMAIL.

-----Original Message-----
From: Edward C. Tidwell <edwardctidwell@yahoo.com>
Sent: Thursday, November 7, 2024 1:10 PM
To: FOIA (DHP) <foia@dhp.virginia.gov>; Board of Health Professions <bhp@dhp.virginia.gov>
Subject: Matthew Stofferahn

Via Email: foia@dhp.virginia.gov and bhp@dhp.virginia.gov Freedom of Information Act State of Virginia, Virginia Department of Health Professions

Via Facsimile (804) 212-2174
Enforcement Division
State of Virginia,
Virginia Department of Health Professions

Re: Matthew Stofferahn

Dear Gentle-persons:

Please accept this urgent (the "FOIA") Freedom of Information Act request of Edward C. Tidwell that relates to the wrongful death and the gruesome and barbaric burning up of my dear daughter Tenesha Tidwell (Decedent). It appears I've fallen victim of a scheme for massive ill-gotten gain and unjust enrichment by Matthew Stofferahn and others of BFCC-QIO Program, Region 9, Livanta LLC c/o Department of Health and Human Services, Centers for Medicare & Medicaid Services who is feigning an address listed as P.O. Box 2887, Virginia Beach, Virginia 23450. The FOIA is sufficient request for information and copies of documents to determine the status of the physicians' license from September 1, 2024 to October 30, 2024, if any, that relates to the license issued to Matthew Stofferahn along with David _____ and Kathy _____ of Livanta c/o CMS.

Unfortunately, I do not have David and Kathy's last name, however, I will provide it when I receive their last name from Livanta c/o CMS. Please feel free to contact me via email edwardctidwell@yahoo.com if there are any concerns.

Thank you for your help.

Sincerely,

Edward C. Tidwell

Letter dated September 18, 2024 from Matthew Stofferahn, MD of Livanta LLC (Scan CCF09252024).pdf
2MB

Correspondence dated September 25, 2024 from Edward C. Tidwell to Matthew Stofferahn, MD of Livanta LLC (Scan CCF09252024_0001).pdf
3.4MB

Complainant Edward C. Tidwell's Correspondence dated October 3, 2024 to Livanta LLC (Scan CCF10032024) (1).pdf
1.7MB

Letter dated October 7, 2024 from Matthew Stofferahn, MD of Livanta LLC (Scan CCF11052024).pdf

2.5MB

📄 Complainant Edward C. Tidwell's Correspondence dated October 10, 2024 to Noridan and Livanta for CMS-Livanta
Case No. C-839007 (Scan CCF10112024).pdf
3.2MB

📄 Email dated October 11, 2024 from Complainant Edward C. Tidwell to Livanta LLC Re CMS Case No. C-839007-QOC-
816453 Tidwell vs. Kaiser Permanente.pdf
135.2kB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Email dated December 9, 2024 from Coralyn A. Powell of the Virginia Department of Health Professions that state "The Virginia Board of Medicine has no record of a licensee by the name of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans", in addition, also attached is a copy of an email dated December 9, 2024 from the Intake Unit of the Maryland Board of Physicians that states "According to the Maryland Board of Physician profile search results, we noted a Dr. Ellen Richardine Evans with License Number D0054350.  However, Dr. Evans's Maryland License expired on September 30, 2000.

# EXHIBIT 5

## Re: Ellen R. Evans, MD

From: Powell, Coralyn (DHP) (coralyn.powell@dhp.virginia.gov)

To:     edwardctidwell@yahoo.com

Date:  Monday, December 9, 2024 at 07:44 AM PST

Dear Mr. Tidwell,

The Virginia Board of Medicine has no record of a licensee by the name of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans. The Board has no documents responsive to your FOIA request.

If you would like to file a complaint with the Board you may do so at:
https://www.dhp.virginia.gov/PractitionerResources/Enforcement/
Information for those licensed in the state of Virginia can be found at:
https://dhp.virginiainteractive.org/Lookup/Index

Kind regards,

**Coralyn A. Powell**
Sr. Administrative Assistant
Virginia Board of Medicine
Department of Health Professions
9960 Mayland Dr., Suite 300
Henrico, VA 23233
 (804) 367-4505

Any and all statements provided herein shall not be construed as an official policy, position, opinion, or statement of the Virginia Board of Medicine (VBOM). VBOM staff cannot and do not provide legal advice. VBOM staff provides assistance to the public by providing reference to VBOM statutes and regulations; however, any such assistance provided by VBOM staff shall not be construed as legal advice for any particular situation, nor shall any such assistance be construed to communicate all applicable laws and regulations governing any particular situation or occupation. Please consult an attorney regarding any legal questions related to state and federal laws and regulations, including the interpretation and application of the laws and regulations of VBOM.
UNDER NO CIRCUMSTANCES SHALL VBOM, ITS MEMBERS, OFFICERS, AGENTS, OR EMPLOYEES BE LIABLE FOR ANY ACTIONS TAKEN OR OMISSIONS MADE IN RELIANCE ON ANY INFORMATION CONTAINED IN THIS EMAIL.

**From:** Edward C. Tidwell <edwardctidwell@yahoo.com>
**Sent:** Sunday, December 8, 2024 8:49 PM
**To:** FOIA (DHP) <foia@dhp.virginia.gov>; Board of Medicine <medbd@dhp.virginia.gov>
**Subject:** Ellen R. Evans, MD

Freedom of Information Act
Virginia Department of Health Professions

Re Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans
    Chief Medical Officer
    Livanta LLC

Dear Gentle-persons:

Pursuant to (the "FOIA") Freedom of Information Act, 5 U.S.C. § 552 et seq., please accept this written FOIA request for confirmation of record search of your database for documents search and relevant information in connection with Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans as a licensed physicians or licensed medical director recognized primarily from September 1, 2024 to October 31, 2024 by the Virginia Department of Health Professions. I accessed your website as instructed, however, I came up negative and am asking you to assist me in my efforts to determine the license status of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans.

Please feel free to contact me via email edwardctidwell@yahoo.com if there are any concerns. Thank you for your help.

Sincerely,

Edward C. Tidwell

## RE: Ellen R. Evans, MD

From: FOIA (DHP) (dhpfoia@dhp.virginia.gov)

To:    edwardctidwell@yahoo.com

Date:  Tuesday, December 10, 2024 at 08:45 AM PST

Mr. Tidwell,

On Sunday, December 8 you sent two FOIA requests to the Agency. One to the general Department of Health Professions email, and the other to the Board of Medicine email.

The Board of Medicine responded to this request yesterday, December 9, on behalf of the Agency.

Virginia Department of Health Professions
9960 Mayland Drive, Suite 300
Henrico, Virginia 23233
(804) 367-4400

-----Original Message-----
From: Edward C. Tidwell <edwardctidwell@yahoo.com>
Sent: Sunday, December 8, 2024 8:49 PM
To: FOIA (DHP) <foia@dhp.virginia.gov>; Board of Medicine <medbd@dhp.virginia.gov>
Subject: Ellen R. Evans, MD

Freedom of Information Act
Virginia Department of Health Professions

Re Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans
    Chief Medical Officer
    Livanta LLC

Dear Gentle-persons:

Pursuant to (the "FOIA") Freedom of Information Act, 5 U.S.C. § 552 et seq., please accept this written FOIA request for confirmation of record search of your database for documents search and relevant information in connection with Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans as a licensed physicians or licensed medical director recognized primarily from September 1, 2024 to October 31, 2024 by the Virginia Department of Health Professions. I accessed your website as instructed, however, I came up negative and am asking you to assist me in my efforts to determine the license status of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans.

Please feel free to contact me via email edwardctidwell@yahoo.com if there are any concerns. Thank you for your help.

Sincerely,

Edward C. Tidwell

## Re: Ellen R. Evans, MD

From: MDH mbp_intake -MDH- (mdh.mbp_intake@maryland.gov)

To: edwardctidwell@yahoo.com

Date: Monday, December 9, 2024 at 08:12 AM PST

Mr. Tidwell:

According to the Maryland Board of Physicians profile search results, we noted a Dr. Ellen Richardine Evans with License Number D0054350.

However, Dr. Evans's Maryland License *expired* on **September 30, 2000.**

Thank you
Intake Unit
MBP

Please note that this response is provided as information only and is not intended to constitute legal advice. In addition, this message and any accompanying documents are intended for the use of the individual or entity to which they are addressed and may contain information that is privileged or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

*The Board of Physicians is committed to customer service. Please visit* https://www.doit.state.md.us/selectsurvey/TakeSurvey.aspx?agencycode=MBP&SurveyID=86M2956 *to take our Customer Satisfaction Survey.*

On Sun, Dec 8, 2024 at 9:15 PM Edward C. Tidwell <edwardctidwell@yahoo.com> wrote:

Freedom of Information Act
Maryland Board of Physicians

Re Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans
   Chief Medical Officer
   Livanta LLC

Dear Gentle-persons:

Pursuant to (the "FOIA") Freedom of Information Act, 5 U.S.C. § 552 et seq., please accept this written FOIA request for confirmation of record search of your database for documents search and relevant information in connection with Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans as a licensed physicians or licensed medical director recognized primarily from September 1, 2024 to October 31, 2024 by the Maryland Board of Physicians. I accessed your website as instructed, however, I came up negative during my search for Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans as a licensed physicians. I am asking for you to assist me in my efforts to determine the license status of Ellen R. Evans, MD aka Ellen R. Evans or Ellen Evans. The name Ellen Evans-License No.: R224618 as a Registered Nurse did come up on your radar showing that a license was issued to Ellen Evans on October 4, 2016 out of DC.

It is my understanding under the FOIA that there is no charge for the first one hundred 100-pages.

Please feel free to contact me via email edwardctidwell@yahoo.com if there are any questions or concerns.

Thank you for your help.

Sincerely,

Edward C. Tidwell

NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

# EXHIBIT 6

A copy of a photograph of the UPS Store located at 32932 Pacific Coast Highway, Suite 14, Dana Point, California 92629; a copy of Defendant Livanta LLC's online Registration-Articles of Organization filed on March 12, 2021 under Business Entity (File) No.: 202107510790 with (the "CASOS") State of California, Secretary of State, which the Agent for Service of Process for Defendant Livanta LLC is Eric Bennett located at 32932 Pacific Coast Highway, Suite 14-414, Dana Point California 92629.

A blank copy of the CASOS' Articles of Organization Limited Liability Company (LLC)-Form LLC-1 that states Line 2a "Initial Street Address of Principal Office-**Do not enter a P.O. Box**", and Line 3b that states "Street Address (if agent is not a corporation)-**Do not enter a P.O. Box**." Additionally, under provisions of the Public Request Act, pursuant to State of California, California Government Code § 7920 et seq., Plaintiff contacted the State of California, California Franchise Tax Board on December 8, 2024 to inquire whether Defendant Livanta LLC is operating in violation for failing to meet its state tax obligations.

# EXHIBIT 6

11/18/24, 10:48 PM

Dana Point, California - Google Maps

Dana Point, California







 **California Secretary of State**
Electronic Filing



# LLC Registration – Articles of Organization

Entity Name:    LIVANTA LLC

Entity (File) Number:    202107510790
File Date:    03/12/2021
Entity Type:    Domestic LLC
Jurisdiction:    California

Detailed Filing Information

1. Entity Name:    LIVANTA LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:

   32932 Pacific Coast Highway  Suite 14-41
   Dana Point, California 92629
   United States

   b. Initial Mailing Address:

   32932 Pacific Coast Highway  Suite 14-41
   Dana Point, California 92629
   United States

3. Agent for Service of Process:    Eric  Bennett
   32932 Pacific Coast Highway Suite 14-414
   Dana Point California 92629
   United States

4. Management Structure:    All LLC Member(s)

5. Purpose Statement:    The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:    Eric C. Bennett

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

**LLC-1**

**Filing Fee - $70.00**

**Certified Copy Fee (Optional) - $5.00**

*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov/.

**This Space For Office Use Only**

**1.   Limited Liability Company Name** (Must contain an LLC identifier such as LLC or L.L.C. "LLC" will be added, if not included.)

**2.   Business Addresses**

| a. Initial Street Address of Principal Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |

**3.   Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State CA | Zip Code |

**CORPORATION** – Complete Item 3c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

**4.   Management** (Select **only** one box)

The LLC will be managed by:

☐ One Manager      ☐ More than One Manager      ☐ All LLC Member(s)

**5.   Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.   By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.**

Additional signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this Form LLC-1. (All attachments should be 8 ½ x 11, one-sided, legible and clearly marked as an attachment to this Form LLC-1.)

_____
Organizer sign here

_____
Print your name here

LLC-1 (REV 11/2023)

2023 California Secretary of State
bizfileOnline.sos.ca.gov

## Livanta LLC-CASOS Business Entity No.: 202107510790

From:  Edward C. Tidwell (edwardctidwell@yahoo.com)

To:    ftbdisclosureoffice@ftb.ca.gov

Date:  Sunday, December 8, 2024 at 07:51 PM PST

Public Record Act
State of California, California Franchise Tax Board

Re  Livanta LLC
     32932 Pacific Coast Highway, Suite 14-41
     Dana Point, California 92629 and

     Eric Bennett
     32932 Pacific Coast Highway, Suite 14-414
     Dana Point, California 92629

Dear Gentle-persons:

Pursuant to Government Code 7920 et seq., please accept this written request as sufficient for copies of documents and relevant information that relates to Livanta LLC's deceptive, unlawful and unfair business practices, which I've reported to the U.S. Department of Justice, Office of Attorneys General, San Francisco Division because of Livanta LLC and Eric Bennett's violations filing the Articles of Organization-Business Entity No.: 202107510790 with (the "CASOS") State of California, California Secretary of State using the UPS Store address location 32932 Pacific Coast Highway, Suite 14, Dana Point, California 92629 as Livanta LLC's principal office location and Eric Bennett's address as Agent for Service of Process.

I've already complained to the USDOJ, it is evident Livanta LLC and Eric Bennett knew the CASOS required in Item 2a of the Articles of Organization-Form LLC-1 (REV 11-2023) that a domestic LLC must state its "Initial Street Address of Principal Office-Do not enter a P.O. Box," in addition, Livanta LLC and Eric Bennett committed further violations as reflected in Item 3b-Service of Process "Do not enter a P.O. Box."

Please email over a copy of Livanta LLC's tax documents filed with the CAFTB from March 12, 2021 to the date hereof. In addition, please send via email a copy of the Notices from the CAFTB to Livanta LLC and Eric Bennetts regarding delinquent tax documents filing.  It is imperative that you please include a copy of the documents and receipt for the minimum $800 tax fee and any related fees paid to the CAFTB.

Thank you in advance for your help.

Respectfully,

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
T: (510) 470-8422
E: edwardctidwell@yahoo.com

## FTB Disclosure Office (EMAIL AUTO-REPLY)

From:  FTB Disclosure Office@FTB (ftbdisclosureoffice@ftb.ca.gov)

To:  edwardctidwell@yahoo.com

Date:  Sunday, December 8, 2024 at 07:52 PM PST

**Thank you for your email. You have reached a mailbox for the California Franchise Tax Board (FTB) Disclosure Office.**

If you requested public records **maintained by FTB,** you will receive an acknowledgment within 10 calendar days. If you requested confidential personal income tax records (other than copies of tax returns*) and provided the appropriate authorization, you will receive a response within 30 calendar days.

Please visit the following links on our public website for more information regarding:

- Public Records Act
- Information Practices Act

**\*To request copies of tax returns, you must complete FTB 3516, Request for Copy of Personal Income or Fiduciary Tax Return and submit it according to the instructions on the form.**

**Important!** The FTB Disclosure Office does not have access to taxpayer accounts, and we cannot assist with anything other than records requests. We also do not have access to records for any other federal, state, or local agencies (this includes traffic camera footage – we are a tax agency and do not have this information). If you are requesting records for any agency/department other than FTB, you must contact them directly as we will be unable to assist you and you will not receive a response.

If you have questions about or need assistance with any of the following, please call the numbers provided or visit our public website at **ftb.ca.gov.** If your email is not a request for records, you will **not** receive any further response from the Disclosure Office as we will be unable to assist you.

- **Middle Class Tax Refund (MCTR):** Including the status of your refund. Please contact 800-542-9332 or visit our public website at **ftb.ca.gov** and search 'MCTR'.
- **Questions about your tax account:** Including the status of a tax refund or return or a change of address. Please contact our Taxpayer Services Center at 800-852-5711.

- **Questions regarding an outstanding tax liability:** Including wage garnishments, bank levies, and balance due. Please contact one of the following:
  - **Personal Income Tax (PIT - individual taxpayers):** PIT Collections Center – 800-689-4776
  - **Business entities (BE):** BE Collections Center 888-635-0494
- **Assistance with or how to set up an online MyFTB account:** Please visit our public website at **ftb.ca.gov** and select MyFTB Account from the menu options in the top right corner of the homepage.

**Franchise Tax Board | Disclosure Office**

PO Box 1468 MS A-181

Sacramento, CA 95812-1468

**Fax 916.845.4849**



**STATE OF CALIFORNIA**
**Franchise Tax Board**

CONFIDENTIALITY NOTICE: This email from the State of California is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review or use, including disclosure or distribution, is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of this email.

1
2
3
4
5
6
7
8

# EXHIBIT 7

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A copy of Matthew Stofferahn, MD letter dated September 18, 2024 and October 7, 2024 from Defendant Livanta LLC located at 10820 Guilford Road, Suite 202, Annapolis Junction, Maryland 20701 and 10 Franklin Road SE, Suite 900, Roanoke, Virginia 24011.

# EXHIBIT 7

Plaintiff Edward C. Tidwell's Complaint for Declaratory and Injunctive Relief; Declaratory Judgment for Defendants' Violation of the Freedom of Information Act, and the False Claims Act, 5 U.S.C. § 552 et seq. and 31 U.S.C. §§ 3729 and 3732





September 18, 2024

Edward Tidwell
81 Carol Ln
Apt 208
Oakley, CA 94561

**Re: Acknowledgment of Beneficiary Quality of Care Complaint**

| | |
|---|---|
| Patient Name: | Tanesha Tidwell |
| Livanta Case Number: | C-839007/QOC-816453 |
| Health Insurance Claim Number / MBI: | 4MD6MT6NH47 |
| Practitioner/Provider Name: | Kaiser Foundation Hospital – Antioch |
| Practitioner/Provider Number: | 050760 |
| Date(s) of Admission/Service: | June 6, 2024 to June 9, 2024 |

Dear Mr. Tidwell:

We have received your written quality of care complaint(s). Thank you for taking the time to bring your health care concern(s) to our attention.

Livanta LLC is the Beneficiary and Family Centered Care Quality Improvement Organization (QIO) authorized by the Centers for Medicare & Medicaid Services (CMS) to review medical services provided to people with Medicare in BFCC-QIO Region 9. As part of our mission, we review all written complaints about the health care that was provided by a physician and/or facility to people with Medicare. The goal of our review is to determine if that care was appropriate and followed acceptable medical standards of health care. Our review is based on what is written in the medical record but is not limited to your specific complaints. During the review, we may find other concerns about the care you received. You will get our result(s) in writing when the review is completed.

These are examples of the types of factors we can review in a medical record:

• Was your medical condition diagnosed correctly?
• Did you get the right medication for your medical problem?
• Did the doctor perform the right surgery?
• Was the care given to you by the staff done correctly?

If a quality-of-care concern is identified, we offer education and feedback to providers to improve the quality of care for people with Medicare. Included in this letter is a complete list of the concerns we are reviewing obtained from your written and telephone call information. In order to serve you better, please review these concerns for accuracy and completeness.

**Summary of Concern(s):**

This first section of the summary letter contains the parts of your complaint(s) that can be addressed by a review of the medical record. This is a complete list of the concerns we are sending for independent physician review. If you have additional concerns, please contact us at the number below.

1. The patient's representative reported that the patient was admitted to Kaiser Foundation Hospital – Antioch in June 2022 for heart and kidney failure and infections. She did not receive adequate care and passed away two days later. Was the patient assessed and treated appropriately for her presenting complaints?

This second section of the summary letter contains any part of your complaint(s) that may be related to customer service, billing, legal, or other issues that cannot be addressed by a review of the medical record. We understand that these issues are important. In addition to the referrals listed below, you can also find a list of other organizations (and their phone numbers) on our website by going to https://www.livantaqio.com/en.

1. The patient's representative reported that Kaiser committed prejudicial and discriminatory acts. Please contact the Office of Civil Rights at 1-800-368-1019.

2. The patient's representative reported that he has concerns about fraud regarding the patient's personal health information. Please contact the Office of Inspector General at 1-800-447-8477.

We want to make sure that we clearly understand your quality of care concerns. If you have questions and/or concerns regarding this matter, please contact:

Livanta LLC
BFCC-QIO Program, Region 9
10820 Guilford Rd, Suite 202
Annapolis Junction, MD 20701-1105
Phone: 1-866-316-6977
Fax: 1-888-685-7025
(TTY Helpline: 711)

It is important to let you know that the actual time needed to complete our review will depend on the time needed to obtain the necessary medical records and responses from the practitioner(s)/provider(s) involved. If there are any delays in the process, we will contact you. Once again, thank you for bringing your concerns to our attention.

Sincerely yours,

Matthew Stofferahn, MD
Medical Director

For information and questions about quality of care or appeals, contact Livanta at 866-316-6977.

Complaints or concerns about Livanta's work? Let CMS know at
QIOCONCERNS@cms.hhs.gov.



US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$000.69²
09/18/2024 ZIP 20701
043M31246973

BFCC-QIO Program
10820 Guilford Road, Suite 202
Annapolis Junction, MD 20701-1105

*Important Medicare Dated Information Enclosed*

September 18, 2024

Edward Tidwell
81 Carol Ln
Apt 208
Oakley, CA 94561

 **Quality Improvement Organizations**
Sharing Knowledge. Improving Health Care.
*CENTERS FOR MEDICARE & MEDICAID SERVICES*



October 7, 2024

Edward Tidwell
81 Carol Ln Apt 208
Oakley, CA 94561

**Re: Final Determination Letter**

Patient Name:                                   Tanesha C. Tidwell
Livanta Case Number:                            C-839007 / QOC-816453
Health Insurance Claim Number/MBI:              4MD6MT6NH47
Practitioner/Provider Name:                     Kaiser Foundation Hospital - Antioch
Practitioner/Provider Number:                   050760
Date(s) of Admission/Service:                   June 6, 2022 to June 8, 2022

Dear Mr. Tidwell:

Before discussing this case, we first want to express our sincere condolences for your loss.

We understand that healthcare experiences can sometimes be stressful and frustrating. Thank you for submitting your quality of care concern to us. One of the primary goals of the peer review process is to improve the overall quality of healthcare and thereby improve the outcomes and experiences of all patients.

Thank you for your patience while we completed a full and comprehensive review of the quality of care concerns that you raised. Livanta's independent physician reviewers, who are licensed and actively practicing, use their clinical judgment, experience, and professionally-recognized standard(s) of care to address your care concern(s).

Our Final Determination is based on the peer reviewer's careful review of:
- Information you provided in filing the complaint,
- Medical information, and
- Any information provided during the practitioner/provider's opportunity for discussion.

**Summary of Review**

The following is the summary of our review.

**Non-Confirmed Concern(s)**:

**Concern 1**: Mr. Tidwell reported that Ms. Tidwell was admitted to Kaiser Foundation Hospital – Antioch in June 2022 for heart and kidney failure and infections. She did not receive adequate care and passed away two days later. Was Ms. Tidwell assessed and treated appropriately for her presenting complaints?

Standard of Care and Reference: Chest pain is the second most common complaint in adult emergency departments (EDs) patients in the United States. Clinicians in the ED focus on the immediate recognition and exclusion of life-threatening causes, which starts with a focused history and examination. Patients with life-threatening etiologies for chest pain may appear deceptively well, manifesting neither vital sign nor physical examination abnormalities. A standard 12-lead ECG should be obtained for all ED patients presenting with chest pain who are hemodynamically unstable or who do not have an obvious noncardiac cause.

*Approach to the adult with nontraumatic chest pain in the emergency department. UpToDate. 2024.*

For patients with sepsis and septic shock, therapeutic priorities include securing the airway, correcting hypoxemia, and establishing appropriate vascular access for the early administration of fluids and antibiotics. Simultaneously obtaining the following is preferable (within 45 minutes) but should not delay the administration of fluids and antibiotics:

- Routine laboratory studies (complete blood count, electrolyte panel, liver function, coagulation studies, D-dimer)
- Serum lactate
- Arterial blood gases
- Blood cultures (aerobic and anaerobic) from two distinct venipuncture sites and from all indwelling vascular access devices; it is preferable that blood cultures be drawn before the initiation of antibiotics
- Cultures from easily accessible sites (e.g., sputum, urine)
- Imaging of suspected sources

For patients with sepsis and septic shock, the infusion of intravenous (IV) fluids (30 mL/kg), commencing within the first hour and completed within the first three hours of presentation is suggested, rather than vasopressors, inotropes, or red blood cell transfusions.

*Evaluation and management of suspected sepsis and septic shock in adults. UpToDate. 2024.*

Analysis and Decision: On review of the medical record, we found that Ms. Tidwell presented to the hospital with complaints of three days of chest pain. She reported that the pain was midsternal and non-radiating. She received IV fluids for low blood pressure on the way to the emergency department. She had yellow drainage from her left leg and lactic acidosis. A central line was placed, and she was started on Levophed for low blood pressure. Antibiotics were started for possible sepsis due to a soft tissue infection. She was evaluated by a surgeon, who did not feel that the infection was necrotizing fasciitis (an aggressive skin infection).

Ms. Tidwell continued to worsen and was started on Vasopressin, Epinephrine, and stress-dose steroids. Her respiratory status worsened, and a breathing tube was placed. Her blood pressure continued to drop despite treatment with vasopressors (medication that supports blood pressure) and steroids. She had a pulseless electrical activity arrest and passed away despite attempts at resuscitation.

The medical record supported that Ms. Tidwell was assessed and treated appropriately for her presenting complaints. Unfortunately, she continued to decline despite receiving appropriate medical care, including monitoring, medications, and therapy. In the professional opinion of our peer reviewer, the services that were the subject of this concern met applicable professionally recognized standards of health care.

**Your Right to Request a Reconsideration**

If you disagree with this Final Determination, you may request Reconsideration by submitting your request within three (3) calendar days of the date of this letter. You may submit further information and/or documentation, including medical information that will help with your request.

Your request for Reconsideration can be submitted either in writing or orally. To reply to this letter or for information or questions about quality of care, please contact us using the information below.

BFCC-QIO Program, Region 9
Livanta LLC
PO Box 2687
Virginia Beach, VA 23450
Phone: 1-866-316-6977
Fax: 1-888-685-7025
(TTY Helpline: 711)

Please be advised that if the provider/practitioner disagrees with this determination, they also have the right to request a Reconsideration. If a Reconsideration is requested by either you or the provider/practitioner, this determination may or may not change as a result of the QIO reviewing this case again during the Reconsideration process. In the event that the Reconsideration does result in a change in the Final Determination, you will be notified in writing.

We sincerely want to thank you for bringing your concerns to our attention and for your efforts to make quality health services available to all patients.

Please note, the information in this notice is confidential and may be disclosed only in accordance with federal regulations found in 42 CFR Part 480.

Sincerely yours,

Matthew Stofferahn, MD
Medical Director

The Livanta Medical Director signs all letters to maintain physician reviewer anonymity.

For information and questions about quality of care or appeals, contact Livanta at 1-866-316-6977.

Complaints or concerns about Livanta's work? Let CMS know at QIOCONCERNS@cms.hhs.gov.



BFCC-QIO Program
PO Box 2687
Virginia Beach, VA 23450

Important Medicare Dated Information Enclosed

quadient
FIRST-CLASS MAIL
IMI
$000.69⁹
10/07/2024 ZIP 23701
043MA12456773

US POSTAGE

1
2
3
4
5
6
7
8

# EXHIBIT 8

9
10
11
12

A copy of a letter dated October 4, 2024 from Defendant Livanta LLC by Robin E. that contradicts Kathy's Voicemail Message (See Exhibit 1) in that the letter of Robin E. with Reference ID: I-2121869 states "We received a message regarding the quality of the health care services the patient received and would like to speak with you."

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT 8

 

October 4, 2024

Edward Tidwell
81 Carol Ln. Apt 208
Oakley, CA 94561

**Re: Receipt of your Quality of Care Concerns**

Reference ID: I-2121869

Dear Mr. Tidwell:

Livanta LLC is the Beneficiary and Family Centered Care Quality Improvement Organization for Region 9. We are authorized by the Medicare program to conduct review of the quality of care concerns received from Medicare beneficiaries in your state. The purpose of the case review process is to determine if the services you received met professionally recognized standards of healthcare, were considered medically necessary, and were provided to you in the most appropriate setting.

We received a message regarding the quality of the health care services the patient received and would like to speak with you. Please contact us at 866-316-6777 between the hours of 9:00 a.m. and 5:00 p.m.

Sincerely yours,

Robin E.
Review Coordinator

For information and questions about quality of care or appeals, contact Livanta at 1-866-316-6977.

Complaints or concerns about Livanta's work? Let CMS know at
QIOCONCERNS@cms.hhs.gov.

The information in this notice is confidential and may be re-disclosed only in accordance with Federal regulations found in 42 CFR Part 480.



US POSTAGE

quadient

FIRST-CLASS MAIL
IMI
$000.69°
10/04/2024 ZIP 20701
043M312458/3

Important Medicare Dated Information Enclosed

BFCC-QIO Program
PO Box 2687
Virginia Beach, VA 23450

October 4, 2024

Edward Tidwell
81 Carol Ln. Apt 208
Oakley, CA 94561

# EXHIBIT 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A copy of CMS FOIA Request: Control No.:103020247096 dated October 29, 2024 Subject: Livanta LLC-Case No.: C-839007/QOC-816453; Plaintiff Edward C. Tidwell's Email dated November 1, 2024; and email dated November 12, 2024 including attachments received from Jennifer Watson of Defendant Centers for Medicare & Medicaid Services Re FOIA Request: Control No.:103020247096.  (See Exhibit 1 and Exhibit 10 attached hereto)

## EXHIBIT 9

**CMS FOIA Portal**                                                    Explore +

# Check the Status of Your FOIA Request

Control Number: 103020247096

Date Received: 10/29/2024

Subject: (QIO) Livanta LLC -- C-839007/QOC-816453

Status of the Request: FOIA request referred to program office(s) for
responsive records search and fee estimate

Projected Date of Response: Undetermined

Date of Response: 11/18/2024

ⓘ  *What does the status of my request mean?*

**FOIA Request Received by Centers for Medicare & Medicaid Services**

CMS's Central Office Freedom of Information Group or Office of Program
Operations and Local Engagement has received your FOIA or Medicare
beneficiary claims (Privacy Act) request for agency records; the request has
been entered into CMS's FOIA & Privacy Act request tracking and processing
management system.
*(Note: CMS's Office of Program Operations and Local Engagement plays an
essential role in processing Medicare beneficiary claims requests.)*

**FOIA Request Referred to Program Office(s) for Responsive Records Search
and Fee Estimate**

Processing of your FOIA or Privacy Act request is underway. Your request has
been shared with the appropriate division (program office) within CMS to
initiate the records search. If you submitted a request for Medicare beneficiary
records, your request will be sent to one of CMS's Medicare Administrative
Contractors (MACs) for a records search. In some instances, your request may
need to be sent to multiple program offices and/or MACs, which can result in
additional time needed to complete the full search. Depending on the type of
requester and volume of the request, CMS may need to generate a fee estimate

prior to proceeding with fully processing your request.
See https://www.archives.gov/files/ogis/assets/fees-at-a-glance-chart.pdf .

### FOIA Request Referred to Program Office(s) for Responsive Records Search, Fee Estimate and Direct Reply to Requester

Your request is in the same status as noted above; however, one of CMS's program offices (most often the Office of Program Operations and Local Engagement) or one of CMS's Medicare Administrative Contractors is authorized to release records directly to you without the need for CMS's Freedom of Information Group's review and FOIA disclosure analysis of records prior to release.

### Request Processing Suspended - Pending Information From Requester

Processing your FOIA request may be suspended for two reasons:
- Clarification may be needed for your request in order for CMS to complete an efficient and targeted search for responsive records.
- An advance payment fee may have been assessed in order to continue processing your current request.

### Interim Disclosure Determination Issued - Final Determination Pending

Part of your FOIA request has been processed; a portion of CMS agency records has been reviewed by a FOIA analyst and either a partial or full interim records release has been determined and issued, or a full denial of records reviewed thus far has been determined per FOIA statute exemptions. The remainder of your request is continuing to be processed.

### Responsive Records Returned to the FOIA Office for Review and Disclosure Analysis

The CMS program office(s) assigned to your request has completed their search for responsive records and returned them to CMS's Freedom of Information Group for review and FOIA disclosure analysis.
*(Note: if your request was assigned to multiple program offices for search, the request may still be pending records production or response from other program offices.)*

### Disclosure Analysis of Responsive Records in Progress

Agency records produced by the program office(s) have been received by CMS's Freedom of Information Group, the case has been assigned to a FOIA analyst, and disclosure analysis of responsive records has begun.

### Disclosure Decision Pending

A FOIA analyst has completed the disclosure analysis of agency records and made a disclosure determination to issue either a partial or full release of records, or a full denial based on FOIA statute exemptions. Release or response is pending final review and approval from CMS's Freedom of Information Group leadership.

### In Appeal Process

CMS has received your FOIA appeal request in response to a perceived adverse determination or failure to produce agency records; the appeal is under initial review or currently in appeal proceedings.

### Appeal Case Closed

An appeal determination has been made and a final response has been sent; additional records may have been released as well. Both the original FOIA request and subsequent appeal are now closed.

### Disclosure Decision Issued - Case Closed

Your FOIA request has been fully processed and a disclosure decision issued; either a partial or full set of agency records has been released or a full denial of records response has been issued per FOIA statute exemptions. Your FOIA request is now completed and closed.

### Case Closed

Your FOIA request has been reviewed and closed administratively for one of several reasons:

- CMS does not possess any records responsive to your request.
- Your request was withdrawn or a Continued Interest Letter was sent to you and no response was received.
- Requested records were not reasonably described and a clarification response was not received by CMS.
- All records in CMS's possession were referred to another agency for their review and release determination.
- Your request was not an actual FOIA request as defined by the FOIA statute, or it was imperfect and CMS did not receive a response from you to perfect the request in order to be submitted under FOIA.
- The records you requested are not CMS agency records.
- CMS's FOIA tracking and processing system received your request more than once and other request(s) were closed as a duplicate(s).
- If you submitted multiple FOIA requests, they may have been consolidated (with your permission) into fewer requests or a single request; therefore,

other requests entered into CMS's FOIA tracking and processing system were closed.
- CMS's Freedom of Information Group was unable to contact you with questions and answers necessary to fully process your request as originally submitted.



Centers for Medicare & Medicaid Services

Powered by Sole Solutions, Inc.

## Fw: FOIA Request Confirmation ID No.: 1660831

From:   Edward C. Tidwell (edwardctidwell@yahoo.com)

To:     joseph.tripline@cms.hhs.gov; stephanie.perez-cortez@hhs.gov; reg10.ocrmail@hhs.gov; civilrights@dhcs.ca.gov;
        foia_request@cms.hhs.gov

Date:   Friday, November 1, 2024 at 12:26 PM PDT

Via Facsimile (701) 277-6590 (only)
(Facsimile sent w/o attachments)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Via Email: joseph.tripline@cms.hhs.gov and foia_request@cms.hhs.gov (only)
Joseph Tripline
FOIA Officer
Central Building Room C5-11-06
7500 Security Boulevard
Baltimore, Maryland 21244

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachments)
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 2687
Virginia Beach, Virginia 23450-2687

Re:

Patient Name:                          Tanesha Tidwell (Decedent)
Livanta Case Number:                   C-839007/QOC-816453
Health Insurance Claim Number/MBI:     4MD6MT6NH47
Practitioner/Provider Name:            Kaiser Foundation Hospital-Antioch
Practitioner/Provider Number:          050760
Date of Admission/Service:             June 6, 2022-June 8, 2022

Dear Noridian c/o CMS, Joseph Tripline, Livanta c/o CMS, Gentle-persons:

As the Personal Representative of Decedent, please be reminded that your inter-office case file already shows a true
copy of Decedent's Certificate of Death and the supporting documents described as a certified and/or a conformed copy
of Complainant's Duties and Liabilities of Personal Representative filed on August 8, 2022, the Order for Probate and the
Letters filed on November 1, 2022 in the Superior Court, California, County of Contra Costa, Martinez-Probate Case No.:
P22-01134.

Although (the "FOIA") Freedom of Information Act dated October 30, 2024 is concise, please accept this
correspondence as Complainant's [Amended] FOIA Request Confirmation ID No.: 1660831, which is to respectfully
request that "copies of all documents compiled and generated from September 1, 2024 to October 30, 2024" under
Livanta Case Number: C-839007/QOC-816453 be sent via email to edwardctidwell@yahoo.com with hard copies sent
via U.S. Postal Service Regular or Priority Mail to Complainant's address.

The [Amended] FOIA specifically demand that Livanta c/o CMS provide a written explanation together with a copy of the
laws and regulations, which restricted Livanta c/o CMS' investigation of the subject matter only "from June 6, 2022 to

June 8, 2022" instead from June 1, 2020 to June 30, 2022. It is evident Complainant successfully carried his burden of proof that the extension from June 1, 2020 to June 30, 2022 was needful to investigate (the "Kaiser Permanente") Kaiser Foundation Health Plan, Inc. d/b/a Kaiser Permanente's faulty quality of care and treatments to show their breach of duty of care owed to Decedent, which the breach of duty of care contributed to the personal injuries, negligent/medical malpractice and the other reckless causes that resulted in the wrongful death of Decedent on June 8, 2022.

Your office is aware (the "Noridian c/o CMS") Noridian Healthcare Solutions LLC c/o Department of Health and Human Services, Centers for Medicare & Medicaid Services confirmed receipt via email dated January 5, 2024 of Complainant's Medicare Redetermination Request Form-1st Level of Appeal (1st Level of Appeal) (copy attached). The 1st Level of Appeal is on for investigation of the Kaiser Permanente's false claims act and their fraudulent misrepresentations that cost the CMS "$40M is no chump change" as described by the USDOJ in the United States' Complaint-In-Intervention filed on October 25, 2021 against Kaiser Permanente in the United States District Court for the Northern District of California-Case No.: 13-cv-03891-EMC.

The Noridian c/o CMS and the Livanta c/o CMS records provide sufficient facts to support Complainant's assertions of the Kaiser Permanente's quality of care and treatments. It is evident Complainant complained to Noridian c/o CMS and Livanta c/o CMS of the Kaiser Permanente refusal to provide copies of the documents generated and exchanged from June 2022 to July 2022 between Kaiser Permanente and Trident Society (a funeral establishment) located in Walnut Creek, California. Trident Society under their deceptive Authorization for Cremation and Disposition made fraudulent misrepresentations in concert with Kaiser Permanente and Trident Society's affiliate the East Bay Crematory to gruesomely and barbarically burn up Decedent's body in July 2022 without Complainant's prior knowledge, consent or authorization.

All of the evidence provided support Complainant's assertions your office must exercise its jurisdictional authority to hold the Kaiser Permanente accountable for its faulty quality of care and treatments that contributed to the personal injuries, negligent/medical malpractice and the other reckless causes that resulted in the wrongful death of Decedent on June 8, 2022. Livanta c/o CMS must immediately withdraw the dismissal of Complainant's complaint as described in the Livanta c/o CMS letter dated October 21, 2024, which was issued in support of the Kaiser Permanente's false claims act and their fraudulent misrepresentations made to Decedent and Complainant from March-May 2013 to June 2022-July 2022 to the date hereof solely to enable the Kaiser Permanente to accumulate massive ill-gotten gain and unjust enrichment while stealing Decedent and Complainant's personal information and identification.

In addition, Complainant allege fraud, deceit and unfair business practices in that Complainant's letter and email dated October 10, 2024 and October 11, 2024 evidence David and Kathy fraudulently applied the robo-stamped signature of Matthew Stofferahn MD to aid Kaiser Permanente in its false claims acts and fraudulent misrepresentations made to Complainant, which are clearly negligent quality of care and treatments that won't be ignored.

Complainant shall leave to amend the FOIA Request to subpoena evidence and copies of documents from David and Kathy on behalf of Livanta c/o CMS for their falsity and fraudulent misrepresentations made to Complainant on September 18, 2024 and October 7, 2024 as described in Complainant's letter dated October 10, 2024 and email dated October 11, 2024.

Respectfully,

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
T: (510) 470-8422
E: edwardctidwell@yahoo.com

Cc:

Via Email: stephanie.perez-cortez@hhs.gov and
reg10.ocrmail@hhs.gov (only)
Stephanie Perez-Cortez
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Via Email: civilrights@dhcs.ca.gov (only)
Brian Buckley

Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Attachments:


----- Forwarded Message -----

From: Edward C. Tidwell <edwardctidwell@yahoo.com>
To: joseph.tripline@cms.hhs.gov <joseph.tripline@cms.hhs.gov>
Cc: Perez-Cortez Stephanie (HHS/OCR) (CTR) <stephanie.perez-cortez@hhs.gov>; OS OCRmail Reg10 (HHS/OS) <reg10.ocrmail@hhs.gov>; DHCS Civil Rights <civilrights@dhcs.ca.gov>
Sent: Wednesday, October 30, 2024 at 11:38:17 AM PDT
Subject: FOIA Request Confirmation ID No.: 1660831


Joseph Tripline, FOIA Officer
FOIA Requester Service Center

Re: Medicare No.: 4MD6MT6NH47
    Complainant Edward C. Tidwell for Tanesha Tidwell aka Tanesha C. Tidwell,
    Tanesha Captolar-Mae Tidwell or Tanesha C-M Tidwell (Decedent)

Patient Name: Tanesha Tidwell
Livanta Case No.: C-839007/QOC-816453
Health Insurance Claim No.:/MBI: 4MD6MT6NH47
Practitioner/Provider Name: Kaiser Foundation Hospital-Antioch
Practitioner/Provider Number: 050760
Dates of Admission/Service: June 6, 2022–June 8, 2022

Dear Joseph Tripline, Gentle-persons:

Please find attached a copy of Confirmation ID No.: 1660831 that relates to the FOIA Request dated October 30, 2024 of Complainant Edward C. Tidwell, which the online request only allowed one attachment of Complainant's correspondence dated October 10, 2024 to Noridian c/o CMS and Livanta c/o CMS. Attached hereto is a copy of Complainant's email dated October 11, 2024 that is part of the FOIA.

Thank you for your help.

Respectfully,

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
T: (510) 470-8422
E: edwardctidwell@yahoo.com

Cc:

Via Facsimile (701) 277-6590 (only)
(Facsimile sent w/o attachment)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachment)

BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 2687
Virginia Beach, Virginia 23450

Email: stephanie.perez-cortez@hhs.gov (only)
Stephanie Perez-Cortez, Esq.
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Email: civilrights@dhcs.ca.gov (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Attachment:

 Complainant Edward C. Tidwell FOIA Request dated October 30, 2024 to CMS.pdf
162.6kB

 Complainant Edward C. Tidwell's Correspondence dated October 10, 2024 to Noridan and Livanta for CMS-Livanta
Case No. C-839007 (Scan CCF10112024).pdf
3.2MB

 Email dated October 11, 2024 from Complainant Edward C. Tidwell to Livanta LLC Re CMS Case No. C-839007-QOC-
816453 Tidwell vs. Kaiser Permanente.pdf
130.6kB

 CMS Medicare Redetermination Request Form (Scan CCF01102024_0003).pdf
2.8MB

 Complaint by USDOJ against Kaiser et al..pdf
1.3MB

## CMS FOIA Request Control #103020247096 – Acknowledgement and Expedited Processing Non-Grant Letters

From: Watson, Jennifer (CMS/OSORA) (jennifer.watson1@cms.hhs.gov)

To:     edwardctidwell@yahoo.com

Date:   Tuesday, November 12, 2024 at 12:05 PM PST

Good afternoon,

Please view the attached documents regarding your Freedom of Information Act (FOIA) request for records pertaining to Livanta LLC, case number C-839007/QOC-816453.

Sincerely,

## Jennifer Watson
Government Information Specialist
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail:  jennifer.watson1@cms.hhs.gov

*Looking to request Medicare claim records? Check out our Medicare Beneficiary Claims Portal*
*Looking to file a FOIA request? Check out our FOIA.gov Portal*
*Need more help? Check out our CMS FOIA Service Center*

 103020247096 - FOIA Acknowledgement Letter - Edward C. Tidwell.pdf
161.2kB

 103020247096 - Expedited Processing Non-Grant Letter - Edward C. Tidwell.pdf
126.4kB

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C5-11-06
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs / Freedom of Information Group**

Request has been assigned: Control Number **103020247096** and PIN **L6WT**

11/12/2024

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, CA 94561

Dear Mr. Tidwell:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA) (5 U.S.C. § 552) request and to provide you with a tracking number. The Centers for Medicare & Medicaid Services (CMS) received your FOIA request on October 30, 2024, pertaining to Livanta LLC, case number C-839007/QOC-816453.

To check the status of your request as it is being processed, please refer to the CMS FOIA website at https://foia-request.cms.gov/check-status and enter the control number and PIN (listed at the top of the page) that has been assigned to your request.

Once we complete our initial analysis of your request, we will initiate a search for responsive records. If, however, we determine that your request needs clarification, we will contact you. Additionally, if our searching units advise us that you have requested a voluminous number of records that requires extensive search, production, and review, we will contact you to discuss options for narrowing the scope to process your request as quickly and efficiently as possible.

Please note that CMS receives a very high volume of FOIA requests. The following unusual circumstances, as defined by 5 USC § 552(a)(6), may affect our ability to fulfill a FOIA request within 20 business days. These include circumstances such as (1) the request requires us to search for and collect records from multiple components and/or field offices; (2) the request involves a voluminous number of records that must be located, compiled, transferred to this office, and reviewed. In addition, given our high volume of requests, and in accordance with federal regulations, our processing policy includes factors such as the date and complexity of the request.

The FOIA assumes that requesters are willing to pay fees up to $25.00. If estimated fees to process your request exceed $25.00, we will notify you and may suspend processing until we receive written confirmation that you are willing to pay the estimated fees. Additionally, if the estimated fees exceed $250.00, the law authorizes us to collect the fees *in advance* of processing the request.

If your request sought a fee waiver or expedited processing, we will send additional communication to provide you with our determination decision(s).

If you are not satisfied with any aspect of the processing and handling of this request, please contact Jennifer Watson at jennifer.watson1@cms.hhs.gov.

You also have the right to seek dispute resolution services from:

> Desiree Gaynor
> CMS FOIA Public Liaison
> Centers for Medicare & Medicaid Services
> 7500 Security Blvd., MS C5-11-96
> Baltimore, Maryland 21244-1850
> Telephone: (410) 786-5353 fax (443) 380-8871

and/or:

> Office of Government Information Services
> National Archives and Administration
> 8601 Adelphi Road – OGIS
> College Park, MD 20740-6001
>
> Telephone: 202-741-5770
> Toll-Free: 1-877-684-6448
> E-mail: ogis@nara.gov
> Fax: 202-741-5769

Sincerely,

*Desiree Gaynor*

Desiree Gaynor
Director, Division of FOIA Analysis – A
Freedom of Information Group

NEW: You can now pay for CMS FOIA requests online through a secure website operated by the Department of the Treasury. Please have your invoice (CMS Form 633) readily available and click here to access Pay.Gov and pay online. https://www.pay.gov/public/form/start/1279541226

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C5-11-06
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group**
Refer to:  Control Number 103020247096 and PIN L6WT

11/12/2024

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, CA 94561

Dear Mr. Tidwell:

I am responding to your 10/30/2024 letter requesting expedited processing of your Freedom of
Information Act (FOIA) request for documents regarding Livanta LLC, case number C-
839007/QOC-816453.  The basis for expedited processing set forth in your letter is the
complainant is appealing the subject matter, additionally, as prescribed by law the complainant
shall request further reconsideration pending your review and investigation.

I reviewed your request in line with 5 U.S.C. §552(a)(6)(E).  This section provides for expedited
processing of FOIA requests when the person requesting the records demonstrates a compelling
need as defined by the statute; i.e., an imminent threat to the life and safety of an individual; or,
for the media, urgency to inform the public concerning actual or alleged government
activity.  On the basis of the information available to me, I find that your request does not qualify
for expedited processing based upon "compelling need."

I also reviewed your request in light of "other" circumstances that warrant expedited processing
according to this agency's Federal Register Notice Vol. 81, No. 209 (dated Friday, October 28,
2016).   Such circumstances cover the need for disclosure of the specific records in question
because the requester must meet: a deadline in litigation, either in court or before an
administrative tribunal; or a deadline imposed by a governmental agency for commenting on a
proposed regulation.  I find that none of these circumstances apply here.

Finally, in line with the provision of our Federal Register Notice that requires consideration of all
requests that do not fall within the circumstances enumerated therein, I have considered the
situation set forth in your letter.  Unfortunately, I cannot conclude from the information you have
provided that there is "exceptional need or urgency" justifying expedited processing in this case.

Therefore, I cannot grant your request for expedited processing.  This Group will process your
request in accordance with this agency's "first in, first out" practice.

Page 2 - Edward C. Tidwell

If you disagree with this decision, you may appeal. Any such appeal must be mailed within 30 days to: The Principal Deputy Administrator, Centers for Medicare & Medicaid Services, Room C5-16-03, 7500 Security Boulevard, Baltimore, Maryland 21244. Mark your envelope "Freedom of Information Act Appeal" and enclose a copy of this letter with your appeal.

Questions concerning the status of your request should be directed to Jennifer Watson of my staff at 667-414-0535.

Sincerely yours,

*Desiree Gaynor*

Desiree Gaynor
Director, Division of FOIA Analysis – A
Freedom of Information Group

1
2
3
4
5
6
7
8

# EXHIBIT 10

9
10
11
12
13
14
15
16

A copy of Defendant Centers for Medicare & Medicaid Services' FOIA Request: Control No.:111420247047 dated November 13, 2024 Re Matthew Stofferahn's Employment with Defendant Livanta LLC; FOIA Submission Confirmation ID No.: 1681501 dated November 14, 2024; Plaintiff Edward C. Tidwell's Email dated November 14, 2024 and November 15, 2024 Re FOIA Confirmation ID No.: 1681501 and Plaintiff Edward C. Tidwell's Email dated November 24, 2024 Re FOIA No.: 111420247047.  (See Exhibit 1 and Exhibit 9 attached hereto)

17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT 10

11/14/24, 11:51 AM                    FOIA.gov - Freedom of Information Act: C:    a request

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT of JUSTICE

 **FOIA.gov**

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1681501

# Success!

## Your FOIA request has been created and is being sent to the Center for Medicare and Medicaid Services.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Joseph Tripline, FOIA Officer

410-786-5353

joseph.tripline@cms.hhs.gov

FOIA Requester Service Center

410-786-5353

Desiree Gaynor, FOIA Public Liaison, FOIA Public Liaison

410-786-5353

desiree.gaynor@cms.hhs.gov

Joseph Tripline, FOIA Officer, Central Building Room C5-11-06

7500 Security Boulevard

Baltimore, MD 21244

FOIA_Request@cms.hhs.gov

---

# Request summary

Request submitted on**November 14, 2024**.

The confirmation ID for your request is **1681501**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**

Edward C Tidwell

**Mailing address**

81 Carol Lane, Apt. #208

Oakley, California 94561

United States

**Phone number**

5104708422

**Email**

edwardctidwell@yahoo.com

---

# Your request

Attached to (the "FOIA") Freedom of Information Act request is a copy of the amendments to CMS FOIA request acknowledged by Jennifer Watson's email dated November 13, 2024, which the [Amended] FOIA dated November 13, 2024 specifically request copies of Matthew Stofferahn's license as a physician allegedly issued prior to September 1, 2024 by the Maryland Board of Professions and the Virginia Board of Medicine. The [Amended] FOIA also request copies of Matthew Stofferahn's medical and physician credentials together with a copy of the CMS mandatory employment background check of Matthew Stofferahn, which was conducted by the CMS of Matthew Stofferahn that he was thoroughly vetted prior to the CMS and Livanta LLC executing the disclosure confidentially agreement and the employment agreement. This FOIA request is not restricted to Matthew Stofferahn's feigning to be licensed by the Maryland Board of Professions and the Virginia Board of Medicine. The instant FOIA request is to obtain copies of all documents related to Matthew Stofferahn's employment with Livanta LLC that relates to the contractual relationship under the Memorandum of Agreement executed between the CMS and Livanta LLC.

## Additional information

Letter dated September 18, 2024 from Matthew Stofferahn, MD of Livanta LLC (Scan CCF09252024).pdf

## Fees

**What type of requester are you?**
commercial

**Fee waiver**
yes

**Fee waiver justification**
The fees should be waived because of Livanta LLC and Livanta LLC c/o CMS' deceptive and unfair business practices.

**The amount of money you're willing to pay in fees, if any**
0

# Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
Appeals to the CMS



**FOIA.gov**

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

❙ FREQUENTLY ASKED QUESTIONS

❙ DEVELOPER RESOURCES

❙ AGENCY API SPEC

❙ FOIA CONTACT DOWNLOAD

❙ FOIA DATASET DOWNLOAD

❙ ACCESSIBILITY

❙ PRIVACY POLICY

❙ POLICIES & DISCLAIMERS

❙ JUSTICE.GOV

❙ USA.GOV ☐

CMS FOIA Portal                                          Explore +

# Check the Status of Your FOIA Request

Control Number: 111420247047

Date Received: 11/13/2024

Subject: Matthew Stofferahn's employment with Livanta LLC(MD)

Status of the Request: FOIA request referred to program office(s) for
responsive records search and fee estimate

Projected Date of Response: Undetermined

Date of Response: Undetermined

*What does the status of my request mean?*

**FOIA Request Received by Centers for Medicare & Medicaid Services**

CMS's Central Office Freedom of Information Group or Office of Program
Operations and Local Engagement has received your FOIA or Medicare
beneficiary claims (Privacy Act) request for agency records; the request has
been entered into CMS's FOIA & Privacy Act request tracking and processing
management system.
*(Note: CMS's Office of Program Operations and Local Engagement plays an
essential role in processing Medicare beneficiary claims requests.)*

**FOIA Request Referred to Program Office(s) for Responsive Records Search
and Fee Estimate**

Processing of your FOIA or Privacy Act request is underway. Your request has
been shared with the appropriate division (program office) within CMS to
initiate the records search. If you submitted a request for Medicare beneficiary
records, your request will be sent to one of CMS's Medicare Administrative
Contractors (MACs) for a records search. In some instances, your request may
need to be sent to multiple program offices and/or MACs, which can result in
additional time needed to complete the full search. Depending on the type of
requester and volume of the request, CMS may need to generate a fee estimate

prior to proceeding with fully processing your request.
See https://www.archives.gov/files/ogis/assets/fees-at-a-glance-chart.pdf .

### FOIA Request Referred to Program Office(s) for Responsive Records Search, Fee Estimate and Direct Reply to Requester

Your request is in the same status as noted above; however, one of CMS's program offices (most often the Office of Program Operations and Local Engagement) or one of CMS's Medicare Administrative Contractors is authorized to release records directly to you without the need for CMS's Freedom of Information Group's review and FOIA disclosure analysis of records prior to release.

### Request Processing Suspended - Pending Information From Requester

Processing your FOIA request may be suspended for two reasons:

- Clarification may be needed for your request in order for CMS to complete an efficient and targeted search for responsive records.
- An advance payment fee may have been assessed in order to continue processing your current request.

### Interim Disclosure Determination Issued - Final Determination Pending

Part of your FOIA request has been processed; a portion of CMS agency records has been reviewed by a FOIA analyst and either a partial or full interim records release has been determined and issued, or a full denial of records reviewed thus far has been determined per FOIA statute exemptions. The remainder of your request is continuing to be processed.

### Responsive Records Returned to the FOIA Office for Review and Disclosure Analysis

The CMS program office(s) assigned to your request has completed their search for responsive records and returned them to CMS's Freedom of Information Group for review and FOIA disclosure analysis.
*(Note: if your request was assigned to multiple program offices for search, the request may still be pending records production or response from other program offices.)*

### Disclosure Analysis of Responsive Records in Progress

Agency records produced by the program office(s) have been received by CMS's Freedom of Information Group, the case has been assigned to a FOIA analyst, and disclosure analysis of responsive records has begun.

### Disclosure Decision Pending

A FOIA analyst has completed the disclosure analysis of agency records and made a disclosure determination to issue either a partial or full release of records, or a full denial based on FOIA statute exemptions. Release or response is pending final review and approval from CMS's Freedom of Information Group leadership.

### In Appeal Process

CMS has received your FOIA appeal request in response to a perceived adverse determination or failure to produce agency records; the appeal is under initial review or currently in appeal proceedings.

### Appeal Case Closed

An appeal determination has been made and a final response has been sent; additional records may have been released as well. Both the original FOIA request and subsequent appeal are now closed.

### Disclosure Decision Issued - Case Closed

Your FOIA request has been fully processed and a disclosure decision issued; either a partial or full set of agency records has been released or a full denial of records response has been issued per FOIA statute exemptions. Your FOIA request is now completed and closed.

### Case Closed

Your FOIA request has been reviewed and closed administratively for one of several reasons:

- CMS does not possess any records responsive to your request.
- Your request was withdrawn or a Continued Interest Letter was sent to you and no response was received.
- Requested records were not reasonably described and a clarification response was not received by CMS.
- All records in CMS's possession were referred to another agency for their review and release determination.
- Your request was not an actual FOIA request as defined by the FOIA statute, or it was imperfect and CMS did not receive a response from you to perfect the request in order to be submitted under FOIA.
- The records you requested are not CMS agency records.
- CMS's FOIA tracking and processing system received your request more than once and other request(s) were closed as a duplicate(s).
- If you submitted multiple FOIA requests, they may have been consolidated (with your permission) into fewer requests or a single request; therefore,

other requests entered into CMS's FOIA tracking and processing system were closed.

- CMS's Freedom of Information Group was unable to contact you with questions and answers necessary to fully process your request as originally submitted.



Centers for Medicare & Medicaid Services

Powered by Sole Solutions, Inc.

## Fw: FOIA Confirmation ID No.: 1681501

From: Edward C. Tidwell (edwardctidwell@yahoo.com)

To: stephanie.perez-cortez@hhs.gov; reg10.ocrmail@hhs.gov; cheri.rice@cms.hhs.gov; civilrights@dhcs.ca.gov; joseph.tripline@cms.hhs.gov; foia_request@cms.hhs.gov; jennifer.watson1@cms.hhs.gov

Date: Friday, November 15, 2024 at 10:41 AM PST

Stephanie Perez-Cortez, Esq.
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
90 7th Street, Suite 4-100
San Francisco, California 94103
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Cheri Rice
Deputy Director, and
Meena Seshamani, M.D., PhD
Deputy Administrator and Director
U.S. Department of Health and Human Services,
Centers for Medicare & Medicaid Services

Via Facsimile (701) 277-6590
(Facsimile w/o Attachments)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

JosephTripline
FOIA Officer
Central Building Room C5-11-06
U.S. Department of Health and Human Services,
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244

Via Facsimile (888) 685-7025 and (844) 420-6671
(Facsimile w/o Attachments)
Lance Coss, MS, MEd
Senior Vice President/Executive Director
Livanta LLC
Livanta LLC c/o U.S. Department of Health and Human Services,
Centers for Medicare & Medicaid Services
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701

Via Facsimile (888) 685-7025 and (844) 420-6671
(Facsimile w/o Attachments)
Ellen R. Evans, MD
Chief Medical Officer
Livanta LLC
Livanta LLC c/o U.S. Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 2687

Virginia Beach, Virginia 23450-2687

Via Facsimile (888) 685-7025 and (844) 420-6671
(Facsimile w/o Attachments)
Livanta LLC
Livanta LLC c/o U.S. Department of Health and Human Services,
Centers for Medicare & Medicaid Services
10 Franklin Road, SE, Suite 900
Roanoke, Virginia 24011

Jennifer Watson
Government Information Specialist
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
U.S. Department of Health and Human Services,
Center for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244

Re:            Complainant Edward C. Tidwell
                 FOIA Request Confirmation ID No.: 1660831 and
                 FOIA Request Confirmation ID No.: 1681501

Patient Name:                  Tanesha Tidwell (Decedent)
Livanta Case No.:            C-839007/QOC-816453
Health Insurance Claim No.:/MBI: 4MD6MT6NH47
Practitioner/Provider Name:     Kaiser Foundation Hospital-Antioch
Practitioner/Provider Number:   050760
Dates of Admission/Service:     June 6, 2022–June 8, 2022

Dear All:

Please accept this notice of Complainant Edward C. Tidwell in his continuous efforts to seek remedies, justice and compensation about the deceptive, unlawful and unfair business practices, and the prejudicial acts of Livanta LLC; Livanta LLC c/o U.S. Department of Health and Human Services, Center for Medicare & Medicaid Services (the "CMS"); and Matthew Stofferahn for injuries, harm and irreparable damages Complainant sustained from September 1, 2024 to October 31, 2024 to the date hereof under Livanta Case No.: C-839007/QOC-816453 as a direct result of Livanta LLC c/o CMS by Matthew Stofferahn feigning to be recognized as a licensed physician by the Maryland Board of Physicians, the Virginia Board of Medicine and the Virginia Department of Health Professions.

Your inter-office case file already contains sufficient legal documents authorizing Complainant Tidwell's appearance in the above-mentioned, however, please find attached a true copy of the Duties and Liabilities of Personal Representative filed on August 8, 2022 in the Superior Court of California, County of Contra Costa, Martinez-Probate Court Case No.: P22-01134 namely the Estate of Tanesha Captolar Mae Tidwell, et al.

The Duties and Liabilities of Personal Representative clearly support Complainant Tidwell's assertions as Personal Representative, in addition, it is evident the CMS already knew or should have known the Duties and Liabilities of Personal Representative reflects Complainant Tidwell is "an officer of the court" authorized to receive copies of all the documents in Livanta Case No.: C-839007/QOC-816453, and as described in (the "FOIA") Freedom of Information Act under the FOIA Confirmation ID No.: 1660831 and the FOIA Confirmation ID No.: 1681501.

As reflected in the email dated November 12, 2024 of Jennifer Watson, it's possible the CMS may charge Complainant Tidwell for copies of all the documents requested in the FOIA request, which I oppose raising serious concerns in that the above-mentioned case file provide sufficient facts Noridian c/o CMS confirmed receipt via email January 24, 2024 of Complainant Tidwell's Medicare Redetermination Request Form-1st Level of Appeal ("1st Level of Appeal") that provide sufficient evidence the inside Whistleblower's Complaint in Case No.: 13-cv-03891-JCS was filed on August 22, 2013 and the USDOJ filed the United States Complaint-In-Intervention on October 25, 2021 against Kaiser Permanente in the United States District Court for the Northern District of California-Case No.: 13-cv-03891-EMC.

Complainant Tidwell's 1st Level of Appeal provide sufficient evidence Kaiser Permanente picked the CMS pockets for what the USDOJ described on Page 56 of the United States Complaint-In-Intervention that "$40M is no chump change," which here it seems unfair for the CMS to pressure Complainant Tidwell for costs related to the copy request under the

FOIA Confirmation ID No.: 1660831 and the FOIA Confirmation ID No.: 1681501.

Respectfully,

Edward C. Tidwell

Cc: Via Email

Via Email: civilrights@dhcs.ca.gov
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Attachments

----- Forwarded Message -----

From: Edward C. Tidwell <edwardctidwell@yahoo.com>
To: joseph.tripline@cms.hhs.gov <joseph.tripline@cms.hhs.gov>; foia_request@cms.hhs.gov
<foia_request@cms.hhs.gov>
Sent: Thursday, November 14, 2024 at 12:20:38 PM PST
Subject: FOIA Confirmation ID No.: 1681501

JosephTripline
FOIA Officer
Central Building Room C5-11-06
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244

Re: FOIA Confirmation ID No.: 1681501

Dear Joseph Tripline, Gentle-persons:

Attached to (the "FOIA") Freedom of Information Act request is a copy of the amendments to CMS FOIA request
acknowledged by Jennifer Watson's email dated November 13, 2024, which the [Amended] FOIA dated November 13,
2024 specifically request copies of Matthew Stofferahn's license as a physician allegedly issued prior to September 1,
2024 by the Maryland Board of Professions and the Virginia Board of Medicine. The [Amended] FOIA also request
copies of Matthew Stofferahn's medical and physician credentials together with a copy of the CMS mandatory
employment background check of Matthew Stofferahn, which was conducted by the CMS of Matthew Stofferahn that he
was thoroughly vetted prior to the CMS and Livanta LLC executing the disclosure confidentially agreement and the
employment agreement.

This FOIA request is not restricted to Matthew Stofferahn's feigning to be licensed by the Maryland Board of Professions
and the Virginia Board of Medicine. The instant FOIA request is to obtain copies of all documents related to Matthew
Stofferahn's employment with Livanta LLC that relates to the existing contractual relationship under the Memorandum of
Agreement executed between the CMS and Livanta LLC.

It appears the CMS is aiding and abetting in concert with Livanta LLC and Livanta LLC c/o U.S. Department of Health
and Human Services, Center for Medicare & Medicaid Services by Matthew Stofferahn in his falsities and fraudulent
misrepresentations made from September 1, 2024 to October 31, 2024 to the date hereof causing me to sustain injuries,
harm and irreparable damages as evidence in Livanta Case No.: C-839007/QOC-816453.

Thank you kindly for your prompt response and immediate cooperation.

Respectfully,

Edward C. Tidwell

Cc: Via Email and/or Facsimile

Via Email: stephanie.perez-cortez@hhs.gov and reg10.ocrmail@hhs.gov
Stephanie Perez-Cortez, Esq.
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services
HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

Via Facsimile (701) 277-6590 (only)
(Facsimile sent w/o attachments)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Via Email: joseph.tripline@cms.hhs.gov and foia_request@cms.hhs.gov
Joseph Tripline
FOIA Officer
Central Building Room C5-11-06
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244

Via Email: civilrights@dhcs.ca.gov
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachments)
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701

Via Facsimile (888) 685-7025 (only)
(Facsimile sent w/o attachments)
BFCC-QIO Program, Region 9
Livanta LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 2687
Virginia Beach, Virginia 23450-2687

Attachments:

 FOIA Confirmation ID No. 1681501.pdf
157.4kB

 Letter dated September 18, 2024 from Matthew Stofferahn, MD of Livanta LLC (Scan CCF09252024).pdf
2MB

 Letter dated October 7, 2024 from Matthew Stofferahn, MD of Livanta LLC (Scan CCF11052024).pdf
2.5MB

 Email dated November 7, 2024 received from Rhonda Anderson of Maryland Board of Physicians Re Matthew
Stofferahn.pdf
955.1kB

 Email dated November 8, 2024 Re Matthew Stofferahn of Edward C. Tidwell and the State of Virginia, Virginia
Department of Health Professions (Scan CCF11082024).pdf
2MB

 Email dated November 13, 2024 from Jennifer Watson Re CMS FOIA Request Control No. 103020247096.pdf
163.8kB

Re: FOIA-111420247047

From: Edward C. Tidwell (edwardctidwell@yahoo.com)

To:     michelle.james@cms.hhs.gov

Cc:     stephanie.perez-cortez@hhs.gov; cheri.rice@cms.hhs.gov

Date:  Sunday, November 24, 2024 at 12:39 AM PST

Michelle A. James
Government Information Specialist
Division of FOIA Analysis - C
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services

Re: CMS FOIA 103020247096 and CMS FOIA 111420247047
Subj: Livanta LLC-Case No.: C-839007/QOC-816453

Dear Michelle A. James:

Welcome to the Thanksgiving Holidays!

Please accept this email as Complainant Edward C. Tidwell's acknowledgement of receipt of the CMS FOIA Nos.:
103020247096 and 111420247047.

As reflected in your interoffice case file all of the documents maintained are related to the personal injuries,
negligent/medical malpractice and other causes that resulted in the wrongful death on June 8, 2022 of my dear
daughter.  By now you have had a chance to review the particulars in the case file, which as you know after Tanesha's
wrongful death, it is evident without my prior knowledge, consent or signature approval Kaiser Permanente arranged
with Trident Society, Inc. (a funeral establishment) to take possession and carry my daughter off to be gruesomely and
barbarically burned up.

As Complainant requested the CMS and Livanta LLC have in their possession a fully executed copy of (the "MOA")
Memorandum of Agreement between Livanta LLC and the CMS, in addition, the above-mentioned CMS FOIA Nos.:
103020247096 and 111420247047 and the Livanta Case No.: C-839007/QOC-816453 reflects Complainant has
provided  sufficient evidence of Matthew Stofferahn's falsities wherein he feigned from September 1, 2024 to October
31, 2024 to the date hereof to be a licensed physician by the Maryland Board of Physicians and the Virginia Department
of Health Professions.

At your earliest convenience, please provide me with the status of the CMS FOIA and whether Livanta LLC intend to
produce copies of Matthew Stofferahn's employment records, the signed MOA and copies of all documents requested.
Incidentally, all of the documents requested should be sent via email edwardctidwell@yahoo.com,  please contact me as
soon as possible if it appears the total copying costs for copies of all of the documents will exceeds $25.

Thank you kindly for your help.

Respectfully,

Edward C. Tidwell


Yahoo Mail: Search, Organize, Conquer

On Tue, Nov 19, 2024 at 3:55 AM, James, Michelle (CMS/OSORA)
<michelle.james@cms.hhs.gov> wrote:

Hello,

Please see the attached acknowledgement letter regarding your recent FOIA request. Feel free to email me if you have any questions.

Thank you,

# Michelle A James

Government Information Specialist

Division of FOIA Analysis - C

Office of Strategic Operations and Regulatory Affairs (OSORA)

Centers for Medicare & Medicaid Services

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Blank copy of Defendant Livanta LLC's Memorandum of Agreement

# EXHIBIT 11

# MEMORANDUM OF AGREEMENT[1]
### between
Livanta LLC and
[provider name]

## I.     Agreement

## A.     Parties

The parties to this agreement (hereinafter "MOA" or "Agreement") are Livanta LLC, the Beneficiary and Family Centered Care-Quality Improvement Organization (BFCC-QIO) (hereinafter "Livanta") and [provider name] (hereinafter "Provider").

## B.     Statutory Specifications and Other Authority

Section 1154(a)(1) of the Social Security Act (the "Act") requires Quality Improvement Organizations (QIOs) to review services furnished to Medicare beneficiaries by "physicians and other health care practitioners and institutional and non-institutional providers of health care services … for the purposes of determining whether –

> (A) such services and items are or were reasonable and medically necessary… and

> (C) in case such services and items are proposed to be provided in a hospital or other health care facility on an inpatient basis, such services and items could, consistent with the provision of appropriate medical care, be effectively provided more economically on an outpatient basis or in an inpatient health care facility of a different type."

Section 1154(a)(4)(A) of the Act requires that a reasonable proportion of Livanta's QIO's activities involve reviewing, under paragraph (a)(1)(B), the quality of services and that a reasonable allocation of these activities be made among different settings.

Section 1866(a)(1)(F)(i) of the Act requires hospitals that provide inpatient hospital services paid under the prospective payment system (PPS) to maintain an agreement with Livanta to review the validity of diagnostic information provided by such hospital, the completeness, adequacy, and quality of care provided, the appropriateness of admissions and discharges, and the appropriateness of care provided for which the hospital is seeking additional payments.

Section 1866(a)(1)(F)(ii) of the Act requires hospitals, critical access hospitals (CAHs), skilled nursing facilities (SNFs), home health agencies (HHAs), comprehensive outpatient rehabilitation facilities (CORFs), and hospices to maintain an agreement with Livanta to perform certain functions listed in section 1866(a)(3)(A) relating to the quality of services and related to beneficiary complaints.

The regulations at 42 CFR 489.20(e) and Chapter 3 of the QIO Manual at section 3010 both require hospitals that provide inpatient hospital services paid under Prospective Payment System (PPS) to maintain an agreement with Livanta to review the:

- Validity of diagnostic information provided,

---

[1] Based on QIO Manual Exhibit 3-2 - Model Memorandum of Agreement (MOA) for Providers.

- Completeness, adequacy, and quality of care provided,
- Appropriateness of admissions and discharges, and
- Appropriateness of care provided with respect to services for which payment may be made under Part A of Medicare.

## II.  QIO Program

The Quality Improvement Organization Program originated with the Peer Review Improvement Act of 1982 and is authorized by Title XI Part B and Title XVIII of the Act.

The goal of the QIO Program is to improve the quality of care for Medicare beneficiaries to include addressing individual complaints or requests for Livanta review and to protect the Medicare Trust Fund. The QIO Program aims to achieve this goal through the performance of various case review directives promulgated by the Centers for Medicare & Medicaid Services (CMS) in the QIO contract, as discussed below.

## III.  Purpose of Agreement

The purpose of this Agreement is to define the administrative relationship that will exist between parties in the exchange of data and information. This MOA is required by the Medicare statute and regulations, as well as the QIO Manual and certain QIO contract directives.

This Agreement is also intended to be informational. Livanta wants to inform providers of

a. Livanta procedures with respect to certain contractual obligations,
b. Review and appeal rights, which providers have with respect to these obligations, and
c. Opportunities providers have to collaborate with Livanta in local and national quality improvement projects.

## IV.  Effective Date

This Agreement shall be effective upon execution by both parties and shall remain in effect so long as Livanta is the BFCC-QIO under contract with CMS to perform claim review services nationally, until terminated in accordance with Section VIII of this Agreement, or until Provider withdraws or is terminated from the Medicare program.

## V.  Responsibilities of Parties

MOAs with hospitals reflect the specific Livanta review responsibilities referenced in sections 1866(a)(1)(F), 1866(a)(3)(A), 1154(a)(4)(A), and 1154(a)(14) of the Act as well as the responsibilities of each provider regarding QIO contract activities. Also, see the regulation at 42 CFR 489.20(e) and sections 3000, 3010, and 3015 of Chapter 3 of the QIO Manual.

At a minimum, the MOA stipulates that a reasonable proportion of Livanta QIO activities involve reviewing, under section 1154(a)(1)(B) of the Act, the quality of provider services and that areasonable allocation of these activities is made among different settings.

In addition, Livanta agrees that it will assume responsibility for performing the following activities mentioned in the terms of the Medicare QIO contract:

## A.    Livanta Responsibilities

The list of Livanta responsibilities in the areas below is not all-inclusive. Many Livanta activities are specified in the QIO contract and may change with each CMS contract period. Livanta may assume the federally mandated responsibility for performing the following Medicare review activities:

1. Claims review, including Higher Weighted Diagnosis-Related Group (HWDRG) reviews, short stay reviews, potential concerns identified during project data collections, and referrals made by the Office of Inspector General (OIG), Medicare Administrative Contractors (MACs), and CMS.
2. Communication activities that educate beneficiaries about how to exercise their rights to Livanta QIO reviews and that provide information for the education of healthcare providers, beneficiaries, and others responsible for payment about Livanta QIO review determinations and rights to reconsideration and appeal.
3. Referral to other QIO entities under contract with CMS that are responsible for quality improvement initiatives and that may be able to assist in identifying the root cause of a concern, develop a framework in which to address quality of care concerns, and improve a process or system.
4. Review of payment data to determine whether payment must be made for the services furnished.
5. Notify Provider, patient, and the agency or organization responsible for the payment of claims of the review determination within specific parameters (42 U.S.C. 1320c-3(a)(3)).
6. Notify Provider of changes to DRG coding information when the changes revise the DRG assignment. Livanta also notifies Provider of admission denials.
7. Specify who will receive notices for Livanta from Provider.
8. Other review activities required by CMS.

## B.    Provider Responsibilities

Providers of services that submit Medicare claims to CMS must cooperate in the assumption and conduct of Livanta review in accordance with 42 CFR 476.78. Provider must perform all of the following actions:

1. Submit patient medical records and other information to Livanta as requested within the time frames identified in the medical record request, which are needed for conducting offsite review activities. Provider must send patient medical records and other information to Livanta electronically in accordance with CMS Final Rule 1735-F.
2. Allocate adequate space to Livanta staff for conducting onsite review and cooperative project activities, if requested by Livanta, and provide patient medical records and other related information at the time of Livanta's visit or upon receipt of a written request for patient medical record documentation.
3. Adhere to applicable federal laws and regulations that protect the confidentiality of medical review information as well as applicable state laws and regulations.

4. Request technical assistance from Livanta or accept technical assistance from the QIO assigned by CMS to support quality improvement activities.
5. When possible, agree to receive Livanta decision notifications in a method agreed to by the parties.
6. Identify contact information between Provider and Livanta for the following functions:
   a. QIO Liaison,
   b. Medical record contact, and
   c. Reimbursement (for medical record submission) in accordance with CMS Final Rule 1735-F (remittance contact).

These individuals will represent Provider for purposes of correspondence and communications between Provider and Livanta under this Agreement. The person(s) serving as the QIO Liaison between Provider and Livanta will be responsible for the maintenance of correspondence, the dissemination of Livanta information, the coordination of responses to Livanta inquiries, and any other duties related to Livanta's BFCC-QIO activity as deemed necessary by Provider. Within 30 days of a change to any Provider-designated contact(s)/liaison(s), Provider shall notify Livanta in writing of such changes via electronic means established between the parties.

7. Maintain updated contact information with Livanta and maintain contact information in whatever systems Livanta uses for contact information.
8. Provide documentation regarding who will receive notices for Provider.
9. On a minimum of an annual basis from the date of its last update, Provider shall submit to Livanta the then-current contact(s)/liaison(s) representing Provider.

## VI.   Confidentiality of Records and Other Data

Livanta and Provider recognize the inherent right of the individual to privacy and, at the same time, acknowledge the medical profession's need for adequate information to carry out activities under this Agreement.

To protect the confidentiality of data acquired by Livanta in carrying out its responsibilities under this contract, Livanta is bound by section 1160 of the Act and applicable regulations at 42 CFR Part 480. Livanta shall ensure the confidentiality and security of Provider's records and data from the time the records/data are acquired by Livanta until their destruction in accordance with the statute and regulations.

Provider shall adhere to the applicable state and federal laws, which protect the confidentiality of medical review information.

## VII.   Modification of Agreement

Livanta may amend this Agreement at any time as necessary to conform with any changes or modifications of relevant state or federal laws or applicable regulations, CMS transmittals, program directives, or instructions issued pursuant to applicable laws and regulations. In the event of such an amendment, Livanta shall provide Provider with notice of any such new or revised laws, regulations, CMS transmittals, program directives, or instructions, etc.

## VIII. Termination of Agreement

This Agreement may be terminated, upon advance written notice by one party to the other, as

specified below.

    A. By Provider without cause with 60 days prior written notice to Livanta if Provider determines that it is no longer required to be a party to this Agreement as a condition of participation in the Medicare program. Provider is responsible for notifying Livanta in writing at ProviderUpdate@Livanta.com about any change in its QIO Liaison to Livanta (e.g., CEO or Administrator) and/or contacts.

    B. In the event that Livanta's status as a QIO and/or Provider's status, as an institution qualified and eligible to receive reimbursement for services and items provided under the Medicare program, is terminated by CMS.

    C. In the event that CMS terminates this Agreement, Livanta shall notify Provider of termination.

    D. In the event that Livanta and Provider cannot agree to a modification to the Agreement. (In such a case, CMS must be given the opportunity to resolve the disagreement. See section IX.C. below).

## IX.   Miscellaneous Provisions

### A.   Severability

Should any clause, portion, or section of this Agreement be unenforceable or invalid, this shall not affect the enforceability or validity of the remainder of this Agreement. Should any particular provision(s) of this Agreement be held unreasonable or unenforceable for any reason, the provisions shall be given effect and enforced to whatever extent would be reasonable and enforceable.

### B.   Governing Law

To the extent procedures for resolving any dispute under this Agreement are not available through the Department of Health and Human Services, this Agreement and any disputes arising under it shall be governed by laws of the state of Provider's location.

### C.   Resolution of Disputes

If problems in the parties' relationship present themselves, or in the event a dispute arises between the parties, the parties shall attempt to resolve those differences in good faith. If a good faith dispute resolution should fail, Livanta shall notify CMS, and CMS shall advise the parties concerning the matter in dispute.

### D.   Notices

Notice from Livanta concerning this Agreement and periodic bulletins/newsletters from Livanta shall be provided by email and directed to the **QIO Liaison to Livanta** (e.g., CEO or Administrator) specified in the signature section below. Other notices from Livanta, which are issued as a result of activities required by this Agreement, shall be directed to the **liaison(s)/contact(s)** designated by Provider.

Communication from Provider in response to Livanta notices shall be directed to the individual or department specified in Livanta's notice.

### E.   Change of Ownership

In the event of a change of ownership of either party, the new owner(s) will assume all

obligations in the current MOA.

**F.    Provider Consent to Receive Automatically Dialed Calls and Pre-recorded Voice Messages**

Provider expressly consents to allow Livanta, its agents, representatives, affiliates, or anyone calling on its behalf to use an automated dialing mechanism and pre-recorded voice messages for relaying any information related to Livanta's functions as the BFCC-QIO. Pre-recorded messages may be played when the telephone is answered whether by Provider or someone else or left on Provider's voicemail service, if applicable. Provider certifies, warrants, and represents that the telephone numbers that it has provided to Livanta are Provider's contact numbers. Provider agrees to alert Livanta promptly whenever Provider stops using a particular telephone number or repurposes a telephone number. If applicable, Provider's cellular or mobile telephone provider will charge Provider according to the type of plan Provider carries. Livanta may listen to and/or record phone calls between Provider and Livanta's representatives without notice to Provider as permitted by applicable law.

**G.    Execution in Counterparts**

This Agreement, and any amendments to it, may be executed in counterparts all of which taken together shall constitute one agreement.

## H.    Agreement to Terms

The undersigned

- Acknowledges that this Agreement is made pursuant to Sections 1866(a)(1)(F) of the Act, 42 CFR Part 476, the QIO Manual, and certain QIO contract directives;
- Agrees to abide by the terms and conditions set forth; and
- Certifies he/she is authorized to submit changes to Provider's contact(s)/liaison(s).

| | |
|---|---|
| Provider (Legal Name): | [provider name] |
| Doing Business As: | [dba name] |
| CMS Certification Number (CCN): | [ccn] |
| National Provider Identifier (NPI): | [npi] |
| Physical Street Address: | [address line 1-3] |
| City | [city] |
| State: | [state] |
| Zip: | [zip code] |

## QIO Liaison[2]

All determinations and correspondence from Livanta for the items like quality of care review, short stay review, HWDRG case-related information, MOA, and physician attestation statements will be directed to this department.

| | |
|---|---|
| Department | [department] |
| Position/Title: | [title] |
| Email: | [email address] |
| Direct Secure Messaging (DSM)[3] | [DSM address] |

| | |
|---|---|
| Mailing Address: | [address lines 1-3] |
| City: | [city] |
| State: | [state] |
| Zip: | [zip code] |
| Phone #: | [phone number] Extension: [extension] |
| Medical Record Confidential Fax #: [fax number] | |

---

[2] Livanta encourages providers to use an email address that is linked to a specific job title or has an automatic forwarding function to a distribution list, as opposed to an individual. Livanta has found that people change positions frequently, which could cause an individual's email address to become invalid.

[3] Direct Secure Messaging (DSM) is NOT email. Please consult with your organization's Information Technology (IT) department or Electronic Medical Records (EMR) vendor to determine how to obtain DSM credentials that support accredited Health Information Service Provider (HISP) protocols.

**Medical Record Contact[4]**

This is the Provider's point of contact for medical record requests.

| | |
|---|---|
| Department | [department] |
| Position/Title: | [title] |
| Email: | [email address] |
| Direct Secure Messaging (DSM):[5] | [DSM address] |
| | |
| Mailing Address: | [address lines 1-3] |
| City: | [city] |
| State: | [state] |
| Zip: | [zip code] |
| Phone #: | [phone number] Extension: [extension] |
| Confidential Fax #: | [fax number] |

**Reimbursement (for medical record submission) in accordance with CMS Final Rule 1735-F (Remittance Contact)[6]**

This is the Provider's point of contact for paying Provider for records submitted electronically.

| | |
|---|---|
| Department | [department] |
| Position/Title: | [title] |
| Email: | [email address] |
| Direct Secure Messaging (DSM):[7] | [DSM address] |
| | |
| Mailing Address: | [address lines 1-3] |
| City: | [city] |
| State: | [state] |
| Zip: | [zip code] |
| Phone #: | [phone number] Extension: [extension] |
| Confidential Fax #: | [fax number] |

---

[4] Livanta encourages providers to use an email address that is linked to a specific job title or has an automatic forwarding function to a distribution list, as opposed to an individual. Livanta has found that people change positions frequently, which could cause an individual's email address to become invalid.

[5] Direct Secure Messaging (DSM) is NOT email. Please consult with your organization's Information Technology (IT) department or Electronic Medical Records (EMR) vendor to determine how to obtain DSM credentials that support accredited Health Information Service Provider (HISP) protocols.

[6] Livanta encourages providers to use an email address that is linked to a specific job title or has an automaticforwarding function to a distribution list, as opposed to an individual. Livanta has found that people change positions frequently, which could cause an individual's email address to become invalid.

[7] Direct Secure Messaging (DSM) is NOT email. Please consult with your organization's Information Technology(IT) department or Electronic Medical Records (EMR) vendor to determine how to obtain DSM credentials that support accredited Health Information Service Provider (HISP) protocols.

20220423vT03

I agree to conduct the signing of this MOA electronically: ☑ Yes ☐ No

**QIO Liaison (e.g., CEO or Administrator):**

| | |
|---|---|
| **Electronic Signature:** | [name and IP address] |
| **Date:** | [signature date] |
| **Title:** | [title] |
| **Email:** | [email address] |
| | (This email address will be used for official notices and/or newsletters from Livanta to Provider.) |

# EXHIBIT 12

A copy of emails dated January 24, 2024 received from Maureen Koob of Noridian Healthcare Solutions LLC c/o Defendant Centers for Medicare & Medicaid Services and a copy of Plaintiff's Medicare Redetermination Request Form-1st Level of Appeal and Dispute Resolution Request w/o Exhibits.

## EXHIBIT 12

## RE: Contact Form Submission - Noridian Website - Bene Tidwell

From: Noridian Medicare Update (medweb@noridian.com)

To:    edwardctidwell@yahoo.com

Date: Wednesday, January 24, 2024 at 09:14 AM PST

Hello There Edward,

I spoke with our Benefit Integrity or Provider Violation team. They have asked I direct you to them.

Please forward any and all information to them. You may mail or fax to them. Fax will be the fastest means. And if you can fax it will go into their workload more quickly. Please allow them time to review it, and reach out to the provider. This may take up to 60 days

Please be sure to include that it is for Northern California, and the full Medicare number, and the name of your daughter, and all provider information you can provide. Also all dates of service.

Benefit Integrity
Box 6710
Fargo ND
58108-6710

FAX  701-277-6590

Thank You,



**Maureen K**
Noridian Healthcare Solutions LLC
www.noridian.com

*ENABLE ACCESS TO CARE, ELIMINATE BARRIERS, ELEVATE PEOPLE.*

**From:** Edward C. Tidwell <edwardctidwell@yahoo.com>
**Sent:** Wednesday, January 24, 2024 10:36 AM
**To:** Maureen Koob <Maureen.Koob@noridian.com>
**Subject:** RE: Contact Form Submission - Noridian Website - Bene Tidwell

You don't often get email from edwardctidwell@yahoo.com. Learn why this is important

**WARNING:** *This is an external email.*
*Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Please accept my apologies, but the date of her wrongful death was on June 8, 2022 the documents were delivered via U.S. Postal Service Priority Mail around January 5, 2024.


Best,



Sent from Yahoo Mail on Android



On Wed, Jan 24, 2024 at 6:54 AM, Maureen Koob

<Maureen.Koob@noridian.com> wrote:

> Hello Edward,
>
>
> I am sorry for your loss.
>
>
> Thank you for your information in the reply to me. I do see we received the documents you had sent in on January 5, 2024. Can you please clarify if the date of service was the same date as your daughters date of death?
>
>
> Thank You,



**Maureen K**
Noridian Healthcare Solutions LLC
www.noridian.com
*ENABLE ACCESS TO CARE, ELIMINATE BARRIERS, ELEVATE PEOPLE.*


Confidentiality Notice - This communication and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient(s), please contact the sender by replying to this e-mail and destroy/delete all copies of this e-mail message.

RE: Contact Form Submission – Noridian Website – Bene Tidwell

From:  Maureen Koob (maureen.koob@noridian.com)

To:  edwardctidwell@yahoo.com

Date:  Wednesday, January 24, 2024 at 06:54 AM PST

Hello Edward,

I am sorry for your loss.

Thank you for your information in the reply to me. I do see we received the documents you had sent in on January 5, 2024. Can you please clarify if the date of service was the same date as your daughters date of death?

Thank You,



**Maureen K**
Noridian Healthcare Solutions LLC
www.noridian.com

*ENABLE ACCESS TO CARE, ELIMINATE BARRIERS, ELEVATE PEOPLE.*

Confidentiality Notice – This communication and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient(s), please contact the sender by replying to this e-mail and destroy/delete all copies of this e-mail message.



TRACKING NUMBER

**PROVIDER PAYMENT**

**DISPUTE RESOLUTION REQUEST**
(Claimant to amend this Dispute Resolution Request as needed)
*NOTE: SUBMISSION OF THIS FORM CONSTITUTES AN AGREEMENT NOT TO BILL THE PATIENT DURING THE PAYMENT DISPUTE RESOLUTION PROCESS.*

**PROVIDER NAME:** Kaiser Foundation Health Plan, Inc.     Provider Name: Kaiser Permanent Insurance Company and The Permanente Medical Group, Inc.
**PROVIDER TAX ID:** 94-1340523     Provider Tax ID: Unknown and Provider Type: Unknown

☒ **PROVIDER TYPE:**   MD   ✱Hospital   Inpatient Psych Facility   Outpatient Services   SNF.   DME
Inpatient Rehab Facility   Home Health   Ambulance   ✱Other Professional
(please specify) Hospital
Provider Name/Tax ID: Kaiser Foundation Hospitals-94-1105628

**CLAIM INFORMATION**
Patient Name:
Tanesha Tidwell aka Tanesha Captolar Mae Tidwell or Tanesha C-M Tidwell ("Deceased or Decedent")

| Kaiser Permanente Medical Record Number: | Kaiser Permanente Claim ID Number: | Provider Patient Account Number: |
|---|---|---|
| ~~#003092-2010~~ | Unknown | Unknown |
| Service "From" Date:Prior to wrongful death on June 8, 2022 to the date hereof | Original Claim Amount Billed: Unknown | Original Claim Amount Paid: Unknown |

Kaiser Permanente, Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Kaiser Permanente Insurance Company and The Permanente Medical Group, Inc. (Collectively here as "Kaiser Permanente, Kaiser et al. and/or Respondents) carried out their unlawful acts and unfair business practices Aiding and Abetting and Acting in Concert with each other in May 2013 to the date hereof using Kaiser Permanente's new enrollment and their new patient membership application ploy to steal Decedent and Claimant's personal information and their identification for the purpose to enable Kaiser et al. to make fraudulent misrepresentations intended to accumulate ill-gotten gain and unjust enrichment as evidenced in the attached exhibits, Dededent's medical records and other evidence when such is made known to Claimant.

**SUMMARY OF SERVICES PROVIDED**
**DETAILED DESCRIPTION OF REASON FOR DISPUTE**
NOTE: Please attach any support for your dispute, which may include additional supporting documentation, medical documentation (if appropriate), any related laws/regulations you believe are relevant, or any other information you believe would be helpful.[See Enclosures and Attachments Re Additional Detailed Description of Reason for Dispute]

Edward C. Tidwell Claimant's Dispute Resolution Request is submitted for an investigation of the ruthless and reckless acts and the negligent/medical malpractice and other causes of action against Kaiser Permanente that directly resulted in the wrongful death on June 8, 2022 of Claimant's daughter while she was a patient at Kaiser Permanent located on Sand Creek Road in Antioch, California. As reflected in Decedent's medical records, it is overwhelmingly evident in June 2022 or at no time did Claimant instruct Kaiser Permanente to not embalm Decedent's body. Claimant never authorized Kaiser Permanente to release Decedent's body over to ("Trident") Trident Society (a funeral establishment) or that Trident was permitted to take possession of or transport Decedent's body to Trident located in Walnut Creek, California for Decedent to be burned up prior to Claimant exercising his legal rights and privileges to demand an autopsy and a toxicology (screening) examination before Trident gruesomely and barbarically cremated Decedent in late July 2022 or early August 2022 in violation of the laws of this State and in violation of Claimant and Decedent's Pentecostal and Apostolic Christian belief.

**Edward C. Tidwell**
_____     **Father**
Contact Name (Please Print)     T: (510) 470-8422     Title
81 Carol Lane, Apt. #208     E: edwardctidwell@yahoo.com
Oakley, California 94561

*Edward C. Tidwell*     (510) 470-8422     December 30, 2023
_____     _____     _____
Signature     Phone Number     Date

Please return form to: Kaiser Foundation Health Plan Inc. Claims Administration Department Post Office Box 7006 Downey, CA 90242-7006

Claims Settlement Practices & Provider Dispute Resolution Mechanisms – Effective   June 10, 2021          Page 7 of 17

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB Exempt

# MEDICARE REDETERMINATION REQUEST FORM — 1st LEVEL OF APPEAL

Beneficiary's name *(First, Middle, Last)*

Tanesha Tidwell aka Tanesha Captolar Mae Tidwell or Tanesha C-M Tidwell ("Deceased/Decedent")

| Medicare number | Item or service you wish to appeal |
|---|---|
| ~~[REDACTED]~~ | Kaiser Permanente's False Claim Acts |

| Date the service or item was received *(mm/ddlyyyy)* | Date of the initial determination notice *(mm/ddlyyyy) (please include a copy of the notice with this request)* |
|---|---|
| DMHC Letter dated 11/29/2023 (copy enclosed) | DMHC Letter dated 06/26/2023 (copy enclosed) |

If you received your initial determination notice more than 120 days ago, include your reason for the late filing: Enclosed is a true copy of (the "DMHC") State of California, Department of Managed Health Care letter dated June 26, 2023 and November 29, 2023 re DMHC Case No.: 1270271 and DMHC Case No.: 1290751 confirming receipt of Claimant's (IMR) Independent Medical Review/Complaint Form. The DMHC letter dated June 26, 2023 indicates their office "sent your complaint to Kaiser Permanente" asking "Kaiser Permanente to research the issues in your complaint and to respond to us in writing." Claimant never received a copy of the DMHC letter sent directly to Kaiser requesting that Kaiser Permanente research the issue in the complaint, additionally, Complaint never received a copy of Kaiser Permanente's opposition reply to a denial notice or written decision in objection to DMHC Case No.: 1270271. Claimant received the DMHC letter dated November 29, 2023 that "We determined that you are enrolled in a Medicare health plan. Medicare health plans are regulated by the Federal Government through the Centers for Medicare & Medicaid Services (CMS)."

| Name of the Medicare contractor that made the determination *(not required)* | Does this appeal involve an overpayment? *(for providers and suppliers only)* |
|---|---|
| Kaiser Permanente and Kaiser Foundation Health Plan, Inc. | ☒ Yes ☐ No |

I do not agree with the determination decision on my claim because: from May 2013 after August 22, 2013 to the date hereof, it is evident Kaiser Permanente made fraudulent misrepresentations during Decedent's new enrollment and patient new membership application process aimed to steal Decedent and Claimant's personal information and identification to enable Kaiser Permanente to accumulate massive ill-gotten gain. This request is submitted for thorough investigation of the theft of Decedent and Claimant's personal information and their identification, in addition, for investigation to determine the quality of care and treament services rendered by Kaiser Permanente and their Doctors. This request covers redetermination of all payments and overpayments that may require a recovery auditor be assigned based on the evidence in of the inside Whistleblower's Complaint Case No.: 13-cv-03891-JCS filed on August 22, 2013 and the Complaint-In-Intervention filed on October 25, 2021 against Kaiser Permanente in the United States District Court for the Northern District of California-Case
Additional Information Medicare should consider:                                                   No.: 13-cv-03891-EMC.
Claimant seek remedies, justice and compensation the recovery of money deducted from Decedent's Social Security Benefits from March-May 2013 to June-July 2022 paid out to Kaiser Permanente for the worthless medical care. It is extremely urgent that your office conduct a thorough investigation of Kaiser Permanente's fraudulent misrepresentations made during Decedent's new enrollment and new patient membership application process. Kaiser Permanente picked pocketed what the USDOJ sumed up "$40M is no chump change" as reflected on Page 56 of the United States' Complaint-In-Intervention attached as Exhibit 11 to the enclosed copy of the Dispute Resolution Request submitted to the Claims Administration Department of Kaiser Foundation Health Plan, Inc. located in Downey, California. Claimant has additional evidence to submit once your office confirm receipt of the Redetermination-1st Level of Appeal including assignment of a case number. Claimant is willing to assist your office in any way possible to recover your losses.

| ☒ I have evidence to submit. | ☐ I do not have evidence to submit. |
|---|---|
| Please attach the evidence to this form or attach a statement explaining what you intend to submit and when you intend to submit it. You may also submit additional evidence at a later time, but all evidence must be received prior to the issuance of the redetermination. | |

| Person appealing: ☐ Beneficiary ☐ Provider/Supplier ☒ Representative | Email of person appealing *(optional)* edwardctidwell@yahoo.com |
|---|---|

Name of person appealing *(First, Middle, Last)*

Edward C. Tidwell

Street address of person appealing

81 Carol Lane, Apt. # 208

| City | State | Zip code |
|---|---|---|
| Oakley | CA | 94561 |

| Telephone number of person appealing *(include area code)* | Date of appeal *(mm/ddlyyyy) (optional)* |
|---|---|
| (510) 470-8422 | Claimant hasn't been notified of an existing official appeal |

Privacy Act Statement: The legal authority for the collection of information on this form is authorized by section 1869 (a)(3) of the Social Security Act. The information provided will be used to further document your appeal. Submission of the information requested on this form is voluntary, but failure to provide all or any part of the requested information may affect the determination of your appeal. Information you furnish on this form may be disclosed by the Centers for Medicare & Medicaid Services to another person or government agency only with respect to the Medicare Program and to comply with Federal laws requiring or permitting the disclosure of information or the exchange of information between the Department of Health and Human Services and other agencies. Additional information about these disclosures can be found in the system of records notice for system no. 09-70-0566, as amended, available at 83 Fed. Reg. 6591 (2/14/2018) or at https://www.hhs.gov/foia/privacy/sorns/cms-sorns.html

Form CMS-20027 (01/20)

Cc: DMHC Case No.: 1270271 and 1290751 with enclosure of Dispute Resolution Request including Exhibits



DEPARTMENT OF
**Managed**
**Health Care**

Gavin Newsom, Governor
State of California
Health and Human Services Agency
**DEPARTMENT OF MANAGED HEALTH CARE**
**980 9ᵗʰ Street, Suite 500**
**Sacramento, CA 95814**
**Toll-Free: 1-888-466-2219 | Fax: 916-255-5241**
**Email: helpline@dmhc.ca.gov**
**www.HealthHelp.ca.gov**

June 26, 2023

EDWARD TIDWELL
81 CAROL LANE APT 208
OAKLEY CA  94561

Patient:       Tanesha Tidwell
DMHC#:       1270271
Health Plan:  Kaiser Foundation Health Plan, Inc. (Kaiser Permanente)

Dear Edward Tidwell:

Thank you for sending your Independent Medical Review (IMR)/Complaint Form to the
Department of Managed Health Care (Department).

The Department's mission is to protect consumers' health care rights and ensure a stable
health care delivery system. The Department protects the health care rights of more than
28.4 million Californians through the regulation of health plans.

We sent your complaint to Kaiser Permanente. We asked Kaiser Permanente to research
the issues in your complaint and to respond to us in writing. We will evaluate the information
you and Kaiser Permanente provide and will send you our written decision within 30 days.
Or, if your complaint qualifies for an IMR, you will receive a separate letter from the
Department with information about the IMR process. The IMR process may take up to 45
days for a determination.

If you have questions, please call us toll-free at 1-888-466-2219. You may also go to
our website at www.HealthHelp.ca.gov, which has more information about the
Department and consumer health care rights in California.

Sincerely,

*Nigora S*

Nigora
Complaint Analyst
Help Center
Department of Managed Health Care

**Protecting the Health Care Rights of More Than 28.4 Million Californians**
Contact the DMHC Help Center at 1-888-466-2219 or www.HealthHelp.ca.gov

DEPARTMENT OF
**Managed**
**Health Care**

Gavin Newsom, Governor
State of California
Health and Human Services Agency
**DEPARTMENT OF MANAGED HEALTH CARE**
**980 9th Street, Suite 500**
**Sacramento, CA 95814**
**Toll-Free: 1-888-466-2219 | Fax: 916-255-5241**
**Email: helpline@dmhc.ca.gov**
**www.HealthHelp.ca.gov**

November 29, 2023

EDWARD TIDWELL
81 CAROL LN APT 208
OAKLEY CA  94561

Patient:      Tanesha Tidwell
DMHC#:      1290751
Health Plan:  Kaiser Foundation Health Plan, Inc. (Kaiser Permanente)

Dear Tanesha Tidwell:

Thank you for sending your Independent Medical Review (IMR)/Complaint Form to the Department of Managed Health Care (Department).

The Department's mission is to protect consumers' health care rights and ensure a stable health care delivery system. The Department protects the health care rights of more than 29.7 million Californians through the regulation of health plans.

We determined that you are enrolled in a Medicare health plan. Medicare health plans are regulated by the Federal Government through the Centers for Medicare & Medicaid Services (CMS).

Medicare has an appeals process, which allows you to appeal any decision about your Medicare services. We forwarded your complaint to Kaiser Permanente to begin the appeals process. For more information please contact Kaiser Permanente at: 800-464-4000. You may also contact CMS at 800-633-4227.

If you need help with filing a complaint, you may also contact the Health Consumer Alliance at 888-804-3536. The Health Consumer Alliance is a partnership of consumer assistance programs operated by community-based legal services organizations. The mission of the Health Consumer Alliance is to help Californians obtain essential health care.

**Protecting the Health Care Rights of More Than 29.7 Million Californians**
Contact the DMHC Help Center at 1-888-466-2219 or www.HealthHelp.ca.gov

Tanesha Tidwell                                              November 29, 2023
Case #1290751                                                         Page 2

If you believe the services rendered for the member were improperly, negligently, or
incompetently rendered, he may direct his written request to the Kaiser
Foundation Health Plan, Inc., Legal Department, 1950 Franklin St., 17th Floor Oakland,
CA 94612.

If you have questions, please call us toll-free at 888-466-2219. You may also go to our
website at www.HealthHelp.ca.gov, which has more information about the Department
and consumer health care rights in California.

Sincerely,

*Rob S.*

Robert
Help Center
Department of Managed Health Care

Enclosure

cc: Kaiser Foundation Health Plan, Inc.

# EXHIBIT 13

Plaintiff Edward C. Tidwell's Correspondence dated September 25, 2024

# EXHIBIT 13

Plaintiff Edward C. Tidwell's Complaint for Declaratory and Injunctive Relief; Declaratory Judgment for Defendants' Violation of the Freedom of Information Act, and the False Claims Act, 5 U.S.C. § 552 et seq. and 31 U.S.C. §§ 3729 and 3732

*Edward C. Tidwell*
*81 Carol Lane, Apt. #208*
*Oakley, California 94561*

T: (510) 470-8422
E: edwardctidwell@yahoo.com

September 25, 2024

*Via U.S. Postal Service Priority and*
*Facsimile (844) 420-6671/(888) 685-7025*
*(Facsimile w/o enclosures of photos)*
Matthew Stofferahn, MD
Medical Director
BFCC-QIO Program, Region 9
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701-1105

**Re:    Acknowledgment of Beneficiary Quality of Care Letter**

| | |
|---|---|
| Patient Name: | Tanesha Tidwell |
| Livanta Case Number: | C-839007/QOC-816453 |
| Health Insurance Claim Number/MBI: | 4MD6MT6NH47 |
| Practitioner/Provider Name: | Kaiser Foundation Hospital-Antioch |
| Practitioner/Provider Number: | 050760 |
| Date(s) of Admission/Service: | June 6, 2024 to June 9, 2024 |

Dear Mr. Stofferahn, Gentle-persons:

I truly appreciate and thank you kindly for your letter dated September 18, 2024 wherein you acknowledged receipt of (the "Complaint") Medicare Quality of Care Complaint Form dated September 3, 2024 and the [Amended] Complaint dated September 10, 2024.

Although further review of your letter dated September 18, 2024 is required, I wanted to point out that on September 17, 2024 as discussed with David during our telephone conversation, my Tanesha needed emergency medical attention, which resulted in her being evacuated by approximately 15 Firemen from her ground level apartment by the City of Oakley, East Contra Costa County Fire Department/EMS Paramedics who then transported my daughter in a 17ft or 24ft U-Haul Truck for admission on June 6, 2022 to the Emergency Room of Kaiser Permanente located on Sand Creek Road located in Antioch, California.

Please be informed that after her initial enrollment and patient new membership application process in March-May 2013, Tanesha was a patient at Kaiser Permanente from March-May 2013 to June-July 2022, which as reflected in Decedent's Certificate of Death she passed on June 8, 2022. Please consider your letter that states "Date(s) of Admission/Service: June 6, 2024 to June 9, 2024," which appears to be an error since the correct dates of admission/service is from June 6, 2022 to June 9, 2022.

Please consider my correspondence dated September 12, 2024 and September 13, 2024 to your office that after Decedent's wrongful death on June 8, 2022, I am not certain of the actual date and time Kaiser Permanente permitted Trident Society (a funeral establishment) to receive, take possession, handle and transport my Tanesha off to Trident Society to be gruesomely and barbarically burned up by Trident Society or its affiliate East Bay Crematory.

Matthew Stofferahn, MD
BFCC-QIO Program, Region 9
September 25, 2024
Page 2

I indicated to David during our telephone conversation that based on the Kaiser Permanente Richard H letter dated February 22, 2024 admitting their destruction of Decedent's Personal Health Information, her Administrative Records and Decedent's Medical Records and other relevant documents, I did submit a request to amend Decedent's Certificate of Death to the State of California, California Department of Public Health (the "CDPH"), which you'll find enclosed is a copy of my email dated September 19, 2024 and September 20, 2024 that relates to the Affidavit To Amend A Record and the Application To Amend A Record that is on for investigation by the CDPH.

Incidentally, while living in her boarded up apartment, which is another heart breaking story, please find enclosed two photos taken on June 6, 2022 instead of June 6, 2023 of Tanesha in her hospital bed while we were waiting for her to be medically assisted and evacuated by the City of Oakley, East Contra Costa County Fire Department/EMS Paramedics to the Emergency Room of Kaiser Permanente for what would be the last time I would see her back home alive.

As I recall I indicated to David that my daughter's medical conditions worsened when she became a patient at Kaiser Permanente, which is evidence of Kaiser Permanente's negligent quality of care and treatment and their medical malpractice that is supported by the enclosed photos taken in March 2013 while Tanesha was a patient at the Sutter Delta Medical Center located on Lone Tree Way in Antioch, California. The photos taken at the Sutter Delta Medical Center provide sufficient facts of Kaiser Permanente's negligence/medical malpractice and other causes that resulted in Decedent's wrongful death on June 8, 2022. It is obvious Kaiser Permanente lacked the medical expertise to help Tanesha get well and back on track to a normal and healthy life.

When time permits, please confirm the corrections to error in your letter identified as the incorrect "Date(s) of Admission/Service: June 6, 2024 to June 9, 2024" since Decedent was hospitalized at Kaiser Permanente from June 6, 2022 to the date of her wrongful death on June 8, 2022. Again, I'm not sure when Kaiser Permanente agreed to release my Tanesha's body over to Trident Society to be burned up without evidence of my signature and my prior knowledge, consent or authorization.

Sincerely,

*Edward C. Tidwell*

Edward C. Tidwell

Enclosures:

• Email dated September 19, 2024 and September 20, 2024 that relates to the Affidavit To Amend A Record and the Application To Amend A Record submitted to the State of California, California Department of Public Health;
• Photos taken of Tanesha in her apartment on June 6, 2022 instead of June 6, 2023 while waiting to be medically assisted and evacuated by the City of Oakley, East Contra Costa County Fire Department/EMS Paramedics; and
• Photos taken in March 2013 while Tanesha was hospitalized at the Sutter Delta Medical Center.

## Fw: Edward C. Tidwell-OCR Ref No.: 23-528841

From:  Edward C. Tidwell (edwardctidwell@yahoo.com)

To:    stephanie.perez-cortez@hhs.gov; ocrmail@hhs.gov; reg10.ocrmail@hhs.gov; civilrights@dhcs.ca.gov;
       phyllisvenson59@gmail.com

Date:  Friday, September 20, 2024 at 11:49 AM PDT

Via Email (only)
Stephanie Perez-Cortez
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services

Via Email (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148

Via Facsimile (701) 277-6590 (only)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services, Centers for Medicare & Medicaid Services
Medicare No.: 4MD6MT6NH47

Via Email (only)
Phyllis Venson

Re Complainant/Claimant Edward C. Tidwell for Tanesha Captolar Mae Tidwell a/k/a
Tanesha C-M Tidwell, Tanesha C. Tidwell, or Tanesha Tidwell (Decedent)
HHS/OCR Case No.: 23-528841 Tidwell v. Kaiser Permanente

Dear All:

Thank you for confirming receipt of (the "Affidavit") Affidavit To Amend A Record and the Application To Amend A Record
dated September 19, 2024 including the attachments, which were sent yesterday via U.S. Postal Service Priority Mail for
filing with the California Department of Public Health to request a thorough investigation of the circumstances that
resulted in Decedent's wrongful death on June 8, 2022 at Kaiser Permanente and the falsities and fraudulent
misrepresentations made in June-July 2022 by Trident Society in their Authorization for Cremation and Disposition
attached to the Affidavit.

It is evident from March-May 2013 to June-July 2022, Decedent's initial enrollment, her patient new membership
application and other documents were used by Kaiser Permanente to steal Decedent's personal information and her
identification for Kaiser Permanente and Trident Society to accumulate massive ill-gotten gain and unjust enrichment
and to carry on Kaiser Permanente and Trident Society's falsities and fraudulent misrepresentations made to Decedent
and Complainant to the date hereof.

Complainant reiterate here that Kaiser Permanente using the deceitful robo-signature scheme "149902-4604-CNX"
forged Decedent's signature on the Kaiser Permanente Senior Advantage (HMO) Individual Enrollment Request Form
dated April 3, 2013, in addition, on June 21, 2022, Trident Society forged Complainant's signature on the terribly
defective Authorization for Cremation and Disposition.  Additionally, on July 14, 2022, to cover up Trident Society's
tracks, it is evident Alexandra Day succeeded in persuading Complainant to scan and email over a copy of his
government issued identification, which Alexandra Day deceitfully affixed Complainant's signature to the Authorization
for Cremation and Disposition on July 14, 2022.

Trident Society by Alexandra Day knew or should have known (the "CFB") State of California, Cemetery and Funeral

about:blank                                                                                                          1/3

Bureau's Certification of License Status regarding Trident Society's cancelled CFB License No.: FDR 2861 and the cancelled CFB License No.: EMB 8206 assigned to the East Bay Crematory rendered Trident Society's Authorization for Cremation and Disposition void ab initio as a matter of law. Therefore, based on the evidence provided herein, it is apparent under their duty of care obligations owed to Decedent and Complainant, Kaiser Permanente and Trident Society knew or should have known each lacked legal authority to embalm or gruesomely and barbarically burn up my dear Tanesha.

Incidentally, attached hereto is a copy of the Trident Society Alexandra Day's email dated July 1, 2022 wherein she deviously and fraudulently misrepresented to Complainant that the defective Authorization for Cremation and Disposition was a VIEWING CONTRACT that was obviously intended by Trident Society to feign or to induce reliance.

Respectfully,

Edward C. Tidwell

Attachments:


----- Forwarded Message -----

From: Edward C. Tidwell <edwardctidwell@yahoo.com>
To: phyllisvenson59@gmail.com <phyllisvenson59@gmail.com>; OCR Mail <ocrmail@hhs.gov>; Perez-Cortez Stephanie (HHS/OCR) (CTR) <stephanie.perez-cortez@hhs.gov>; OS OCRmail Reg10 (HHS/OS) <reg10.ocrmail@hhs.gov>; DHCS Civil Rights <civilrights@dhcs.ca.gov>
Sent: Thursday, September 19, 2024 at 05:24:10 PM PDT
Subject: Edward C. Tidwell-OCR Ref No.: 23-528841


Via Email (only)
Stephanie Perez-Cortez
Investigator
Office for Civil Rights, Pacific Region
U.S. Department of Health and Human Services

Via Email (only)
Phyllis Venson

Via Email (only)
Brian Buckley
Civil Rights Investigator
Office of Civil Rights
State of California, California Department of Health Care Services
DHCS Acknowledgement CR-2023-148

Via Facsimile (701) 277-6590 (only)
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services, Centers for Medicare & Medicaid Services
Medicare No.: 4MD6MT6NH47

Re Complainant/Claimant Edward C. Tidwell for Tanesha Captolar Mae Tidwell a/k/a Tanesha C-M Tidwell, Tanesha C. Tidwell, or Tanesha Tidwell (Decedent)
HHS/OCR Case No.: 23-528841 Tidwell v. Kaiser Permanente

Dear All:

Please find attached a copy of the Affidavit To Amend A Record, and an Application To Amend A Record dated September 19, 2026, which was filed today with the California Department of Public Health to request a thorough investigation of Kaiser Permanente and Trident Society's falsities and fraudulent misrepresentations made in June-July 2022 that resulted in the gruesome and barbaric burning up of Decedent's body as described in the attachments.

Thank you kindly for your help.

Sincerely,

Edward C. Tidwell

📄 Affiant Edward C. Tidwell's Correspondence and Affidavit To Amend A Record dated September 19, 2024 to the California Department of Public Health (Scan CCF09192024).pdf
23.3MB

📄 DocuSign – TIDWELL VIEWING CONTRACT sent July 1, 2022 by Alexandra Day of Trident Society to Edward C. Tidwell.pdf
91.3kB

## Voided: Please DocuSign: TIDWELL VIEWING CONTRACT .pdf

From:  Alexandra Day via DocuSign (dse_na3@docusign.net)

To:     edwardctidwell@yahoo.com

Date:  Friday, July 1, 2022 at 02:16 PM PDT

# **DocuSign**



Alexandra Day voided Please DocuSign: TIDWELL VIEWING
CONTRACT .pdf.

**Alexandra Day**
Alexandra.Day@Sci-us.com

Please DocuSign: TIDWELL VIEWING CONTRACT .pdf has been voided for the
following reason:
Envelope has been deleted and was therefore automatically voided

**Envelope ID**
56686834-d013-468e-b8ab-e5f787ca49b2

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with
others.

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in
an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted
solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach
out to the sender by emailing them directly.

**Stop receiving this email**

about:blank                                                                                              1/2

Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

⬇ Download the DocuSign App

This message was sent to you by Alexandra Day who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

(Amended) Consumer Complaint Form of Edward C. Tidwell

From: Edward C. Tidwell (edwardctidwell@yahoo.com)

To: complaint@mbc.ca.gov; andrew.brown@mbc.ca.gov

Date: Wednesday, December 13, 2023 at 10:11 PM PST























Central Complaint Unit
State of California, Medical Board of California

Andrew Brown
Consumer Services Analyst
State of California, Medical Board of California

Re: Tidwell v. Irina Bronstein, James F. Chan MD et. al.
MBC Control No.: 8002023103756, 8002023103757 et al.

Dear Gentle-persons, Andrew Brown:

Please find attached photos taken in mid November 2021 after my dear daughter was evacuated from her ground level apartment by at least fifteen Firemen from the City of Oakley East Contra Costa County Fire Department/EMS Paramedics, which as reflected in the medical records she was forced discharged in late November 2021 back home by Kaiser Permanente and the Doctors prior to the Doctors and Kaiser Permanente checking to see if her apartment was habitual before she was discharged in late November 2021.

The two photos of my dear daughter laying in her oversized hospital bed were taken on June 6, 2023 while we were waiting for the Firemen from the Oakley East Contra Costa County Fire Department/EMS Paramedics to come evacuate her again from her ground level apartment to Kaiser Permanente located on Sand Creek Road in Antioch, California.

Because of her medical health and disabling physical conditions, it is my understanding after I worked so hard with The Oaks Apartments located at 69 Carol Lane, Oakley, California 94561 to get my daughter, her teenage son at the time, her mother (my ex-wife) and Tanesha's adopted brother qualified in May 2020 for the three bedroom apartment The Oaks Apartments located at 53 Carol Lane, Apt. #118, Oakley, California 94561, as I recall between July 2020 to June 2022 my dear daughter needed to be emergency evacuated by at least fifteen Firemen from the Oakley East Contra Costa County Fire Department/EMS Paramedics. As you can see from the attached photos because of her size there was no way she could be transported to Kaiser Permanente in the Fire Departments/EMS Paramedics' ambulance, therefore, the East Contra Costa County Fire Department/EMS Paramedics used a U-Haul Truck in July 2020, November 2021, November 2022 and finally June 2022 to transport my dear daughter to ER at Kaiser Permanente.

The attached photos and the medical records support Complainant assertions that Kaiser Permanente and the Kaiser Permanente Doctors Rashid, King, Bronstein and Chan neglected and abandoned my dear daughter as described under the State of California, California Welfare & Institution Code Sec 15610.05, 15610.17 and 15610.23 et seq. Please find attached to the Complaint filed on November 29, 2023 as Exhibit 4 a true copy of the Request for Reasonable Accommodation/Modification that bears Dr. Chan signature that I obtained from him while my dear daughter was still hospitalized and prior to her forced discharged to a Jomok Care Home Corporation facility located on 168th Avenue way out in Hayward, California.

Please understand that there is so much more that I must provide to assist you with your examination and investigation Kaiser Permanente and their Doctors, but at this point I'm just too depressed, stressed out and tired.

Please confirm receipt of the email and the attached photos when time permits.

Respectfully,

Edward C. Tidwell
81 Carol Lane, Apt. #208
Oakley, California 94561
T: (510) 470-8422
E: edwardctidwell@yahoo.com

Yahoo Mail: Seamless Account Control

**03/06/2013 - ED to Hosp-Admission (Discharged) in Delta Medical Center Medical Services 1st Flr (continued)**

Scans w/No Legal Documentation (continued)



**Sutter Health**
Sutter Delta
Medical Center

**VERIFICATION OF CONSENT FOR
OPERATIVE OR SPECIAL PROCEDURE**

Tidwell,Tanesha

DOB: 7/11/1981    Age: 31 YRS
LANG: ENG         Sex: F
Service: Med Surg
Admit Date: 3/7/2013
ATT Phys: SCIALANCA, VIRGINA
ADM Phys: SCIALANCA, VIRGINA

SDMC
MRN: 50521194
CSN: 272011370
Account #: 300022067



**Patient Consent:**

1) The following operation or special procedure: _Pucc Line Placement_ _____

has been recommended by _Dr Mathews_ _____ physician

Upon your authorization and consent, this operation or procedure, will be performed on you. The operations or procedures will be performed by the doctors(s), together with associates and assistants, including anesthesiologists, pathologists, and radiologists from the medical staff of Sutter Delta Medical Center to whom the doctor(s) performing the procedure may assign designated responsibilities. The hospital maintains personnel and facilities to assist your doctors in their performance of various surgical operations and other special diagnostic or therapeutic procedures. The physicians in attendance are for the purpose of performing specialized medical services, such as anesthesia, radiology or pathology, are not employees or agents of the hospital or of doctor(s) performing the procedure. They are independent medical practitioners.

2) All operations and procedures carry the risk of unsuccessful results, complications, injury or even death, from both known and unforeseen causes and no warranty or guarantee is made as to result or cure. Except in cases of emergency, operations or procedures are not performed until you have had the opportunity to receive information and have given your consent.

You have the right to give or refuse consent to any proposed operation or procedure at any time prior to its performance. You have the right to be informed by your doctor(s) of:
   • The nature of the operation or procedure, including other care, treatment or medications;
   • Potential benefits, risks or side effects of the operation or procedure including potential problems that might occur during recuperation;
   • The likelihood of achieving treatment goals;
   • Reasonable alternatives and the relevant risks, benefits and side effects related to such alternatives, including the possible results of not receiving care or treatment; and
   • Any independent medical research or significant interests your doctor may have related to the performance of the proposed operation or procedure.

3) By your signature below, you authorize the pathologist to use his or her discretion within the limits of the law, in disposition or use of any member, organ, or tissue removed from your person during the operation or procedures above, subject to any exceptions or conditions you name below:

_____
_____

4) Your signature on this form indicates that:
   • You have read and understand the information provided in this form;
   • Your doctor(s) has adequately explained to you the operation or procedure, as well as the risks, benefits, and alternatives, and other information described above in this form;
   • You have had a chance to ask your doctor(s) questions;
   • You have received all the information you desire concerning the operation or procedure;
   • You authorize and consent to the performance of the operation or procedure listed above

☐ Language Line Services_____    ☐ Language Line VISn Video Interpreter _____

☐ SDMC Certified Interpreter _____    X _____
                              (onsite interpreter signature)

Date: _3/10/13_    Time: _11:04_    ☒ AM/PM

Signature: _____
          (patient/parent/conservator/guardian)

If signed by other than patient; indicate name and relationship: _____

Witness: _Mary Darling, RN._    Name: _MARY DARLING, RN._
        (signature)

29-025
(02/13)

200025    CONSENT FORM
          DOCUMENTATION

---

**Photographs - Clinical**

**Scan on 3/11/2013**

Clinical date/time: **3/11/2013 0000**
Status: —
Service date/time: **3/11/2013 0000**
Scan (below)

Description: **SKIN CARE PICTURE**

Legal Copy
**Sutter Health**

Case 3:24-cv-09067-RFL    Document 1    Filed 12/16/24    Page 148 of 154

DELTA MEDICAL CENTER       Tidwell, Tanesha
3901 Lone Tree Way         MRN: 50    1194, DOB: 7/11/1981, Sex: F
Antioch CA 94509           Adm: 3/6/2013, D/C: 3/19/2013

**03/06/2013 - ED to Hosp-Admission (Discharged) in Delta Medical Center Medical Services 1st Flr (continued)**

Scans w/No Legal Documentation (continued)



**Sutter Health**

DELTA MEDICAL CENTER    Tidwell, ~esha
3901 Lone Tree Way    MRN: 50~_1194, DOB: 7/11/1981, Sex: F
Antioch CA 94509    Adm: 3/6/2013, D/C: 3/19/2013

**03/06/2013 - ED to Hosp-Admission (Discharged) in Delta Medical Center Medical Services 1st Flr (continued)**

**Scans w/No Legal Documentation (continued)**



**Scan on 3/7/2013**

Clinical date/time: **3/7/2013 0000**    Description: **SKIN CARE PIC. PAGE**
Status: —
Service date/time: **3/7/2013 0000**
Scan (below)

**Sutter Health**

DELTA MEDICAL CENTER
3901 Lone Tree Way
Antioch CA 94509

Tidwell, Tanesha
MRN: 50621194, DOB: 7/11/1981, Sex: F
Adm: 3/6/2013, D/C: 3/19/2013

**03/06/2013 - ED to Hosp-Admission (Discharged) in Delta Medical Center Medical Services 1st Flr (continued)**

**Scans w/No Legal Documentation (continued)**

Pictures for Wound #_____
When photographing wounds/ulcers be sure to include their description.



Tidwell, Tanesha    SDMC
DOB: 7/11/1981   Age: 31 YRS    MRN: 50621194
LANG: ENG   Sex: F    CSN: 272011370
Service: Emergency    Account #: 300022967
Admit Date:
ATT Phys: SUGARMAN, THOMAS
ADM Phys:

Date / Time    On admission, every week with changes and on discharge.    Date / Time    On admission, every week with changes and on discharge.

Date / Time    On admission, every week with changes and on discharge.    Date / Time    On admission, every week with changes and on discharge.

*Sutter Delta Medical Center*
3901 LONE TREE WAY • ANTIOCH, CA 94509
**SKIN CARE PICTURE PAGE**

79-945 (12/10)

Tidwell, Tanesha    SDMC
DOB: 7/11/1981   Age: 31 YRS    MRN: 50621194
LANG: ENG   Sex: F    CSN: 272011370
Service: Emergency    Account #: 300022967
Admit Date:
ATT Phys: SUGARMAN, THOMAS
ADM Phys:

1
2
3
4
5
6
7
8

# EXHIBIT 14

9       Plaintiff Edward C. Tidwell's Correspondence dated October 3, 2024
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 14

*Edward C. Tidwell*
*81 Carol Lane, Apt. #208*
*Oakley, California 94561*

October 3, 2024                              *T: (510) 470-8422*
                                             *E: edwardctidwell@yahoo.com*

*Via Facsimile (888) 685-7025 and*
*U.S. Postal Service Regular Mail*
Matthew Stofferahn, MD
Medical Director
BFCC-QIO Program, Region 9
10820 Guilford Road, Suite 202
Annapolis Junction, Maryland 20701-1105

*Facsimile (701) 277-6590 (only)*
Benefit Integrity
Noridian Healthcare Solutions LLC c/o
Department of Health and Human Services,
Centers for Medicare & Medicaid Services
P.O. Box 6710
Fargo, North Dakota 58108-6710

Re:

| | |
|---|---|
| Patient Name: | Tanesha Tidwell (Decedent) |
| Livanta Case Number: | C-839007/QOC-816453 |
| Health Insurance Claim Number/MBI: | 4MD6MT6NH47 |
| Practitioner/Provider Name: | Kaiser Permanente |
| Practitioner/Provider Number: | 050760 |
| Date of Service: | From April 2013 to June 2022 |
| Date of Admission: | June 6, 2022 |
| Date of Death: | June 8, 2022 |

Dear Dr. Stofferahn, Noridian c/o CMS, Gentle-persons:

Please accept this correspondence as Complainant's urgent request, and with best respect, that your office expand the review and investigation of the above-mentioned matter from June 1, 2020 to June 30, 2022 instead of June 6, 2022 to June 9, 2022 into (the "Kaiser Permanente") Kaiser Foundation Health Plan, Inc. d/b/a Kaiser Permanente's faulty quality of care and treatments that contributed to the personal injuries, negligence/medical malpractice and other reckless causes that resulted in Decedent's wrongful death on June 8, 2022.

In support of Complainant's requests that the review and investigation began prior to June 6, 2022, please acknowledge receipt of the evidence received by your office via U.S. Postal Service Priority Mail-Confirmation #9505 5108 7422 4269 7659 59, which I provided undisputed facts of the Kaiser Permanente's prejudicial and discriminatory acts of November 2021-December 2021 in that Kaiser Permanente intentionally violated (the "ADA") Americans with Disabilities Act, the Disability Rights and other state and federal laws that protected Decedent from being forced discharged from Kaiser Permanente to her boarded up apartment in November 2021.

Matthew Stofferahn, MD
BFCC-QIO Program, Region 9
Noridian c/o CMS
October 3, 2024
Page 2

The records of November 2021 show Kaiser Permanente's reckless forced discharge of Decedent back to her boarded up apartment without regards for her safety and well being. As I specifically indicated on September 30, 2024, Kaiser Permanente was left with no choice but to readmit my dear Tanesha after a heated dispute between the Ambulance Attendants, the Emergency Room staff and a Kaiser Permanente Medical Director who was summoned to sort out the negligent quality of care and treatments that caused Decedent to be forced discharged in November 2021.

The extension requests to the investigate the Kaiser Permanente records are not baseless, the Kaiser Permanente records from June 2020 to June 2022 provide undisputed facts to support the investigation into Kaiser Permanente's negligent quality of care and treatments that contributed to Decedent's wrongful death on June 8, 2022. The dates from June 6, 2022 to June 9, 2022 as suggested in Dr. Stofferahn's letter dated September 18, 2024 are inaccurate to conduct a thorough investigation of the Kaiser Permanente's reckless acts a described in Complainant's correspondence dated September 25, 2024 the relevant documents in your inter-office file.

The medical records review and investigation from June 6, 2022 to June 9, 2022 was miscalculated, however, the dates can easily be corrected informing the Kaiser Permanente accordingly to demand the Kaiser Permanente immediately produce valid copies of Decedent's records from June 1, 2020 to June 30, 2022.

Complainant's request to expand your review and investigation is justified as supported by the documents received by your office that the ADA, the Disability Rights and other state and federal laws were violated by the Kaiser Permanente. Your office received on September 27, 2024 via U.S. Postal Service Priority Mail a copy of (the "Reasonable Accommodation/Modification") Reasonable Accommodation/Modification or Assistance Animal request form dated December 5, 2021, which the Kaiser Permanente by James F. Chan MD executed on December 5, 2021.

The Kaiser Permanente's forced discharge of Decedent in November 2021 and December 2021, it is overwhelmingly evident the Kaiser Permanente by Dr. Chan already knew or should have known the ADA, the Disability Rights and other state and federal laws that protected Decedent were violated in that the Kaiser Permanente knew Jomok Care Home Corporation wasn't an assisted living facility to help Decedent get well. The Kaiser Permanente knew Jomok Care Home Corporation was a Hospice Facility where my Tanesha was forced discharged without my prior knowledge, consent and authority until she expired.

The Kaiser Permanente's faulty quality of care and treatments are evident in that the medication and drugs given to my Tanesha from June 2020 to June 2022 did absolutely nothing to help her get well and back to a normal life. The Kaiser Permanente was well aware of these facts, which is why the Kaiser Permanente contracted with Trident Society (a funeral establishment) to gruesomely and barbarically burn up Decedent without my prior knowledge, consent and authorization.

Matthew Stofferahn, MD
BFCC-QIO Program, Region 9
Noridian c/o CMS
October 3, 2024
Page 3

Incidentally, your review and investigation of this matter is certainly warranted in that the Kaiser Permanente to the date hereof has refused to provide copies of the documents generated from June 2022 to July 2022 between Kaiser Permanente and Trident Society, which Trident Society under their faulty Authorization for Cremation and Disposition made fraudulent misrepresentations in concert with Kaiser Permanente to burn up Decedent's body solely for spoliation and destruction of the best evidence. The Certificate of Death specifically shows the Kaiser Permanente intentionally neglected to perform a biopsy, an autopsy and a toxicology screening, which Complainant would have demanded if he had been informed.

Therefore, based on all of the foregoing, since Complainant has provided undisputed facts to show just cause for the extension, Complainant respectfully request that your review and investigation of this matter be extended from June 1, 2020 to June 30, 2022 to nail down the Kaiser Permanente's negligent quality of care and their maltreatments of my Tanesha until her wrongful death.

Respectfully,

Edward C Tidwell

Edward C. Tidwell

Cc:    *Email: stephanie.perez-cortez@hhs.gov (only)*
       Stephanie Perez-Cortez
       Investigator
       Office for Civil Rights, Pacific Region
       U.S. Department of Health and Human Services
       HHS/OCR Case No.: 23-528841 Tidwell vs. Kaiser Permanente

       *Email: civilrights@dhcs.ca.gov (only)*
       Brian Buckley
       Civil Rights Investigator
       Office of Civil Rights
       State of California, California Department of Health Care Services
       DHCS Acknowledgement CR-2023-148 Tidwell vs. Kaiser Permanente

       *Email: helpline@dmhc.ca.gov and caseinfo@dmhc.ca.gov (only)*
       State of California, California Department of Managed Health Care
       DMHC Case No.: 1270271, 1290751 and 1304042
       Tidwell vs. Kaiser Permanente